Theodore O. Creason, ISB # 1563
CREASON, MOORE, DOKKEN & GEIDL, PLLC
1219 Idaho Street
P.O. Drawer 835
Lewiston, ID 83501
Telephone: (208)743-1516
Facsimile: (208)746-2231

Matthew J. Salzman
Misty Cooper Watt
STINSON MORRISON HECKER
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: (816)842-8600
Facsimile (816)412-8186

Attorneys for Defendant Growers National
Cooperative Insurance Agency

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONNA J. TAYLOR and DALE MIESEN, as shareholders who are bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc; <br><br> Plaintiffs, <br><br> vs. <br><br> HAWLEY TROXELL ENNIS & HAWLEY, LLP, an Idaho limited liability partnership; GARY D. BABBITT, an individual; RICHARD A. RILEY, an individual; D. JOHN ASHBY, an individual; MICHAEL W. CASHMAN, SR., an individual; | Case No. 10-CV-404-LMB <br><br> **STIPULATION FOR ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION FOR ORDER FOR
DISMISSAL WITH PREJUDICE - 1**
*toc/growers national-taylor/pleadings/dismiss-stipulation*
DB04/838734.0005/3609094.1 PF06

| | |
|---|---|
| JAMES BECK, an individual; R. JOHN TAYLOR, an individual; KENT PETERSEN, an individual; CROP USA INSURANCE AGENCY, INC., an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; AIA INSURANCE, INC., an Idaho corporation; HUDSON INSURANCE GROUP, a Delaware corporation; and GROWERS NATIONAL COOPERATIVE INSURANCE AGENCY, an Idaho corporation, <br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Come now Plaintiffs, DONNA J. TAYLOR and DALE MIESEN, on behalf of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc. (collectively, "AIA"), by and through their counsel of record, Lee H. Rousso, and Defendant, GROWERS NATIONAL COOPERATIVE INSURANCE AGENCY, INC., an Idaho corporation (hereinafter "GNC"), by and through its counsel, Matthew J. Salzman, and hereby stipulate and agree as follows:

1. All of Plaintiffs' claims in their individual capacity and in their derivative capacity as representative shareholders of AIA against GNC, whether know or unknown, pertaining to anything intentionally or unintentionally said, done or omitted on or before the date of this Stipulation be forever discharged and dismissed with prejudice.

2. The dismissal with prejudice of Plaintiffs' claims against GNC shall not affect the claims against the other Defendants named in the Plaintiffs' Complaint.

3. GNC has agreed that, if the aforementioned claims against it are finally dismissed with prejudice, GNC will not to seek reimbursement from Plaintiffs for its attorneys' fees and expenses incurred to date as a result of this lawsuit.

**STIPULATION FOR ORDER FOR**
**DISMISSAL WITH PREJUDICE - 2**

4. To the extent the Court deems notice to the shareholders of AIA is necessary under FED.R.CIV.P. 23.1(c), Plaintiffs request that the Court order AIA (which is also a party to this lawsuit) to produce a list of the shareholder names and addresses either to Plaintiffs' counsel or in camera to the Court so that Plaintiffs of the Court can mail a copy of the Complaint and the Court's Dismissal Order to them.

DATED this 12th day of November, 2010.

So stipulated and respectfully submitted:

_____/s/_____
Lee H. Rousso, ISB # 8353
LAW OFFICES OF LEE H. ROUSSO PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Email: lee@leerousso.com
Telephone: (206)623-3818
Facsimile: (206)705-1240

*Attorney for Plaintiffs*

and

_____/s/_____
Matthew J. Salzman
STINSON MORRISON HECKER
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Email: msalzman@stinson.com
Telephone: (816)691-2150
Facsimile (816)412-8186

*Attorney for Defendant Growers National Cooperative Insurance Agency, Inc.*

**STIPULATION FOR ORDER FOR
DISMISSAL WITH PREJUDICE - 3**
toc/growers national-taylor/pleadings/dismiss-stipulation
DB04/838734.0005/3609094.1 PF06

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 12th day of November, 2010, I electronically filed the foregoing STIPULATION FOR ORDER FOR DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Lee H. Rousso
Law Offices of Lee H. Rousso PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: (206)623-3818
Facsimile: (206)705-1240
Email: lee@leerousso.com

Robert A. Faucher
B. Newal Squyres
A. Dean Bennett
Holland & Hart LLP
101 South Capitol Blvd., Suite 1400
P. O. Box 2527
Boise, ID 83701
Email:  rfaucher@hollandhart.com
        nsquyres@hollandhard.com
        adbennett@hollandhart.com

James D. LaRue
Loren C. Ipsen
Elam & Burke, P.A.
251 East Front Street, Suite 300
P. O. Box 1539
Boise, ID 83701
Email:  jdl@elamburke.com
        lci@elamburke.com

David R. Risley
Risley Law Office, PLLC
P. O. Box 1247
1443 Idaho Street
Lewiston, ID 83501
Email:  david@risleylawoffice.com

_____/s/_____
Theodore O. Creason, ISB # 1563