## VERIFICATION

STATE OF IDAHO         )
                                         ) ss.
COUNTY OF NEZ PERCE )

I, Donna J. Taylor, being first duly sworn on oath, deposes and says:

I am the plaintiff in the above-entitled action. I have read the contents of this First Amended Complaint, know the contents of this First Amended Complaint, and have knowledge that the facts alleged herein are true, except those facts that have been alleged upon information and belief, and as to those matters I believe them to be true.

_Donna J. Taylor_
Donna J. Taylor

SUBSCRIBED AND SWORN to before me this 18th day of November, 2010.

_Sarah L Riedle_
Notary Public for Idaho
Residing at: Lewiston
My commission expires: 6/11/2014