MINUTES OF THE FIRST MEETING OF SHAREHOLDERS

AIA Crop Insurance, Inc.

The first meeting of the incorporator and the subscribers of the company's capital stock was held at the Lewis-Clark Plaza, 111 Main Street, Lewiston, Idaho, on January 11, 2000.

R. John Taylor, incorporator, was present. Also present were Paul Schrette and JoLee Duclos.

R. John Taylor represents 1,000 shares of the stock of the corporation. There are no other shareholders.

The Articles of Incorporation were read and discussed. It was determined that the Articles of Incorporation be inserted into the corporate record book and become a permanent part of the records of the corporation.

The proposed Bylaws were read and discussed. The Bylaws were inserted into the corporate record book to become a permanent part of the records of the corporation.

The following were duly elected as directors to serve until the next annual meeting:

R. John Taylor
Paul D. Schrette
JoLee K. Duclos

There being no further business, the meeting was adjourned.

_____
R. John Taylor

**Exhibit - A**