**Exhibit - B**

CROP000066

# MINUTES OF THE FIRST MEETING OF DIRECTORS

AIA Crop Insurance, Inc.

The first meeting of the Board of Directors was held at the Lewis Clark Plaza, 111 Main Street, Lewiston, Idaho, on January 11, 2000.  Of the elected Directors of the corporation, the following were present:

R. John Taylor
Paul D. Schrette
JoLee K. Duclos

No Directors were absent.

The Directors unanimously elected R. John Taylor to preside as Chairman of the meeting and JoLee K. Duclos as Secretary of the meeting.

Mr. Taylor presented and read the company's Articles of Incorporation and reported that to incorporate this company the same had been filed with and accepted by the appropriate officers of the State of Idaho in the manner required by the laws of Idaho. The Articles of Incorporation were accepted, and a copy thereof was ordered to be filed in the company's Minute Book.

Mr. Taylor presented and read proposed Bylaws for the regulation and management of the affairs of the company. They were read article by article and adopted as the Bylaws of this company.  An executed copy thereof was ordered to be filed in the company's minute book.

The following individuals were nominated and unanimously elected to hold office in accordance with the provisions of the Articles of Incorporation, the Bylaws, and the policies and procedures of this company:

| Name | Office |
|---|---|
| Paul D. Schrette | President |
| Jay R. Taylor | Vice President |
| JoLee K. Duclos | Vice President/Secretary |
| R. John Taylor | Treasurer |

The Secretary of the meeting stated that a company undertaking business operations is often required to file certain documents or be licensed under certain laws and regulations, specifically including applicable insurance laws.  She requested that the President, with the advice and assistance of legal counsel, determine the filing and licensing requirements to comply with all the laws which apply to this company's operations.  Upon motion duly made, seconded and unanimously carried, it was:

RESOLVED: That the President or Secretary, with the advice and assistance of legal counsel, is hereby authorized and directed to determine what actions this company is required to take under any federal, state, or local laws, ordinances, rules, or regulations which regulate or apply to the operations of this company and to take any action found necessary for this purpose.

FURTHER RESOLVED: That the President and Secretary are hereby authorized to execute and deliver such documents and take such action as may be necessary or proper for that purpose, including the appointment of a resident agent and designation of a registered office in the states in which the company chooses to do business, and otherwise take any other action that may be required by the laws of such state. The Secretary is hereby authorized to attest to any such documents executed hereunder.

Upon motion duly made, seconded and unanimously carried, it was:

RESOLVED: That the Treasurer is hereby authorized to pay all expenses and fees necessary or incidental to the organization of this company.

Upon recommendation of the chair, and motion duly made, seconded and unanimously carried, it was

RESOLVED: That the funds of this company shall be deposited in:

U.S. Bank of Clarkston, Washington

FURTHER RESOLVED: That any two of the following officers of this corporation, namely, Paul D. Schrette, President; JoLee K. Duclos, Vice President/Secretary; and R. John Taylor, Treasurer; or his/her successor in office; or any other person specifically appointed for the following purposes, be and are hereby authorized for, on behalf of, and in the name of AIA Crop Insurance, Inc. to:

a) Negotiate and procure loans from a commercial lending institution, in an unlimited amount;

b) Discount with said lending institution, commercial or other business paper belonging to this Corporation, made or drawn by or upon third parties, without limit as to amount;

c) Give security for any liabilities of this Corporation to said lending institution by pledge, assignment, or lien upon any real or personal property, tangible or intangible, of this Corporation;

d) Execute in such form as may be required by the lending institution all notes and other evidences of such loans; repurchase agreements; and all instruments of pledge, assignment or lien, and that none of the same shall be valid unless so signed or endorsed; provided, the endorsement of promissory notes discounted may be effected by any one of them; and

CROP000067

CROP000068

(e)     Execute in such form as may be required any standard banking resolution required by such lending institution; provided, a certified copy of this resolution shall also be submitted.

RESOLVED FURTHER, that said lending institution be and it is hereby authorized and directed to pay the proceeds of any such loans or discounts as directed by the persons so authorized to sign, whether so payable to the order of any of said persons in their individual capacities or not, and whether such proceeds are deposited in the individual credit of any said persons or not;

RESOLVED FURTHER, that checks, drafts, notes, and acceptances of this company shall be honored by such bank only when signed on its behalf by two of said officers;

RESOLVED FURTHER, that this resolution shall continue in force, and said lending institution may consider the holders of said offices and their signatures, respectively, to be and continue as set forth in the certificate of the Secretary of this corporation accompanying a copy of this resolution when delivered to said lending institution or in any similar subsequent certificate, until notice to the contrary in writing is duly served on said lending institution.

RESOLVED FURTHER, the Officers of AIA Crop Insurance, Inc. are authorized to sign pre-printed bank resolutions for signature cards, custodian agreements, etc. and to sign any state required admission and reporting documents, all in the normal course of business, and to incorporate by reference the specific language required by each institution.

BE IT FURTHER RESOLVED, the corporate secretary shall be authorized to sign all certificates and affix the corporate seal as necessary to accomplish the responsibilities authorized above.

There being no further business, it was unanimously voted to adjourn.

_____
Secretary - JoLee K. Duclos