MINUTES OF THE BOARD OF DIRECTORS
Crop USA Insurance Agency, Inc.

The annual meeting was called to order on January 10, 2001, by Chairman, R. John Taylor. Others in attendance were JoLee Duclos and Paul Schrette. The minutes of the prior meeting were reviewed and approved without comment.

The Directors reviewed the business model and written business plan of the Company and authorized the President and Chairman to finalize negotiations with Great American to begin operations. Great American has been selected as the insurer through which Crop USA will market its business.

The Directors discussed the necessity for additional funding to operate the corporation. AIA Services Corporation has declined to continue to operate the company as a subsidiary of AIA and wants the Company to be independent. As part of the negotiations with AIA, the Directors believe it would be in the best interest of the company that Crop USA offer to purchase the Series C Preferred stock currently outstanding of AIA as set forth in a Master Marketing Agreement with AIA. The Directors authorized the officers to continue negotiations on Crop USA's purchase of AIA Services Corporation's outstanding Series C Preferred stock.

It was moved, seconded and unanimously passed that Crop USA enter into and its executive officers be authorized to execute the following agreements on behalf of the corporation:

1) Crop Insurance Division Agency-Company Agreement with Great American Insurance Companies;
2) Master Marketing Agreement with AIA Insurance, Inc. that provides Crop USA access to grower associations represented by AIA Insurance;
3) Management Agreement in which AIA Insurance agrees to provide management and administrative support services to Crop USA;
4) Management Agreement with Growers National Cooperative Insurance Agency, Inc. in which Crop USA agrees to provide management and administrative support services to Growers National, with the assistance of AIA Insurance; and
5) Agency and Development Agreement with Growers National Cooperative that provides for the appointment of the cooperative as a sub-agent of Crop USA.

The Board authorized, subject to shareholder agreement, amendment of Crop USA's Articles of Incorporation to increase the authorized common stock from one million shares to twenty million shares.

Exhibit - C

CROP000069

The following nominees for officers were unanimously elected:

| | |
|---|---|
| President /CEO | Paul D. Schrette |
| Vice President | Bryan Freeman |
| Vice President | Jay Taylor |
| Vice President/Secretary | JoLee K. Duclos |
| Treasurer | R. John Taylor |

The board reviewed a proposal to retain the law firm of Hawley, Troxell, Ennis & Hawley LLP of Boise, Idaho, as its advisor and SEC counsel. The motion was so made, second and approved. A copy of said agreement is attached hereto and incorporated herein by reference.

There being no further business, the meeting was adjourned.

_____
Secretary