Donna Taylor　　　　　　　　　　　　　　　　　February 27, 2001
3730 Nicklaus Drive
Clarkston, Wa. 99403

Dear Ms. Taylor,

　　AIA is developing a new crop insurance program through a new company called CropUSA. We will be filing a Form D stock registration for the agencies who join with CropUSA.

　　The costs of putting the CropUSA program together in Texas have been paid. AIA now needs to launch in five new territories next Month.

　　AIA requests it be allowed to defer the stock redemption payments to you for the next five months. Even though redemption is deferred, AIA will continue to accrue the interest on the interest payments not made.

　　AIA will agree to work with you to restructure your payments so your redemption payments are converted to other income so you can set up a SEP or Defined Benefit plan. When you become a consultant, we can add you to the current AIA health plan. You will have the option to convert some of your Preferred A Stock to CropUSA on the same rate as offered to the C stock

　　It will take a few months to set this all up. We will work with your Accountant or will introduce you to CPA's here or in Spokane who can set up the right tax plan.

　　Your preferred A stock has the highest priority, above the payments to Reed, the Preferred C, and the common stock.. Reed and John will guarantee the deferred payments.

Sincerely,

*[signature]*　　　　　　　　　　　　　　*[signature]*
Reed J. Taylor　　　　　　　　　　　　　R. John Taylor

Accepted *[signature: Donna J. Taylor]*

**Exhibit - D**

State of <u>Idaho</u> )
                       S.S.
County of <u>Nez Perce</u> )

On this <u>27th</u> day of <u>February</u>, in the year of 20<u>01</u>, before me <u>Diane Whisner</u>, a notary public, personally appeared <u>Reed J. Taylor, R. John Taylor, Donna J. Taylor,</u> personally known to me to be the persons whose names are subscribed to the within instrument, and acknowledged to me that they executed the same.

[Notary Seal: DIANE R. WHISNER NOTARY PUBLIC STATE OF IDAHO]

                                     _Diane R. Whisner_
                                          Notary Public
                               My Commission Expires on <u>10-4-2001</u>