CropUSA Insurance Agency, Inc.
Board of Directors
Consent in Lieu of Meeting
August 26, 2004

Whereas, CropUSA Insurance Agency, Inc. owns 205,000 Class C Preferred Shares of AIA Services Corporation, with a par value of $10.00, which CropUSA acquired though an exchange offering with non-employee shareholders; and

Whereas, CropUSA is not allowed to carry the value of the Preferred Shares on its balance sheet at fair market value due to applicable accounting rules; and

Whereas, CropUSA desires to liquidate its investment in the Preferred Shares to provide resources for its expansion plans; and

Whereas, AIA Insurance, Inc. desires to purchase said shares; and

Whereas; the most recent appraised value for the shares is $9.39 per share; and

Whereas, the redemption value is $10.00 per share plus accumulated but undeclared dividends of approximately $551,000, or a total redemption value of $15.51 per share; and

Whereas, the marketability of the shares to a third party would be problematic; and

Whereas, CropUSA desires to sell the shares for an amount less than appraised value or redemption value.

NOW THEREFORE, be it resolved that CropUSA hereby authorizes the sale of 205,000 shares of AIA Services Corporation Series C Preferred Shares to AIA Insurance for the sum of $1,510,693.

Be it further resolved that the officers are hereby authorized to execute such documents as are necessary to effectuate this sale and to deliver the shares to AIA Insurance, Inc. upon receipt of the funds.

The Board adopts this resolution by unanimous consent.

_____         _____
R. John Taylor                                                   JoLee K. Duclos

_____
Bryan Freeman

**Exhibit - E**

Crop002226