# CropUSA Insurance Agency, Inc.

**Financial Statements**
Year Ending December 31, 2004
And Audited December 31, 2003

**Exhibit - F**

CROP001100

# CropUSA Insurance Agency, Inc.

**Balance Sheet**
*In Thousands*

| December 31, | 2004 | 2003 |
|---|---:|---:|
| **Assets** | | |
| Cash | $ 308 | $ 4 |
| Commissions receivable | 12 | 32 |
| Prepaid Expenses (Note 6) | 8 | — |
| Agent advances, net (Note 2) | 333 | 275 |
| Due from Related Companies (Note 6) | 279 | 6 |
| Office Equipment (net of depreciation) (Note 7) | 669 | 6 |
| Investment in AIA Services Corporation (Note 3) | | 22 |
| Mortgages (net of depreciation) (Note 7) | 2,000 | — |
| Total assets | $ 3,609 | $ 345 |
| **Liabilities and Stockholders' (Deficit) / Equity** | | |
| **Liabilities:** | | |
| Bank note payable (Note 5) | $ 560 | $ 560 |
| Accounts payable and accrued expenses | 60 | 10 |
| Commissions payable | 9 | 40 |
| Lease (Note 7) | 349 | — |
| Due to related companies (Note 6) | — | 91 |
| Total liabilities | 978 | 701 |
| Commitments and Contingencies (Notes 1, 5, 6 and 8) | — | — |
| **Stockholders' (Deficit) / Equity:** | | |
| Common stock $.01 par value, 20 million shares authorized, 7,394,300 shares issued and outstanding | 74 | 74 |
| Common Stock Subscribed, 2 million shares (Note 7) | 20 | — |
| Additional paid-in capital (Note 1) | 3,487 | 18 |
| Accumulated deficit (Note 1) | (950) | (448) |
| Total Stockholders' (Deficit) / Equity | 2,631 | (356) |
| Total liabilities and Stockholders' Equity | $ 3,609 | $ 345 |

*See accompanying summary of accounting policies and notes to financial statements.*

4

# CropUSA Insurance Agency, Inc.

## Statement of Changes in Stockholders' Equity (Deficit)
### In Thousands

|  | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Total Stockholders' Equity (Deficit) |
|---|---|---|---|---|---|
|  | Shares | Amount |  |  |  |
| **Balance,** January 1, 2003 | 7,394 | $ 74 | $ 17 | $ (113) | $ (22) |
| Common stock issued for |  —  |  —  | 1 | — | 1 |
| Common stock issued for | — | — | — | — | — |
| Net loss | — | — | — | (335) | (335) |
| **Balance,** December 31, 2003 | 7,394 | $ 74 | $ 18 | $ (448) | $ (356) |
| Common stock | — | — | — | — | — |
| Sale of AIA Services Corp Stock (Investment) |  |  | 1,488 |  | 1,488 |
| Common Stock Subscribed | 2,000 | 20 | 1,980 |  | 2,000 |
| Net loss | — | — | — | (501) | (501) |
| **Balance,** December 31, 2004 | 9,394 | $ 94 | $ 3,486 | $ (949) | $ 2,631 |

*See accompanying summary of accounting policies and notes to financial statements.*

6

# CropUSA Insurance Agency, Inc.

## Notes to Financial Statements

| | | |
|---|---|---|
| 3. | Investment in AIA Services Corporation | On August of 2004, the company sold its investment in AIA Services (205,000 shares) for $1,510,693 to AIA Insurance, Inc. The sale included an adjustment to Additional Paid In Capital of $1,488,843. |
| 4. | Deferred Income Taxes | The Company's deferred tax assets principally relate to net operating loss carry forwards that are available, within statutory annual limits, to offset future taxable income, if any. These deferred tax assets, which approximated $40,000 at December 31, 2003, were fully reserved by the use of valuation allowance for financial reporting purposes. At December 31, 2003, the Company had net operating loss carry forwards of approximately $113,758 that expire in calendar year 2023. |
| 5. | Bank Note Payable | The Company executed an agreement with a financial institution that was modified in January 2003 to provide for a revolving line of credit. Maximum borrowings under the facility are limited to $750,000. All outstanding borrowings accrue interest at a fixed rate of 5.25% per annum and are personally guaranteed by certain stockholders of the Company. The Company is required to service all accrued interest monthly. As of February 15, 2005 the company re-signed the agreement and extending the terms. |
| 6. | Related Party Transactions | For the year ending December 31, 2003, $39,564 was recognized as a receivable from AIA for payments made in excess of services rendered. On December 31, 2004 CropUSA has a recognized receivable of $274,589, which is the net of all related party transactions between AIA and CropUSA. This receivable will be off set by future salary and other expenses paid by AIA on behalf of CropUSA. |
| | | Additional inter-company disclosures include a receivable from GNCIA for $4,650 on December 31, 2004. |
| | | In addition, the company has disclosed a pre-paid amount of $7,581. This represents pre-paid rent and insurance. |

11