AIA Insurance, Inc.
Board of Directors
Consent in Lieu of Meeting
August 26, 2004

Whereas, CropUSA Insurance Agency, Inc. is owner of 205,000 Class C Preferred Shares of AIA Services Corporation, Par value $10.00, which the Company acquired though an exchange offering with non-employee shareholders; and

Whereas, CropUSA desires to liquidate its investment in the Preferred Shares; and

Whereas, AIA Insurance, Inc., desires to purchase the shares; and

Whereas, the most recent appraised value for the shares is $9.39 per share; and

Whereas, the redemption value is $10.00 per share plus accumulated but undeclared dividends of approximately $551,000, or a total redemption value of $15.51 per share; and

Whereas, AIA desires to purchase the shares at a discount; and

Whereas, CropUSA desires to sell the shares for an amount less than appraised value or redemption value.

NOW, THEREFORE, be it resolved that the Company hereby authorizes the purchase of 205,000 Series C Preferred shares from CropUSA for the sum of $1,510,693.

Be it further resolved that the officers are hereby authorized to execute such documents as are necessary to effectuate this sale and to disburse such funds.

The Board adopts this resolution by unanimous consent.

_____          _____
R. John Taylor                                          JoLee K. Duclos


_____
Bryan Freeman



Exhibit - G

AIA0001009