**Roderick Bond**

---

| | |
|---|---|
| **From:** | Roderick Bond [rod@roderickbond.com] |
| **Sent:** | Tuesday, April 03, 2012 8:16 PM |
| **To:** | 'David Risley'; 'James LaRue'; 'John Ashby'; 'Gary Babbitt' |

Counsel and Board of Directors of AIA Services and AIA Insurance:

This firm represents Donna Taylor, Dale Miesen (and his trusts), LeeAnn Hostetler, Kay Hanchett, Jerry Legg, and Bobette Ruddell.

Demand is hereby made to the board of directors of AIA Services and AIA Insurance to; (1) cease all efforts to withdraw the $400,000 in the court registry in Taylor v. AIA Services; (2) cease paying any attorneys' fees or costs for John Taylor, Michael Cashman, and James Beck; (3) secure the mortgage of the Lewis Clark Hotel; (4) cease all compensation to the foregoing individuals; (5) hold annual shareholder meetings; (6) comply with all applicable Bylaws and Articles of Incorporation of the corporations; and (7) make full disclosure to all shareholders of all of the inappropriate and illegal transactions which have occurred over the years. Obviously, complying with the Bylaws, Articles of Incorporation and Idaho law results in the present purported board members being conflicted from taking any action whatsoever, including withdrawing the $400,000 held in the court registry or taking any other funds or assets from the corporations.

My clients will be making further demands in the future.  But time is of the essence in light of the wholly inappropriate recent action.  My clients reserve the right to seek court assistance in the future without the necessity of further derivative demands based upon the ongoing malfeasance at AIA Services and AIA Insurance.

You are directed to ensure that your clients and the Boards of AIA Services and AIA Insurance receive this demand and that appropriate action is taken, including electing and naming non-conflicted board members for both corporations.  Time is of the essence.

**By: Roderick C. Bond**
**Roderick Bond Law Office, PLLC**
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
Tel: (425) 591-6903
Fax: (425) 321-0343
Email: rod@roderickbond.com
Website: www.roderickbond.com

This email and any attachments may be attorney-client privileged, protected as attorney work product, and/or subject to any other applicable privileges.  The unauthorized viewing or dissemination of any email or attachment is prohibited.  If you have recieved this email in error or it was not intended to be delivered to you, please immediately delete this email and all attachments and contact the sender at the address indicated above. Thank you.

Exhibit 32 - Page - 1