Loren C. Ipsen, ISB #1767
ELAM & BURKE, P.A.
251 East Front Street Suite 300
Post Office Box 1539
Boise, Idaho 83701
Telephone:  (208) 343-5454
Facsimile:  (208) 384-5844
lci@elamburke.com

Attorneys for Defendants, Hawley Troxell Ennis & Hawley, LLP,
Gary D. Babbitt, Richard A. Riley, and D. John Ashby

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE L. MIESEN, an individual; DONNA J. TAYLOR, an individual and the Personal Representative of the Estate of Sarah Taylor; WHO ARE SHAREHOLDERS BRINGING THIS ACTION ON BEHALF OF AND/OR IN THE RIGHT OF AIA SERVICES CORPORATION AND ITS WHOLLY OWNED SUBSIDIARY AIA INSURANCE, INC.;<br><br>Plaintiffs,<br><br>vs.<br><br>CONNIE TAYLOR HENDERSON, an individual; JOLEE K. DUCLOS, an individual; HAWLEY TROXELL ENNIS & HAWLEY, LLP, an Idaho limited liability partnership, GARY D. BABBITT, an individual; D. JOHN ASHBY, an individual; RICHARD A. RILEY, an individual; MICHAEL W. CASHMAN, SR., an individual; JAMES BECK, an individual; R. JOHN TAYLOR, an individual; CROP USA INSURANCE AGENCY, INC., AIA SERVICES CORPORATION, an Idaho corporation; AIA INSURANCE, INC., an Idaho corporation,<br><br>Defendants. | Case No.  1:10-cv-00404-CWD<br><br>DECLARATION OF LOREN C. IPSEN IN SUPPORT OF REPLY IN MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1) |

I, Loren C. Ipsen, declare:

DECLARATION OF LOREN C. IPSEN IN SUPPORT OF REPLY IN MOTION TO DISMISS
PURSUANT TO F.R.C.P. 12(b)(1) - 1

1.      I am one of the attorneys of record in this action for Defendants Hawley Troxell

Ennis & Hawley LLP, an Idaho limited liability partnership, Gary D. Babbitt, D. John Ashby and

Richard A. Riley.  I am over 18 years of age and competent to testify in court.

2.      Attached hereto as Exhibit A true and correct copy of a new shareholder

derivative demand from Plaintiffs' Counsel Roderick C. Bond dated June 13, 2016.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF IDAHO THAT THE FOREGOING IS TRUE AND CORRECT.


__August 9, 2016 at Boise, Idaho__          _____/s/ Loren C. Ipsen_____
Date and City and State Signed                  Loren C. Ipsen


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August, 2016, I electronically filed the foregoing instrument with the Clerk of the Court using the EM/ECF system which sent a Notice of Electronic Filing to the following persons via email:

Roderick C. Bond                    Shawnee S. Perdue
rod@roderickbond.com                sperdue@wielandperdue.com
*Attorneys for Plaintiff*           Steven P. Wieland
                                    swieland@wielandperdue.com
                                    *Attorneys for Michael W. Cashman, Sr.,*
                                    *R. John Taylor, and James Beck*


                        _____/s/ Loren C. Ipsen_____
                        Loren C. Ipsen


DECLARATION OF LOREN C. IPSEN IN SUPPORT OF REPLY IN MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1) - 2