Steve Wieland, ISB No. 8282
Shawnee Perdue, ISB No. 8888
WIELAND PERDUE PLLC
405 South 8th Street, Suite 295
Boise, Idaho 83702
p: 208.401.9219
f: 208.401.9218
swieland@wielandperdue.com
sperdue@wielandperdue.com

*Attorneys for Defendants Connie Taylor Henderson,*
*Jolee Duclos, R. John Taylor, Michael W. Cashman Sr.,*
*James Beck, and Crop USA Insurance Agency, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| **Dale Miesen**, an individual, a shareholder bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>**Connie Taylor Henderson**, an individual; **et al.**,<br><br>Defendants. | Case No. 1:10-CV-00404-CWD<br><br>**Declaration of R. John Taylor in Opposition to Plaintiff's Motion to Amend and Supplement Complaint [Doc. 182]** |

I, R. John Taylor, declare:

1.  I am a named defendant in the above action and serve as president and director of Defendants AIA Services Corporation and AIA Insurance, Inc.

2.      Attached as **Exhibit A** is a true and correct copy of a derivative demand letter, dated June 13, 2016, which I received from Plaintiff's counsel via U.S. Mail and fax.

3.      Attached as **Exhibit B** is a true and correct copy of a derivative demand letter, dated August 23, 2016, which I received from Plaintiff's counsel via U.S. Mail, fax, and email.

4.      Attached as **Exhibit C** is a true and correct copy of a letter I sent to Plaintiff's counsel, dated September 12, 2016, via U.S. Mail.

**I declare under penalty of perjury under the laws of the United States of America and the State of Idaho that the foregoing is true and correct.**

November 28, 2016 at Lewiston, Idaho
Date, City, and State Signed                          R. John Taylor

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

| | |
|---|---|
| **Roderick Cyr Bond**<br>rod@roderickbond.com<br>*Attorney for Plaintiff Dale Miesen* | **Loren C. Ipsen**<br>lci@elamburke.com<br><br>**James D. LaRue**<br>jdl@elamburke.com |
| **Alyson Anne Foster**<br>aaf@aswblaw.com<br>*Attorney for Intervenor GemCap Lending I LLC* | **Jeffrey A. Thomson**<br>jat@elamburke.com<br><br>*Attorneys for Hawley Troxell Defendants* |

I further certify that on such date I served the foregoing on the following non-CM/ECF registered participants by email as follows:

| | |
|---|---|
| **AIA Services Corporation**<br>P.O. Box 538<br>Lewiston, ID  83501<br>jtaylor@cropusainsurance.com | **AIA Insurance, Inc.**<br>P.O. Box 538<br>Lewiston, ID  830501<br>jtaylor@cropusainsurance.com |

_____

Steve Wieland
Attorney for Defendants R. John Taylor, Michael W. Cashman Sr., James Beck, Connie Taylor Henderson, JoLee Duclos, and Crop USA Insurance Agency, Inc.