**AIA Services Corporation**

AIA Services Corporation
One Lewis Clark Plaza
PO Box 538
Lewiston, Idaho 83501-0538
(208) 799-9000    FAX (208) 746-8159

September 12, 2016

Roderick Bond
Roderick Bond Law Office, PLLC
601 108th Ave., Suite 1900
Bellevue, WA 98004

Re:    June 13, 2016, Shareholder Derivative Demand Letter;
       August 23, 2016, Shareholder Derivative Demand Letter

Dear Mr. Bond:

In response to your shareholder derivative demand letters dated June 13, 2016, and August 23, 2016 (the "Demand Letters", the  boards of directors of AIA Services Corporation and of AIA Insurance, Inc. (the "Boards"), have determined not to take any action in response to the Demand Letters.

The Boards have rejected your Demand Letters because they do not provide a coherent description of the wrongful transactions for which you seek a remedy. The scope of conduct described in the Demand Letters is so broad they are impossible to address in any meaningful way. Although the Boards are not able to determine the wrongful conduct you seek to remedy, it appears that any legal remedies would be futile for numerous reasons, including without limitation applicable law relating to fiduciary duties; statutes of limitations; res judicata; the business judgment rule; equitable remedies such as laches and unclean hands. The Demand Letters also seem to refer to transactions that involved no conflict of interest or which were properly approved by disinterested directors pursuant to Idaho state law. Last, it appears that some or all of the shareholders you represent lack standing to bring a derivative claim.

EXHIBIT C

The Board has determined it would not be in the best interest of either the corporation or its shareholders to take any action.   Further, the claims appear to be subject to other pending actions.

Because of a pattern of abusive and frivolous litigation against the company and its managers, the bylaws for both corporations now include Section 11.11. Provisions like it have been upheld in other states such as Delaware. Section 11.11 permits the company's constituents, including individual directors, to recover attorney fees against shareholders who fail to fully succeed on their derivative claims. Given the sweeping scope of the Demand Letters, it is almost certain your clients will not prevail on all of their claims, and therefore will be liable for directors' attorney fees in future litigation.

Sincerely,

John Taylor
President
AIA Services Corporation and AIA Insurance, Inc.

EXHIBIT C