RODERICK C. BOND, ISB NO. 8082
RODERICK BOND LAW OFFICE, PLLC
601 108th Ave. NE, Suite 1900
Bellevue, WA 98004
Telephone: (425) 591-6903
Fax: (425) 321-0343
Email: rod@roderickbond.com
Attorney for the Plaintiff Dale L. Miesen

UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE L. MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.;<br><br>Plaintiff,<br><br>v.<br><br>CONNIE TAYLOR HENDERSON, an individual; JOLEE K. DUCLOS, an individual; HAWLEY TROXELL ENNIS & HAWLEY LLP, an Idaho limited liability partnership; GARY D. BABBITT, an individual; D. JOHN ASHBY, an individual; RICHARD A. RILEY, an individual; MICHAEL W. CASHMAN SR., an individual; JAMES BECK, an individual; R. JOHN TAYLOR, an individual; CROP USA INSURANCE AGENCY, INC., an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; AIA INSURANCE, INC.; an Idaho corporation; CROP USA INSURANCE SERVICES, LLC; an Idaho limited liability company; and GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 1:10-cv-00404-DCN-CWD<br><br>PLAINTIFF DALE L. MIESEN'S FIRST MOTION TO COMPEL DISCOVERY FROM THE DEFENDANTS GEMCAP, AIA SERVICES, AIA INSURANCE, THE HAWLEY TROXELL DEFENDANTS, CROPUSA INSURANCE SERVICES, CROPUSA INSURANCE AGENCY AND R. JOHN TAYLOR |

CROP USA INSURANCE AGENCY, INC., an

PLAINTIFF'S 1st MOTION TO COMPEL DISCOVERY FROM DEFENDANTS - i

Idaho corporation; CONNIE TAYLOR HENDERSON, an individual; JOLEE DUCLOS, an individual; R. JOHN TAYLOR, an individual; MICHAEL W. CASHMAN SR., an individual; JAMES BECK, an individual,

        Defendants/Third-Party Plaintiffs,

v.

REED TAYLOR, an individual,

        Third-Party Defendant.

REED TAYLOR, an individual,

        Third-Party Defendant/ Counterclaimant,

v.

CONNIE TAYLOR HENDERSON, an individual; R. JOHN TAYLOR, an individual; JAMES BECK, an individual, and UNKNOWN BONDING COMPANY, an unknown entity that issued the unknown fidelity ERISA Bond,

        Counterdefendants.

GEMCAP LENDING I, LLC, a Delaware limited liability company,

        Defendant/Third-Party Plaintiff,

v.

QUARLES & BRADY, LLP, a Wisconsin limited legal partnership; and CRUMB & MUNDING, P.S., a Washington professional service corporation,

        Third-Party Defendants.

PLAINTIFF'S 1st MOTION TO COMPEL DISCOVERY FROM DEFENDANTS - ii

Plaintiff moves this Court pursuant to the Federal Civil Rules of Procedure, including Rules 26, 33, 34, and 37, to compel proper and complete responses to discovery requests and the production of all responsive documents.

DATED: This 6th day of August 2018.

> RODERICK BOND LAW OFFICE, PLLC
>
> By: _/s/ Roderick C. Bond_
> Roderick C. Bond
> Attorney for the Plaintiff Dale L. Miesen

PLAINTIFF'S 1st MOTION TO COMPEL DISCOVERY FROM DEFENDANTS - 1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of August 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James D. LaRue:   jdl@elamburke.com, sd@elamburke.com

Jeffrey A. Thomson:   jat@elamburke.com, nlp@elamburke.com

Loren C. Ipsen:   lci@elamburke.com, nlp@elamburke.com

Alyson Anne Foster:   aaf@aswblaw.com, cme@aswblaw.com, kkp@aswblaw.com, lmk@aswblaw.com, mar@aswblaw.com, tie@aswblaw.com

Benjamin A. Schwartzman:   bas@aswblaw.com, cme@aswblaw.com, jsd@aswblaw.com, kcr@aswblaw.com, lmk@aswblaw.com, mah@aswblaw.com, tie@aswblaw.com

Martin J. Martelle:   attorney@martellelaw.com, vanessa@martellelaw.com

Vanessa A. Mooney:   vanessa@martellelaw.com

Markus William Louvier:   mlouvier@ecl-law.com, byesland@ecl-law.com

James B King:   jking@ecl-law.com

Jack S Gjording:   jgjording@gfidaholaw.com, ktonkin@gfidaholaw.com

Stephen Lee Adams:   sadams@gfidaholaw.com

Fanxi Wang:   fwang@birdmarella.com, mhicks@birdmarella.com

Mark T. Drooks:   mdrooks@birdmarella.com, mhicks@birdmarella.com

Peter L Steinman   psteinman@mrllp.com

Tyler Scott Waite:   twaite@campbell-bissell.com

Michael Scott Bissell:   mbissell@campbell-bissell.com

PLAINTIFF'S 1st MOTION TO COMPEL DISCOVERY FROM DEFENDANTS - 2

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated: Via first class mail, postage prepaid addressed as follows:

    AIA Services Corporation
    P.O. Box 538
    Lewiston, ID  83501

    AIA Insurance, Inc.
    P.O. Box 538
    Lewiston, ID  830501

    */s/ Roderick C. Bond*
    Roderick C. Bond