Gary D. Babbitt, ISB No. 1486
D. John Ashby, ISB No. 7228
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: gdb@hteh.com
       jash@hteh.com

Attorneys for AIA Services Corporation,
AIA Insurance, Inc., and CropUSA

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF NEZ PERCE

| | |
|---|---|
| REED J. TAYLOR, a single person, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AIA SERVICES CORPORATION, an Idaho )<br>corporation; AIA INSURANCE, INC., an )<br>Idaho corporation; R. JOHN TAYLOR and )<br>CONNIE TAYLOR, individually and the )<br>community property comprised thereof; )<br>BRYAN FREEMAN, a single person; JOLEE )<br>DUCLOS, a single person; CROP USA )<br>INSURANCE AGENCY, INC., an Idaho )<br>Corporation; and JAMES BECK and )<br>CORRINE BECK, individually and the )<br>community property comprised thereof, )<br>)<br>Defendants. )<br>_____)<br>)<br>AIA SERVICES CORPORATION, an Idaho )<br>corporation; and AIA INSURANCE, INC., an )<br>) | Case No. CV-07-00208<br><br>AFFIDAVIT OF JOHN A. STRAIT |

AFFIDAVIT OF JOHN A. STRAIT - 1

40005.0006.12839194

**Exhibit - 1**

| | )|
|---|---|
| Idaho corporation, | ) |
| | ) |
| Counterclaimants, | ) |
| vs. | ) |
| | ) |
| REED J. TAYLOR, a single person, | ) |
| | ) |
| Counterdefendant. | ) |
| | ) |

JOHN A. STRAIT, being first duly sworn upon oath, deposes and says:

1.  I am an Associate Professor of Law at Seattle University School of Law with teaching responsibilities in the fields of legal ethics and legal malpractice. I have held this position since 1976. I am admitted to practice law in the states of California, Oregon and Washington. I am currently inactive in California and Oregon. My practice includes the representation of attorneys in disciplinary matters and legal malpractice cases. My practice also includes consulting, counseling and representing attorneys on issues involving compliance with the Rules of Professional Conduct. I have represented attorneys both in defending and prosecuting claims for disqualification arising from conflicts of interest and have consulted approximately three times a month as a retained consultant and/or attorney since the late 1970s on such issues. I have appeared by declaration or by live testimony in more than 100 motions to disqualify. In addition to my for-fee representation and consulting, I consult on a pro bono basis an average of once or twice a day with various lawyers throughout the Northwest, the Washington State Bar Office of Disciplinary Counsel and others on a variety of ethical and malpractice issues. My consulting practice includes giving advice on attorneys' obligations under the Rules of Professional Conduct and their compliance with the minimum standards of care with regard to the duties they owe to clients to avoid conflicts of interest. I have provided such advice an average of two or three times a week since approximately 1976. I have advised

AFFIDAVIT OF JOHN A. STRAIT - 2

40005.0006.12839194

lawyers on issues regarding potential and actual conflicts of interest between clients, as well as between current and former clients, on numerous occasions. I have counseled Idaho practitioners on many occasions with regard to these matters.

2. I have lectured throughout the United States on the subjects of legal ethics and discipline for attorneys. I have lectured in some fifteen states and participated in CLE presentations on the law of ethics and standards for legal malpractice. I have lectured at numerous Bar presentations on issues arising under the American Bar Association Model Rules of Professional Conduct and the minimum standard of care for attorneys and law firms with regard to their ethical obligations to clients. I have done numerous CLE presentations on conflicts of interest. I average at least one CLE presentation per month and have done so since the late 1970s. Since the beginning of 2004, I have appeared in more than one hundred CLE programs as a speaker and/or co-chair. Most of these programs included material on the minimum standards of care for lawyers to comply with their duties to avoid conflicts of interest. I have lectured to the Idaho bankruptcy bar and judiciary on the application of the Idaho Rules of Professional Conduct in federal and state bankruptcy and receivership practice at the request of the Idaho bankruptcy judiciary.

3. I have testified in court as an expert witness in the fields of legal ethics and malpractice in sixteen counties in the State of Washington, and in the federal district courts located in Washington, Oregon, Wyoming, California, Alaska, Hawaii, New Mexico, Idaho and others. I have testified regarding the duties owed by attorneys and law firms to their clients to avoid conflicts of interest in most of these jurisdictions. I have appeared in Idaho federal bankruptcy court and filed declarations or affidavits in Idaho state proceedings as well as participated in arbitrations of conflicts of interest disputes involving the Idaho Rules of

AFFIDAVIT OF JOHN A. STRAIT - 3

40005 0006 12839194

22. Draft of AIA's Petition for Court Appointed Independent Inquiry Pursuant to I.C. § 30-1-743 and I.C. § 30-1-744 and for Grant of Pending Motion to Stay Proceedings (prepared August 2008).

23. Draft of Affidavit of Gary D. Babbitt in Support of AIA's Petition for Court Appointed Independent Inquiry Pursuant to I.C. § 30-1-743 and I.C. § 30-1-744 (prepared August 2008).

### V.

### ADDITIONAL MATERIALS RELIED UPON IN ORDER TO RENDER OPINION WHICH ARE PRIVILEGED AND SUBMITTED TO THE COURT FOR THE PURPOSE OF *IN CAMERA* INSPECTION

1. Correspondence dated May 1, 2007, from Hawley Troxell to Directors of AIA Services Corporation and AIA Insurance, Inc.

2. Correspondence dated May 1, 2007, from Hawley Troxell to Directors of Crop USA Insurance Agency, Inc.

3. Correspondence dated April 19, 2007, from Hawley Troxell to John Taylor c/o Michael McNichols.

4. Correspondence dated April 18, 2007, from Hawley Troxell to JoLee Duclos and Bryan Freeman c/o David A. Gittens.

5. Standstill and Tolling Agreement dated May 2, 2007 among AIA Insurance, Inc., AIA Services Corporation and R. John Taylor.

6. Standstill and Tolling Agreement dated May __, 2007 among AIA Insurance, Inc., AIA Services Corporation, JoLee Duclos and Bryan Freeman.

7. Joint Defense Agreement effective as of May 17, 2007 among AIA Insurance, Inc., AIA Services Corporation, R. John Taylor, JoLee Duclos and Bryan Freeman.

AFFIDAVIT OF JOHN A. STRAIT - 8

8. Correspondence dated as of November 1, 2007, from Hawley Troxell to Directors of AIA Services Corporation and AIA Insurance, Inc.

9. Correspondence dated as of November 1, 2007, from Hawley Troxell to Directors of Crop USA Insurance Agency, Inc.

10. Correspondence dated as of November 1, 2007, from Hawley Troxell to R. John Taylor c/o Michael McNichols.

11. Correspondence dated as of November 1, 2007, from Hawley Troxell to David A. Gittens.

12. Correspondence dated as of November 1, 2007, from Hawley Troxell to Jonathan D. Hally.

13. Amended Joint Defense Agreement dated as of November 1, 2007 among AIA Insurance, Inc., AIA Services Corporation, Crop USA Insurance Agency, Inc., R. John Taylor, JoLee Duclos, Bryan Freeman, Connie Taylor, James Beck and Corrine Beck.

14. Amended and Restated Standstill and Tolling Agreement among AIA Insurance, Inc., AIA Services Corporation, Crop USA Insurance Agency, Inc., R. John Taylor, JoLee Duclos, Bryan Freeman, Connie Taylor, James Beck and Corrine Beck.

15. Addendum to Amended Joint Defense Agreement dated as of July 24, 2008 among AIA Insurance, Inc., AIA Services Corporation, Crop USA Insurance Agency, Inc., R. John Taylor, JoLee Duclos, Bryan Freeman, Connie Taylor, James Beck and Corrine Beck.

I also rely on my teaching experience, practice experience, research and writing in the field of professional duties owed by attorneys under the Model Rules of Professional Conduct, the Idaho Rules of Professional Conduct and the obligations of Idaho lawyers under Idaho law.

AFFIDAVIT OF JOHN A. STRAIT - 9