# EXHIBIT F

Exhibit - 5

# FIELD EXAMINATION OF

# CropUSA Insurance Agency, Inc.

| Address: | 111 Main Street | Exam Type: | Recurring Exam |
|---|---|---|---|
| City/State: | Lewiston, Idaho  83501 | Approved Credit Commitment: | |
| Contact Person: | John Taylor, President | Field Exam Dates: | 4/15/13 - 4/19/13 |
| Phone Number: | 208-799-9012 | Office Dates: | 4/22/13 - 4/30/13 |
| E-Mail Address: | jtaylor@cropusainsurance.com | Total Field Days: | 11 |
| Web Site Address: | www.CropUSAinsurance.com | Total Office Days: | 5 |

## Distribution:

| Relationship Manager: | Ramsey Naber |
|---|---|
| | |
| Examiner: | Steven LaPine, President, |
| Firm: | Audit America, LLC |

## Executive Summary

### Background

CropUSA (the Borrower) headquartered in Lewiston, ID and in business since 1968, is a managing general insurance agency specializing in Multi-Peril Crop Insurance (MPCI) marketed to established independent agents operating in 12 states. The Borrower collects commissions from the producers and remits them to the agents, earning a spread in exchange for administrating the premiums.  There were 21 employees on 12/31/12.

Transacting business through the Borrower pools the premiums of many independent agents into a larger block, increasing leverage with the insurance providers (providers) allowing for more favorable rates and allowances.

MPCI coverage subsidized by the US Government is available to most farmers. The program is administered by the Risk Management Agency (RMA) authorized by the Federal Crop Insurance Corporation (FCIC).  The RMA calculates premiums based on risk factors and caps the commissions

Federal crop insurance is sold and serviced through private insurance companies. A portion of the premium, as well as the administrative and operating expenses of the private companies, is subsidized by the federal government.  The FCIC reinsures the providers by absorbing some of the losses of the program when indemnities exceed total premiums. Several revenue insurance products are also available on major crops as a form of additional coverage.

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
CONFIDENTIAL



GEM000058

In addition to MPCI, the product portfolio includes Hail, Companion Hail, Production Hail, Fire and other crop products. Almost the entire portfolio is insured by CBG Diversified Crop Insurance Services (Diversified). These supplemental polices are gaining in popularity because they are not administered by the FCIC and pay higher commissions.

The borrower currently has $82MM in premiums under management, increasing by $37MM (82%) from $45MM for the prior exam reflecting additional polices added by the new start up Greenleaf.

The Borrower recently funded the startup of Green Leaf Alliance (Greenleaf), a new reinsurance company, with a $125M initial equity investment during February 2013.  Participation is open to independent agents seeking a higher return on their transactions in exchange for taking some insurance risk.  Agents investing in Greenleaf will benefit from higher commissions allowed for reinsurance agencies by the RMA. Members will pay general membership dues, may provide capital in the reinsurance company and have the option to contract as sub-agents with CropUSA.

*Exam Scope*
The exam was performed at the Borrower's headquarters located in Lewiston, ID.  The scope, covering the T7M (trailing 7 months) through 3/31/13, was comprised of AR, AP, Financial Statements, insurance file review, insurance coverage and taxes.  The 4/12/13 BBC, the most current as of the first day of the exam, was reviewed and compared to the availability based on the recommendations in this report.

Extensive telephone confirms of the insured were excluded because they were performed during the prior exam.  Also excluded from the scope were the books and records of the affiliates including Greenleaf, Sound Insurance, AIA, 17th Street Partnership, PERC, CorpLLC and Wesken Insurance.

All current balances are as of 3/31/13, all prior balances are as of 3/31/12 and all prior exam balances are as of 7/31/12 and all balances are in 000's unless otherwise noted.

*Loan Facility*
GemCap provides a $10MM revolving line of credit secured by 80% advances on commissions and 100% advance on cash collateral (certificate of deposit held by GemCap).  The line was increased by $2MM on 2/4/13.

*Key Findings*
1.  Legacy accounts on the 4/12/13 BBC with commissions totaling $3,454M (25%) reflect new premiums acquired by affiliated Greenleaf after the crop started.  According to John Taylor, President, even though the premiums are assigned to the Borrower, Diversified is advancing the commissions to the originating agency until the end of 2013.  Consequently, even though the legacy commissions are reported on the BBC, GemCap is not receiving the commissions remitted by Diversified.  According to John Taylor, the situation will self correct next year in 2014 because Diversified will remit to GemCap.  Since GemCap is already advancing on commissions due next year, the Borrower is reporting the legacy accounts eligible.

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
**CONFIDENTIAL**

GEM000059

2. Recently, Missouri Crop LLC with a commission balance totaling $487M on the BBC received an early advance totaling $45M directly from the Diversified because agency is up for sale and the owner needs cash. The 4/9 Diversified advance was delayed until 4/25, so the commissions remittance could be reconciled, and adjusted to reflect the prepayment made directly to the Agency. Consequently, GemCap was short paid $45M on the $21M Diversified commission advance. John Taylor, President, stated this is an isolated incident and none of the prepaid commissions made to the agencies will be deducted by Diversified.

3. The Church Crop Insurance Services Inc. MPCI Commission Recap shows a potential commission of $761M on estimated premiums of $8.3MM compared to $10MM posted to the BBC including $3MM committed. The variance is unreconciled. John Taylor, President, stated the additional $1.7MM shown on the BBC will be submitted to Diversified after the farmers determine their crop. The $8.3MM Diversified estimate includes all premiums, including wheat.

4. Results on the insurance file review, covering 40 mostly spring crop 2013 insurance policies, was unsatisfactory. A significant number of the insurance files were not provided because they are with the originating agency, reflecting premiums on the BBC that were recently acquired by assignment to Greenleaf. Consequently, a new sample was selected covering 20 insurance files for 2012 wheat crop with a projected commission totaling $444M or 3% of the gross collateral (before adjusting for the 62% cap). The sample selection was limited to wheat crop because the renewals were complete and occurred before the premium assignments were obtained. Therefore, all of the wheat crop files were available for review and overall test results on the secondary sample was satisfactory.

## Recommendations

1. Recommend applying the 62% RMA cap on all reported collateral. On 4/12/13, after applying the cap, availability decreased to negative $2,032M, by $2,153M from $121M reported on the BBC. The RMA Caps are set annually and limit the amount of commissions paid to agents. The current cap increased 2% from 60% in the prior year.

2. Mitigate the availability shortfall by securing 4 properties (all 4 are off the books of the Borrower) in Lewiston, ID with an estimated worth of $4MM.

3. Based on the information provided by the Borrower, it's unclear if the RMA cap has been accounted for on the Financial Statements. Consequently, the Financial Statements should be subject to a CPA FYE audit reflecting the commission caps on revenue.

4. Greenleaf accounting records should be included in the scope of future GemCap exams if they are separated from the Borrower.

5. A legal review addressing the following issues and their impact on the collateral is recommended:

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
CONFIDENTIAL

GEM000060

a) A legal review of the contracts between the Borrower and Diversified is recommended to determine if there is potential exposure to the collateral from the agreements. The review should cover remedies and recourse available to Diversified if the Borrower does not pay the agencies the commissions remitted by the producer. The review can also validate the 85% commission factor applied against the A&O to calculate the commission collateral and the 20% profit sharing factor used to calculate the deferred commissions.

b) Review the legal documents supporting the Greenleaf start up to determine if the reinsure arrangement exposes the collateral. The review should determine if the affiliate should be named as a Co-borrower and if the affiliate should be cross collateralized and cross defaulted.

c) The legal review should also cover assignments of the legacy insurance premiums recently acquired from agents participating in the Greenleaf start up. John Taylor, President, stated Diversified will begin paying the commissions corresponding to the new premiums beginning 2014. The legal review can confirm this arrangement and appropriate action can be taken to firm up the collateral if the agreements do not include routing the commission remittance to the Borrower.

d) Verify the Borrower is in compliance with FCIC regulations. Validate the 85% factor to calculate the commissions on premiums and the 20% factor to calculate the deferred commissions are authorized by the RMA.

*Availability Calculation*

| ($000) | As of | 4/12/13 | | | | PER LENDER | | |
|---|---|---|---|---|---|---|---|---|
| Collateral | | Gross Collateral | Ineligible | Eligible Collateral | Advance Rate | Availability | Outstanding | Excess / (Deficit) Avail. |
| Commissions on Premium AR | | 10,214 | | $ 10,214 | 80% | $ 8,171 | 9,879 | $ (1,708) |
| Commissions on Commitment AR | | 2,776 | | $ 2,776 | 80% | $ 2,221 | | $ 2,221 |
| Deferred Commission AR | | $ 777 | $ - | $ 777 | 80% | $ 622 | | $ 622 |
| Total AR Collateral | | 13,767 | | 13,767 | | 11,014 | 9,879 | $ 1,135 |
| Cash Collateral | | $ 1,018 | $ - | $ 1,018 | 100% | $ 1,018 | | $ 1,018 |
| Total Collateral | | $ 14,785 | | $ 14,785 | | $ 12,032 | $ 9,879 | $ 2,153 |
| Availability Block | | | | | | | | $ - |
| Revolver Line Limit | $ 10,000 | | | | | (2,032) | | $ (2,032) |
| Net Funds Available -LOC | Total | $ 14,785 | $ - | $ 14,785 | | 10,000 | 9,879 | $ 121 |
| Grand Total Funds Available | | $ 14,785 | $ - | $ 14,785 | | $ 10,000 | $ 9,879 | $ 121 |

| | As of | 4/12/13 | | | | PER EXAM (including Legacy Accounts) | | |
|---|---|---|---|---|---|---|---|---|
| Collateral | | Gross Collateral | Ineligible | Eligible Collateral | Advance Rate | Availability | Outstanding | Excess / (Deficit) Avail. |
| Commissions on Premium AR | | 6,334 | | $ 6,334 | 80% | $ 5,067 | 9,879 | $ (4,812) |
| Commissions on Commitment AR | | 1,721 | | $ 1,721 | 80% | $ 1,377 | | $ 1,377 |
| Deferred Commission AR | | $ 481 | | $ 481 | 80% | $ 385 | | $ 385 |
| Total AR Collateral | | 8,536 | | 8,536 | | 6,829 | 9,879 | $ (3,050) |
| Cash Collateral | | $ 1,018 | $ - | $ 1,018 | 100% | $ 1,018 | | $ 1,018 |
| Total Collateral | | $ 9,554 | | $ 9,554 | | $ 7,847 | $ 9,879 | $ (2,032) |
| Revolver Line Limit | $ 10,000 | | | | | - | | $ - |
| Net Funds Available -LOC | Total | $ 9,554 | $ - | $ 9,554 | | $ 7,847 | $ 29,637 | $ (2,032) |
| Grand Total Funds Available | | $ 9,554 | $ - | $ 9,554 | | $ 7,847 | $ 29,637 | $ (2,032) |

Negative availability per exam totaling cap$2,032M is $2,153M (1,779%) lower than the availability of $121M reported on the BBC. The variance accounts for an unreported 62% RMA administrative and office earnings (A&O) cap on all MCPI commissions.

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
CONFIDENTIAL

GEM000061

The unreported cap on the BBC overstates the collateral. Suppressed availability (see Per Lender) totaling $2,032M partially absorbs the $5,231M (38%) reduction in gross collateral after implementing the 62% A&O cap.

John Taylor, President, has agreed to make up the shortfall by pledging 4 properties (all 4 properties are off the books of the Borrower) in Lewiston, ID worth about $4MM. GemCap is securing these buildings to mitigate any potential exposure to the 62% cap. The collateral balance will be adjusted to reflect the cap at FYE 12/31/13.

Diversified advances 60% of the annual projected commissions (due to the agencies that booked the policies) to the Borrower in 5 monthly installments paid on 4/15, 5/5, 6/5, 7/5 and 8/5. The commission is recalculated on 9/15 and 75% of the remaining balance is paid to the Borrower. Diversified performs a final true up on 12/15 before issuing the final commission remittance for unpaid commissions. (Revenue is fully earned on 12/31).

The commissions are calculated by Diversified using a compensation rate of 80% applied against the projected A&O after accounting for any caps imposed by the RMA.

The first Diversified advance for the current year was paid on 4/9/13 after accounting for the 62% RMA CAP applied against the A&O earnings. John Taylor, President, projects the CAP will remain in place for the entire year and commissions will not exceed 80% of 62% of the A&O.

However, the BBC does not account for the cap, calculating commission collateral by applying a factor of 85% against the A&O, without the 62% cap. Consequently, availability per exam reflects a restatement of the commission collateral by a 38% reduction to account for the CAP (the inverse of the 62% allowed). The prior year RMA CAP rate was 60%.

John Taylor, President, stated the BBC and Financial Statements are adjusted annually, at FYE, to account for the RMA cap, However, the 12/31/12 reconciliation has not been provided. Consequently, it could not be determined if revenue is overstated and if the Financial Statements are in compliance with GAAP.

Even though Diversified calculates the commission by a factor of 80%, the Borrower uses a factor of 85%, reflecting a 5% premium paid by Diversified during December 2012 to compensate the Borrower for processing fees. John Taylor, President, stated the 85% rate is specified in the agreement with Diversified. However, the third party MPCI Commissions Recap (statements) issued by Diversified, for each advance commission payment for each agency, shows a compensation rate of 80%. At this time it's unclear if the 5% premium is remitted by Diversified. *A GemCap legal review is recommended to validate the 85% commission rate used by the Borrower and determine the proper litigant if the collateral is exposed.*

### Gross Collateral
There are 3 different commission collateral pools with a combined total of $8,536M (after factoring in the 62% cap used per exam) comprised of commissions due on premium $6,334M (74%), commissions due on commitments $1,721M (20%) and deferred commissions $481M (6%). The entire commission receivable balance is due from Diversified; however, the BBC is not subject to a concentration limit.

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
CONFIDENTIAL

GEM000062

**Commissions Due on Premiums**
Reflects commissions due from Diversified for the current and subsequent crop year. Diversified issues separate statements for each agency and the agency name is printed at the top. With the exception of the 5% markup of the 80% agency compensation rate shown on the Diversified statements, the entire commission balance is due to the agencies. The commissions are reported weekly on the BBC and the last BBC of the month is posted to the GL.

**Commission on Commitment AR:** Reflects projected commissions due for insurance commissions that have not been posted by Diversified. Once the insurance applications are finalized and submitted by the insured, Diversified will post the commissions on its website and the balance will be reclassified to commissions due on premiums.

The statements also show the premium estimate for each agency. The Church Crop Insurance Services Inc. statement shows a potential commission of $761M on estimated premiums of $8.3MM, This compares to $10MM posted to the BBC including $3MM posted to the commission on commit collateral report. John Taylor, President, stated the additional $1.7MM shown on the BBC will be submitted to Diversified after the farmers determine their crop. The $8.3MM Diversified estimate includes all known premiums (spring and fall crop).

**Deferred Commissions:** Reflects 20% administrative commissions applied against the A&O earnings. Essentially, the balance reflects the revenue earned by CropUSA for managing the premiums since the commissions on premiums are passed through to the agencies (net of the 5% markup of the Diversified 80% agency compensation rate). *Diversified statements paying the 20% commission were not reviewed.*

*Financial Summary*

| Financial Summary ($000) | Current Interim | | Prior Interim | | Fiscal Year End | |
|---|---|---|---|---|---|---|
| Number of Months: | 2 | | 2 | | 12 | |
| Date: | 02/28/13 | % | 02/28/12 | % | 12/31/12 | % |
| Net Revenue | $ 1,650 | 100.0% | $ 337 | 100.0% | $ 2,893 | 100.0% |
| Gross Margin | $ 609 | 36.9% | $ 42 | 12.4% | $ 743 | 25.7% |
| Operating Expenses | $ 119 | 0.0% | $ 155 | 46.1% | $ 598 | 20.7% |
| Interest Expense | $ 20 | 0.0% | $ 71 | 21.1% | $ 92 | 3.2% |
| Pre-tax Profit/(Loss) | $ 470 | 28.5% | $ (185) | -54.8% | $ 53 | 1.8% |

The internally prepared financial statements for CropUSA for the 2 months ended 2/28/13 show net income of $470M on net revenue of $1,650M with gross profit margin of 36.9%. This compares favorably with the prior year showing a pretax loss of $185M on net sales of $337M and gross profit margin **of 12.4%.** Net revenue increased by $1,313M (390%) from the prior year reflecting new commission recently assigned to the new affiliated Greenleaf reinsurance company. The FYE 12/31/12 income statement was also internally prepared.

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
CONFIDENTIAL

GEM000063

## *Accounts Receivable Section*

### *Accounts Receivable*
There are two distinct crop seasons that are insured, spring and fall, with wheat being pretty much the exclusive fall crop and all others are considered spring crops.

From a collateral lender's perspective: Commission collateral is estimated throughout the year subsequent to the crop year and pledged to GemCap. By December, the projection for the upcoming crop year is complete. Diversified, the only customer, advances the Borrower monthly during the crop year against the projected commissions from April – September (approximately 12 months for after the initially assignement).  The advances are remitted to GemCap.  Any remaining commission AR is reconciled to the insured's acreage and premium payments and settled during December. The Borrower remits the commissions due to the agents during July and December.

A 20% commission is paid to the Borrower during Q4 of the following crop year to cover administration. The entire cycle takes approximately 24 months.

### *Commission Report*
The commission report serves as the primary control for revenue accounting and for the BBC. Diversified estimates the spring crop commission due to the Borrower during December, for the upcoming crop year based on last year's premiums and acreage reports and the projected RMA caps for the upcoming year. The Borrower uploads data from Diversified's website (http://www.diversifiedservices.com/DiversifiedCropInsuranceServices/AgentsOnly/AgentsToolbox.aspx) and updates the internal Excel insurance policy listing referred to as the *commission report*. Fall crop estimates are completed earlier in the year, during the mid-summer and fall.

For every insurance policy, the commission report shows the crop year, policy number, state, agency, plan, acreage, estimated premium, gross premium, A&O, A&O rate, commission rate, and commission earned.  Premiums are moved from the estimated premium field to the gross premium field as Diversified approves the policies during the current crop year.

The most current commission report submitted to GemCap was dated 4/12/13 showing estimated commissions of $13,767M (before the cap) due on managed premiums totaling $82MM (excludes deferred commission premiums reflecting unpaid commissions from the prior crop year). The table below summarizes the commission report.

(In Whole Numbers and Dollars)

| Collateral Type | # of policies | Premiums | Commissions | Average Commission per Insured |
|---|---|---|---|---|
| Commission on Premium | 3,574 | 64,499,033 | 10,214,000 | 2,857 |
| Commitments Commission | NA | 17,650,848 | 2,776,000 | NA |
| Deferred Commission | 1,560 | 20,941,424 | 777,000 | 597 |
| Total | 5,134 | 103,091,305 | 13,767,000 | 3,454 |

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
CONFIDENTIAL

GEM000064

### Collateral Projection

Commissions are projected and advanced by Diversified in order to provide cash flow to the agents until the insurance policies and acreage reports are finalized during September. The Borrowers projection mirrors the customers projection with 2 exceptions, the Borrower accounts for committed but unreported premiums but does not account for the RMA imposed caps on the A&O

The RMA caps the A&O because increased crop prices are inflating the commission payments. Between 2000 and 2009 A&O allowances nearly tripled because of higher crop prices, not because of an increase in the number of policies. The Borrower is responding by marketing insurance excluded from the caps such as hail insurance and entering the reinsurance business to boost returns.

Therefore, instead of a 3 step process, the Borrower's commission projection reported to GemCap is a 2 step process: First the A&O is calculated by applying a factor of 18.5% against the premiums listed on the commission report. Second, the commission is calculated by applying a factor of 85% against the A&O.

According to John Taylor, the final step, applying the RMA cap is completed for the year end close. However, the FYE 12/31/12 commission reconciliation was not provided.

Diversified is never billed by the Borrower. Instead, the customer advances the commissions in monthly installments made on April 15, May 5, Jne 5, July 5, and August 5, equal to 60% of the projected commission due for the same crop year ended 12/31 (for both spring and fall crop). Around 9/15 after actual acreage figures are processed and cleared through the FCIC, Diversified calculates the projected commission for the third time and advances 75% of the unpaid balance (after deducting all previous advances). The final settlement occurs around 12/15 after all customers have paid the premiums for the current crop year. The FCIC will pay claims made by the farmers even if they have not paid the premium.

Commission payments issued to the agents are made by the Borrower 5-6 weeks after the acreage reports are approved and 1/2 mid 12/12 after the final true up.

### Commissions Receivables

The Borrower reports three premium receivable collateral segments comprised of Commissions on Premium, Commissions on Commitments and Deferred Commissions all due from Diversified, the only customer. Commissions due from other insurance carriers are insignificant and not reported.

**Commissions on Premiums:** Commissions on premiums reflect projected commission due for the current and subsequent crop year.

As commissions are advanced by Diversified, the commission collateral is not reduced. Instead, the advanced commissions are left on the commission report to reflect collateral for the subsequent year.

For example, on 4/15, after Diversified advances a commission payment of $10M against a projected $50M commission due for the current crop year on a specific premium, the BBC would

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
CONFIDENTIAL

GEM000065

still reflect eligible commission of $50M. The unchanged BBC balance reflects $40M remaining for the current crop year and $10M for the subsequent crop year.

The spring crop sales closing date is 3/15 and all applications must be signed and submitted 30 days later. Coverage is denied if the application is received after 4/15. Fall crop closing date is 9/30 and applications must be signed and submitted by 10/30.

Coverage is not effective until the acreage reports specifying the location and size of planted tracts are provided. Spring acreage reporting must be signed by 6/30 and submitted within 30 days. Fall acreage report due dates vary with the crop. Range land is due 11/30 and wheat is due 6/30 during the current crop year. In each case the information must be posted 30 days later.

Subsequent to 9/15, after Diversified processes the acreage reports cleared through the FCIC, the premiums shown on the commission report are reclassified to the gross premium field, from the estimated premium field.

Adjustments reflecting increases and decreased between the actual premium and the estimated estimates premium are posted to the BBC. The adjustments reflecting premium updates have been immaterial during the current and prior exam.

Diversified is allowed to bill the insured (farmers) on August 15 and premiums are due in full by September 30. The insured is responsible for the producer premium and the FCIC subsidizes the remainder. However, commissions are calculated on the entire premium, regardless of subsidy.

**Commission on Commitment AR:** Reflects projected commissions due for insurance commissions that have not been posted by Diversified. Once the insurance policies are finalized and submitted by the insured, Diversified will post the commissions on its website and the balance will be reclassified to commissions on premiums.

The Church Crop Insurance Services Inc. MPCI Commission Recap shows a potential commission of $761M on estimated premiums of $8.3MM compared to $10MM posted to the BBC including $3MM committed. The variance is unreconciled. John Taylor, President, stated the additional $1.7MM shown on the BBC will be submitted to Diversified after the farmers determine their crop. The $8.3MM Diversified estimate includes all premiums, including wheat.

**Deferred Commissions:** Reflects 20% profit sharing administrative commissions applied against the A&O earnings and paid the following year during October. *A GemCap legal review is recommended to validate the profit sharing rates.*

*Deferred Revenue*
The Borrower defers the commission receivable to Unearned Revenue in GL 1802 until the beginning of the calendar year in which the commissions are earned. At that time, beginning on 1/1, the deferred revenue is amortized monthly for the next 12 months, using straight-line, offset to revenue and fully earned by December 31. According to John Taylor, President, the 12 month recognition period is in accordance with GAAP. Commissions for the 2014 crop year do not begin amortizing until next year.

CropUSA Insurance Agency, Inc.



**Exhibit - 5**
**CONFIDENTIAL**

GEM000066

GemCap does not require the Borrower to contra offset deferred revenue totaling $11.286M on 2/28/13 against the commission collateral. Historically, a significant balance of the deferred revenue was recognized over a 12 month period mitigating the exposure.

### Prepaid Commissions
Prepaid commission payments made to the agencies are offset to Agency Advances GL 1200 totaling $5,284M and eventually offset to commission expenses as revenue is earned.

Unpaid commission due are offset to the Commission Payable GL 1200 showing a balance of $1,038M (comparable with the prior year) on 2/13/13.

Both balances can fluctuate with the season and when agents request the commissions to be held back until the end of the year after revenue is fully earned.

John Taylor, President, recalled a clause in an agreement possibly protecting both Diversified and the agencies if advances commission liabilities were unpaid. In a few cases, the Borrower advances the agencies prior to the Diversified advance, or, at the request of the agency, holds the commissions until the end of the year. *A GemCap legal review is recommended to determine if Diversified and, or, the agencies have recourse if the Borrower does not issue the commission payments to the agencies. If exposure is identified, the deferred revenue, and, or unpaid commissions could provide mitigation.*

Recently, Missouri Crop LLC with a commission balance totaling $487M on the BBC received an early advance totaling $45M directly from the Diversified because agency is up for sale and the owner needs cash. Consequently, the 4/9 Diversified advance was delayed until 4/25, so the commissions remittance could be reconciled, net of the loans issued to the Agency. *The subsequent commission remitted to GemCap totaling $21M is net of the $45M advance paid directly to the agency.*

### Documentation Review
Results on the insurance file review, covering 40 mostly spring crop 2013 insurance policies, was unsatisfactory. A significant number of the insurance files were not provided because they are with the originating agency, reflecting premiums on the BBC that were recently acquired by assignment to Greenleaf.

The files will remain with the originating agency until the renewal process is complete. These are the same agencies being paid directly by Diversified even though the commissions are included on the BBC.

A small number of files included in the original sample were available for review, however, since the spring crop renewals are still in process, the folders have not been update with the current applications and acreage reports.

Consequently, a new sample was selected covering 20 insurance files for 2012 wheat crop with a projected commission totaling $444M or 3% of the gross collateral (before adjusting for the 62% cap). The sample selection was limited to wheat crop because the renewals were complete and occurred before the premium assignments were obtained. Therefore, all of the wheat crop files were available for review and overall test results of the secondary sample were satisfactory.

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
**CONFIDENTIAL**

GEM000067

Minor exceptions, reflecting 2013 polices with signatures and dates from 2011 are presented below. Since the policies automatically renew every year, the farmer uses the prior year application if the crops and acreage are unchanged from the prior year. However, if he wants a little more (or less) coverage, or wants to try out a new product, or adds more land, then there has to be a new application.

**Whiskey Creek Arkansas policy #93099:** Both the 2012 and 2013 policy were signed and dated 9/30/10 because the MPCI policy automatically renews each year. With MPCI, the farmer chooses to plant certain crops and insures them. This may vary from year to year. Unless the farmer makes a change, the policy will renew each and every year with the exact same type of coverage. This farmer has kept that same insurance in force since the 2011 crop insurance year, so no new application has been filed since 9/2010.

**Whiskey Creek Partnership policy #93108:** Both the 2012 and 2013 policy were signed and dated 9/30/10 because the MPCI policy automatically renews each year. With MPCI, the farmer chooses to plant certain crops and insures them. This may vary from year to year. Unless the farmer makes a change, the policy will renew each and every year with the exact same type of coverage. This farmer has kept that same insurance in force since the 2011 crop insurance year, so no new application has been filed since 9/2010.

**H&H Farms policy #99904:** The 2013 policy was signed 9/30/11 since the application is the same and the insured did not want any changes and the policy automatically renewed.

**Wasson Farms policy #98684:** The application is correctly dated 9/18/2011 because the farmer has not changed his coverage since that time and the policy has automatically renewed.

**ST Bar Ranch policy #29599:** The 2013 policy did not have a separate acreage report. This is a 2013 PRF policy. PRF (Pasture, Rangeland, Forage) was considered a "pilot program" in 2012 and was limited to a few states. In 2013 they opened it up to quite a few more states and revamped the form. The acreage report is now part of the application form, *as acreage is reported for PRF at the same time as the application is submitted.*

**John Hollister Golden Trust policy #99866:** The 2013 policy was signed 9/19/11 since the 2013 application is the same and the insured did not want any changes and the policy automatically renewed.

**A.B. Fisher policy # 12657:** The 2013 policy did not have an acreage report and was signed 11/29/11. This is a 2013 PRF policy that has different applications and different reporting requirements. The application and the acreage report are combined and signed 11/29/11. Since there are no changes to the policy a new signature is not required. With PRF, the farmer is insuring a large tract of grazing or pasture land. This tract of land is static and does not change. Since the policy insures drought damage from lack of rainfall (no grass for cows to eat, etc.) instead of damage to crops, there is no need for an updated acreage report every year when the policy automatically renews. With MPCI, the farmer chooses to plant certain crops and insures them. This may vary from year to year.

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
**CONFIDENTIAL**

GEM000068

Case 1:15-cv-00404-DCN   Document 198-24   Filed 08/06/18   Page 13 of 21
Case 2:15-cv-05504-SVW-MAN   Document 198-24   Filed 08/06/18   Page 13 of 21 Page ID
#:4076

## Accounts Payable Section

### Accounts Payable Reconciliation

| AP Aging to G/L & B/S: ($000) | Date | Balance |
|---|---|---|
| Account Payable Aging | 2/28/2013 | $ 99 |
| Add/(Subtract): | | |
| Hail (Due to Diversified) | | $ 109 |
| John Taylor | | $ 32 |
| AP Adjusted Balance | | $ 240 |
| A/P per G/L No. 2001 | 2/28/2013 | $ 240 |
| G/L to Aging Variance | 0.1% | $ 0 |
| 2218-00-0 Accrued Vacation | | $ 48 |
| 2214-00-0 Payroll Unemployment | | $ 11 |
| 2212-00-0 Payroll FICA | | $ 7 |
| 2211-00-0 Payroll FIT | | $ 5 |
| 2223-16-0 Employee State Tax | | $ 5 |
| 2215-00-0 Payroll Retirement | | $ 3 |
| 2217-00-0 Dependant Care | | $ 2 |
| Less Due to John Taylor | | $ (32) |
| AP Adjusted Balance | | $ 291 |
| A/P Per Balance Sheet | 2/28/2013 | $ 291 |
| Balance Sheet to G/L Variance | 0.0% | $ 0 |

The AP was reconciled as of 2/28/13, the most current GL close.  The AP subledger totaling $240M agreed to the GL and the reconciliation to the balance sheet was satisfactory. The $32M John Taylor liability is reclassified to Due To Related Party on the Balance Sheet.

### AP Aging and Accruals

| | | Current Review | | Prior Year | | Prior Exam | |
|---|---|---|---|---|---|---|---|
| Date: | | 03/31/13 | | 03/31/12 | | 07/31/12 | |
| Aged By: | | Invoice Date | % | Invoice Date | % | Invoice Date | % |
| 1 - 30 days | $ | 55 | 75.9% | $ 14 | 100.0% | $ 18 | 100.0% |
| 31 - 60 days | $ | 3 | 3.5% | $ - | 0.0% | $ - | 0.0% |
| 61 - 90 days | $ | - | 0.0% | $ - | 0.0% | $ - | 0.0% |
| 91 +  days | $ | 15 | 20.5% | $ - | 0.0% | $ - | 0.0% |
| Total Aging | $ | 73 | 6.0% | $ 14 | 3.1% | $ 18 | 1.8% |
| Add: | | | | | | | |
| Commission AP | $ | 1,039 | 953.2% | $ 411 | 5871.4% | $ 1,007 | |
| Hail Deferred Rev | $ | 109 | 8.9% | $ 7 | 1.6% | $ - | 0.0% |
| Book Overdraft | $ | - | | $ - | | $ - | |
| Total | $ | 1,221 | 100.0% | $ 432 | 100.0% | $ 1,025 | 100.0% |

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
**CONFIDENTIAL**

GEM000069

AP totaling $1,221M, increased $789MM (183%) from the prior year and $196M (19%) from the prior exam. The increase from the prior year reflects increased legal fees posted to the trade AP aging and increased commissions due to agencies posted to the accrued Commissions AP.

The AP balance is comprised of $73M (6%) from the AP aging, $1,039M (85%) accrued Commission AP and $109M (9%) Hail Payable.  The accrued commission, hail payable and cash book balances are as of 2/28/13, the most current GL close. Cash book balances were positive and the Borrower does not hold checks.

**AP Aging**
The AP aging includes legal fees due for affiliates AIA and for work on Greenleaf, the new start up recently funded by John Taylor, President. The books and records of both affiliates were excluded from the scope.

**Commissions AP**
Commissions totaling $1,039M in GL 2100 increased by $796M (193%) from the prior year, were comparable with the prior exam. The change is in-line with the increased premiums under management.

Accrued commission is estimated from the Agency Commission Report based on 2012 commissions as a percentage of premiums.

The commissions are due to agencies for the sale of crop insurance. Even though the Borrower collections AR commission in monthly installments from Diversified between April and September (with a December true up), most of the AP commissions due to the agencies selling the crop polices are paid during July and December.

**Hail Payable**
According to Justin Ralston, Controller, the balance totaling $109M in GL 2001 reflects deferred commission revenue for the hail insurance resold from Diversified.

He stated, the balance does not reflect unpaid premiums due to Diversified mitigating potential offsets against the collateral.

The Hail Agency Commission Recap shows just a $2M premium balance due to Diversified, net of unpaid hail commissions due from Diversified.  Justin Ralston, Controller, believes the premium balance is an unreconciled variance because the premiums are all paid for the prior crop year

Now that the annual hail season ended, all hail accounts will be closed including the deferred revenue and commission accounts when the reconciliation are finished during the upcoming close.

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
CONFIDENTIAL

GEM000070

*AP Concentration*

| # | Vendor's Name | Terms | % of Total | ($000) Balance | Current | 1 - 30 days | 31 - 60 days | 61 - 90 days | 91 + days |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Quarles & Brady LLP | N30 | 34.4% | $ 25 | $ 25 | $ - | $ - | $ - | $ - |
| 2. | Randell Danskin | N30 | 31.6% | $ 23 | $ 23 | $ - | $ - | $ - | $ - |
| 3. | Risley Law Offices | N30 | 28.9% | $ 21 | $ 3 | $ 3 | $ - | $ 15 | $ - |
| 4. | Riddle Wiliams PS | N30 | 2.8% | $ 2 | $ 2 | $ - | $ - | $ - | $ - |
| 5. | Wells Fargo | N30 | 1.4% | $ 1 | $ 1 | $ - | $ - | $ - | $ - |
| | **Total AP Concentrations** | | 99.0% | $ 72 | $ 54 | $ 3 | $ - | $ 15 | $ - |
| | **Total Other AP** | | 1.0% | $ 1 | $ (54) | $ 52 | $ 3 | $ (15) | $ 15 |
| | **Total AP Per Aging as of:** | 03/31/13 | 100.0% | $ 73 | $ - | $ 55 | $ 3 | $ - | $ 15 |

AP concentration is high reflecting balances due for legal fees due for affiliated AIA and Greenleaf. AIA is a life insurance agency owned by John Taylor and his brother. The legal fees reflect a dispute between the partners. The partnership is being dissolved.

The > 90 balance due to Risley dates back to 12/12. The Borrower is negotiating with the law firm to reduce the balance.

*Notes Payable*

| GL # Account Name | 1906 Due To/From AIA | 1909 Due To/From AIA Services | 1925 Due To /From Weskan Agency | 1930 Due To /From CropLLC | 2465 Due To /From Randy Lamberjack | 2460 Due To/From John Taylor | 2701 Note Payable Subordinated |
|---|---|---|---|---|---|---|---|
| BOM 9/1/12 | 448 | 1,681 | 371 | 16 | 32 | - | (811) |
| Straight Advances | 47 | 57 | 41 | | | 55 | |
| Adjustment | | | | | | 359 | |
| Indirect Payments | 103 | 32 | 331 | 134 | | | 28 |
| Commissions | | | (187) | | | | |
| Profit Share | | | (117) | | | | |
| Adjustment | (47) | (10) | | | | (397) | |
| Other | | | | | | | 1 |
| EOM 3/31/13 | 551 | 1,760 | 439 | 150 | 32 | 17 | (782) |

The above transactions involving the notes payable were approved by GemCap.

**GL 1906 and GL 1909:** Balances are due from affiliated AIA Insurance and AIA Services. The Borrower makes clean advances and also pays legal fees and payroll. The reductions to both GLs are comprised of reclassifications to other GL accounts. GL 2150 includes a $500M reserve against the $1,760M balance in GL 1909.

**GL 1925:** Due from affiliated crop insurance agency. The balance reflects advances towards future commissions.

**GL 1930:** Comprised of $132M paid to American West Bank Loan 990004723 and $2M paid to Hayden Ross for tax preparation.

**GL 2460:** Comprised of advances to and loans from John Taylor, President. Adjustments increasing the asset are comprised of $257M for additional reclassified salaries and the balance payments made on behalf of John Taylor for commercial loan and credit card payments.

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
**CONFIDENTIAL**

GEM000071

Adjustments decreasing the asset balance included $289M payroll adjustments and additional John Taylor earnings

**GL 2701:** Subordinated debt with reductions reflecting payments to Syringa Bank loan #615151501

GL 2711: GemCap Revolver totaling $9.431M exceeded the loan ledger balance totaling $9,302M by $129M (1%). The variance is unreconciled but the exposure is mitigated because the loan ledger is lower.

## *Cash Section*

### *Bank Accounts & Reconciliations*
There are 5 bank accounts on the GL (unchanged from the prior exam) all reconciled as of 2/28/13. There were no bank overdrafts.

The 3 accounts with US Bank included the operating account funded by commissions and borrowings, the payroll account funded from the operating account and a trust account.

CorpUSA is acting as an agent for affiliated Sound Insurance, collecting premiums and remitting them to the carriers. The premium payments are issued to Sound Insurance, therefore this is a trust account.

The payroll account is with Zions Bank *and the certificate of deposit with Wells Fargo Bank collateralizes the* GemCap LOC.

### *Deposits and Disbursements*
During the T4M ended 3/31/13 deposits to the operating account totaled $2,985M and disbursements totaled $3,009M. The larger transactions are listed below:

**Deposits**

| | |
|---|---|
| GemCap Advance | 2,889 |
| Sound Commission Due to Agencies | 72 |
| Hail Commission Due to Agencies | 18 |
| Interbank from Zions x7203 | 4 |
| Flex Deposits (Benefits) | 1 |
| Miscellaneous | 1 |
| Total Deposits Per Bank Stmt | 2,985 |

Sound and Hail commissions due to agencies are collected from the insurance carriers and then repaid to the agencies. *Even though GemCap does not advance against the commissions, dominion of cash is recommended so all cash collections are deposited with GemCap.*

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
**CONFIDENTIAL**

GEM000072

**Disbursements**

| | |
|---|---:|
| Church Crop Commissions (Annual payment) | 594 |
| Commissions Paid to Agents & Agencies | 493 |
| GemCap Interest | 475 |
| Interbank Transfer to Payroll | 426 |
| Legal Fees | 167 |
| Paid to CorpLLC GL 1930 | 131 |
| Paid to Green Leaf | 125 |
| John Taylor Loan Repayments GL 2460 | 72 |
| John Taylor Loan Against 401K GL 1421 | 36 |
| Other | 112 |
| Insurance Premiums (Blue Cross & Others) | 65 |
| 401K | 57 |
| Legal Fees paid on behalf of AIA | 48 |
| Weskan Agency LLC Advances and Commissions GL 1925 | 44 |
| Wells Fargo Credit Card | 42 |
| NP Main (Paid to Syringa Bank) GL 2701 | 30 |
| Legal Fees paid to Attorney Hawley, Troxell, Ennis, Hawley | 30 |
| Advances to AIA Inc. and AIA Services (GL 1906 & 1909) | 21 |
| Director (James Beck) | 10 |
| Rent to 17 State Partners for Sound Insurance Rent | 8 |
| Bonus ($500 paid to each employee) | 8 |
| Credit Card | 8 |
| Interbank Transfer to Savings | 5 |
| Legal Fees (Green Leaf) | 1 |
| Advance to Sales Manager | 1 |
| Total Disbursements Per Bank Stmt | 3,009 |

**Church Crop:** Annual commissions paid in arrears to Church Corp, and agency selling crop insurance. The subsequent payment during 3/13 is a true up.  Church Corp is not paid commission until the year end.

**Commissions Paid to Agents and Agencies:** Comprised mostly of prepaid commissions paid to agents for fall crop.

**Legal Fees:** Reflects legal fees included fees paid for AIA and Greenleaf. AIA legal fees will be subsequently reclassified to the GL 1909 or 1906.

**CropLLC:** Paid to American Savings Bank Loan #990004723 and offset to GL 1930 CropLLC, an affiliate.

**Greenleaf:** To fund start-up of insurance reseller. The corporate structure of the new company allows for higher commissions. The payment was offset to GL 1421 Prepaid Deposits/Rents

**John Taylor Loan Repayments:** Payments to John Taylor offset GL 2460 comprised of salary advances, credit card payments and commercial loan payments.

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
**CONFIDENTIAL**

GEM000073

**John Taylor 401K Loan:** John took a $36M loan against his 401K. The offset to the payment is GL 1421 Prepaid Deposits/Rents. Justin Ralston, Controller, said the balance is sitting in this account until he completes the reconciliation.

**Legal Fees Paid on Behalf of AIA:** Reflects legal fees paid to attorneys working on a lawsuit involving John Taylor's partner (his brother) and AIA insurance. Offset to GL 1906.

**Weskan Agency LLC Advance Commissions:** Affiliated crop insurance agency 70% owned by John Taylor and 30% owned by Randy Lamberjack located in Weskan, KS with 1 employee in business for 4-5 years. Advance toward future commissions. Weskan generates approximately $400M annually in commissions. Working Capital advances offset to GL 1925 and commissions offset to GL 1200.

**NP Main:** Paid To Syringa Bank. Monthly installment loan payments to Syringa Bank of Boise, ID are offset to GL 2701.

**Legal Fees Paid to Hawley, Troxell, Ennis, Halwey:** The $30M payment reflects a settlement between the Borrower and the agency, Alcorn Hayden and the insured Leo Townsend. The carrier, Diversified Insurance, paid a crop insurance claim to Leo Townsend with basic unit coverage. However, the insured, Leo Townsend, stated the policy should have been underwritten with optional unit coverage, increasing the claim by $30M.

Recent changes in the insurance industry have results in underwriting errors and Diversified has made several payments for optional coverage even though the stated coverage is basic units. However, Diversified, refused to increase the settlement to Leo Townsend because they could find no evidence that he request optional coverage. Consequently, the Borrower and the Agency decided to make the insured whole by paying the $30M difference between the lower basic coverage and the higher optional coverage. The Borrower will offset the payment against future commissions due to Alcorn.

Alcorn is one of a handful of Agencies listed on the Borrower's E&O insurance policy with a $25M deductible. Since the payment exceeded the deductible by just $5M, an E&O claim was not filed.

**Advances to AIA Insurance & AIA Services:** AIA Services is 100% owned by John Taylor and AIA Insurance is 100% owned by AIA Services. Reflects advances or payments made by the Borrower on behalf of AIA Insurance. The affiliated is no longer selling life insurance and will close after the policies term out. The $21M is comprised of $11M offset to GL 1906 AIA Insurance and GL 1909 AIA Insurance.

**Rent to 17 State Street for Sound Insurance Rent:** Affiliated agency selling health insurance located in Idaho Falls. The payment reflects rent paid on behalf of the Sound Insurance to the affiliated landlord, 17th Street Partnership.

Payments issued to Pacific Empire (PERC) totaled $177M, however during the cash review for the current exam (T4M) there were no payments issued to this affiliate

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
**CONFIDENTIAL**

GEM000074

*Canceled Check Review*
Payments totaling $1,124M or 19% of the disbursements issued from the Operating GL # 1001 were selected from the bank activity during the T4M ended 3/31/13. The average lag from check issuance to clear was 6 days. The short lag supports Justin Ralston's statement that checks are not held. The sample include 10 payments totaling $401M issued to affiliates included in the sample comprised of AIA, Wesken, Radio Leasing, American West Bank. The payments are advanced directly to the affiliates and then offset to the corresponding intercompany GL account.

## Payroll Taxes and Insurance Section

**Payroll Taxes**
Payroll tax payments clearing the bank for the T4M reviewed period ended 3/31/13 was current. The 941 forms were completed for Q3 and Q4 of 2013 subsequent to the prior exam.   The Borrower is not subject to sales taxes.

*Other Taxes*
According to Justin Ralston, Accounting Manager, sales taxes and personal property taxes are immaterial.

**Insurance**
There is $7,229M replacement cost insurance on the building located at 111 Main St. Lewiston, ID 83501-2141 and $294M business personal property coverage. GemCap is named as additional interest

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
**CONFIDENTIAL**

GEM000075

He will reconcile the account during 4/13. He also stated the balance does not reflect unremitted premiums due to Diversified, collected from the Hail insured and remitted to the Borrower in GL 1004 (Zions Bank 414007203).

Hail premiums are collected by the Borrower and remitted to Diversified at month end, net of commissions earned. The commission liability is reconciled to the monthly Diversified statement and then paid. Any unpaid premiums due to Diversified are offset against the collateral commissions due from Diversified. On 2/28/13, the hail premiums were all paid, ending the 2012 season. During 2012, hail premiums collected on behalf of Diversified totaled $517M.

We are currently securing 4 properties that reside in Lewiston that are worth about $4MM. GemCap is securing these buildings to mitigate any potential exposure to the 62% cap which will true up at the end of the year as it relates to the A&O payments. No advance rate has been determined yet.

60% CAP mitigated by $4MM in RE

Cash not coming in
Collateral will be collected for 2014 crop year.

Spring crop must be insured by March 15th and hail crop by September 30th. These dates are applicable to the farmer having signed on with the agents, the agents then have 45 additional days to transmit the policy information to the insurer for submission to the Risk Management Agency of the USDA (RMA).

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
**CONFIDENTIAL**

GEM000076

**Legacy Premiums**

[Redacted paragraph]

[Redacted paragraph]

[Redacted paragraph]

[Redacted paragraph]

The commission collateral is calculated by applying an RMA approved factor of 85% against the A&O, exceeding the 80% discount shown on the Diversified MPCI Commission Recaps. According to John Taylor, President, the Borrower is entitled to an additional 5% collected during 12/12 for processing fees. The entire balance, with the exception of the 5% premium, is due back to the agents for their commission. The 5% is processing fees are collect during 12/12.

CropUSA Insurance Agency, Inc.

**Exhibit - 5**
**CONFIDENTIAL**

GEM000077