JOHN D. MUNDING (BAR NO. 156262)
CRUMB & MUNDING, P.S.
1610 W. Riverside Ave.
Spokane, WA 99201
Telephone: (509) 624-6464
john@mundinglaw.com

Attorney of record for Defendants CROP USA INSURANCE AGENCY, INC., CROPUSA INSURANCE SERVICES, LLC, AIA INSURANCE INC, AIA SERVICES CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>CROP USA INSURANCE AGENCY, INC., an Idaho corporation; CROPUSA INSURANCE SERVICES, LLC, an Idaho limited liability company; CROP USA, LLC, a limited liability company of unknown origin; AIA INSURANCE, INC., an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; R. JOHN TAYLOR a/k/a RAY JOHNSON TAYLOR a/k/a RAYMOND J. TAYLOR, an individual; REINSURANCE PARTNERS, LLC, an Idaho limited liability company; GREEN LEAF REINSURANCE PARTNERS, LLC, a Delaware limited liability company; WESKAN AGENCY, LLC, a Kansas | Case No. CV 13-05504 SJO (MANx)<br><br>**DECLARATION OF JOHN D. MUNDING IN SUPPORT OF DEFENDANTS, CROP USA INSURANCE AGENCY, INC.; CROP USA INSURANCE SERVICES, LLC; AIA INSURANCE INC.; AND AIA SERVICES CORPORATION'S OPPOSITION TO PLAINTIFF'S** *EX PARTE* **APPLICATION**<br><br>**Courtroom:** 1, 2nd Floor<br><br>**Honorable James S. Otero**<br><br>Filed concurrently with:<br>(1) Defendants, Crop USA Insurance Agency, Inc.; Crop USA Insurance Services, LLS; AIA Insurance INC., and AIA Services Corporation's Opposition to Plaintiff's *Ex Parte* Application for Entry of Judgment and Release of Enjoined Funds |

1

---

JOHN D. MUNDING'S DECLARATION IN SUPPORT OF DEFENDANTS, CROP USA INSURANCE AGENCY, INC.;
CROP USA INSURANCE SERVICES, LLC; AIA INSURANCE INC.; AND AIA SERVICES CORPORATION'S
OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION

**Exhibit - 6**

|   |   |
|---|---|
| 1 | limited liability company; SOUND INSURANCE AGENCY, an Idaho assumed business name; PACIFIC EMPIRE RADIO CORPORATION, an Idaho Corporation; RANDOLPH LAMBERJACK, an individual; JOLEE DUCLOS, an individual; BRYAN FREEMAN, an individual; and HILLCREST AIRCRAFT COMPANY, an Idaho corporation; CGB DIVERSIFIED SERVICES, INC. dba DIVERSIFIED CROP INSURANCE SERVICES, a Louisiana Corporation, |

Defendants.

I, John D. Munding, hereby declare as follows:

1. I am an attorney at law licensed to practice before this Court and I am a partner with the law firm of Crumb & Munding, P.S., attorneys of record for Defendants Crop USA Insurance Agency, Inc.; Crop USA Insurance Services, LLC; AIA Insurance, Inc.; and AIA Services Corporation in the above-captioned action. I am familiar with the facts and circumstances in the above-titled matter as they relate to this declaration and, if called upon, I could and would competently testify thereto.

2. On Sunday, September 28, 2014, Plaintiff through counsel provided the initial working drafts of documents related to the Settlement Agreement.

3. During the week of September 29, 2014, complete accommodations were made for Plaintiff's auditors and counsel to visit Defendants offices in Lewiston, Idaho. The auditors arrived and were granted full access for their financial audits of Defendants. They were given complete access to Defendants'

representatives and records.

4. On October 2, 2014, Plaintiff conducted an interview of John Taylor, with Plaintiff's representatives present, and counsel for Defendants present in Lewiston, Idaho.

5. On October 7, 2014, Plaintiff was allowed to conduct another interview of John Taylor concerning matters described in the Term Sheet. This interview was of a cross-examination nature.

6. The focus for the next two weeks that followed was not a completion of final documents in a collaborative manner, but more focused upon the litigation being advanced or sought to be advanced by the Plaintiff. Redlines were exchanged for discussion purposes.

7. On Monday, October 13, 2014, I received the first version of the Settlement Agreement. Some of the provisions went beyond the Term Sheet.

8. Defendants provided information, including financial statement, budgets, and related information, as required by the Term Sheet. Full access was granted to facilities, records, and personnel in Lewiston, Idaho. Defendants performed the material terms of the Term Sheet. The delay, if any, was caused by Plaintiff's unilateral insistence on documents being signed to their satisfaction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of October, 2014

*/s/John D. Munding*
JOHN D. MUNDING

3

JOHN D. MUNDING'S DECLARATION IN SUPPORT OF DEFENDANTS, CROP USA INSURANCE AGENCY, INC.; CROP USA INSURANCE SERVICES, LLC; AIA INSURANCE INC.; AND AIA SERVICES CORPORATION'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION

**Exhibit - 6**