# EXHIBIT A

Exhibit - 7



MB16

300 N. LaSalle Street
Suite 4000
Chicago, IL 60654
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona

INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 1710496
Invoice Date: November 29, 2011

Privileged & Confidential

CropUSA Insurance Agency, Inc.
Attention: R. John Taylor
111 Main Street
P.O. Box 538
Lewiston, ID 83501

For Professional Services Rendered Through November 25, 2011
Re: 2011 Loan from GemCap Lending I LLC
Q & B Matter Number: 126620.00008

| | | |
|---|---|---|
| Current Fees: | $ | 23,735.00 |
| Current Total Due: | $ | 23,735.00 |
| **TOTAL AMOUNT DUE:** | $ | 23,735.00 |

RECEIVED
DEC 06 2011
ACCOUNTING

INVOICE IS PAYABLE UPON RECEIPT

A-1

**Exhibit - 7**

CropUSA Insurance Agency, Inc.
RE: 2011 Loan from GemCap Lending I LLC
Q & B Matter Number: 126620.00008

November 29, 2011
Invoice Number: 1710496
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 11/01/11 | Telephone call with M. Gilbert; attention to correspondence, loan agreement. | CTD | 0.40 |
| 11/02/11 | Telephone call with M. Gilbert; attention to loan agreement, correspondence. | CTD | 0.30 |
| 11/04/11 | Telephone call with M. Gilbert; attention to loan documents. | CTD | 0.30 |
| 11/08/11 | Initial Review of Loan and Security Agreement, Schedule to Loan and Security Agreement. | JJG | 2.25 |
| 11/11/11 | Careful review of loan and security agreement, careful review of schedule, prepare memorandum, set meeting, telephone conferences. | JJG | 3.50 |
| 11/14/11 | Drafting and negotiation discussion with Mel Gilbert, John Taylor and JoLee Duclos, prepare notes for discussion with Lender's counsel. | JJG | 2.50 |
| 11/15/11 | Review documents | JJG | 0.70 |
| 11/16/11 | Careful review of additional documents, discussion of documents with John Taylor, JoLee Duclos and Mel Gilbert, consider requirements for opinion of counsel. | JJG | 2.50 |
| 11/17/11 | Various telephone conferences, revisions to agreement, negotiations with lenders counsel on loan agreement and schedule, pledge agreement and related documents; telephone conferences with Mel Gilbert, John Taylor and JoLee Duclos. | JJG | 4.25 |
| 11/18/11 | Prepare draft of local counsel opinions, prepare revisions to agreement, provide information to Lender's counsel, telephone conferences, attention to transaction documents. | JJG | 6.50 |
| 11/18/11 | Conference with J. Gatziolis; attention to Quarles opinion. | CTD | 0.30 |
| 11/20/11 | Attention to opinion of counsel and other related matters. | JJG | 3.50 |
| 11/20/11 | Attend to messages and review opinion. | JMORROW | 1.60 |
| 11/21/11 | Various telephone conferences, reviews of loan documents, preparation of disclosure schedules, considering issues, working out payoff with other lender, revise opinion of counsel, raise issues with California law. | JJG | 6.75 |
| 11/21/11 | Review Loan Agreement; telephone call with James Gatziolis; work on opinion. | JMORROW | 3.10 |
| 11/22/11 | Attend to messages and analysis regarding usury issue. | JMORROW | 0.50 |

A - 2

Exhibit - 7

CropUSA Insurance Agency, Inc.  
RE: 2011 Loan from GemCap Lending I LLC  
Q & B Matter Number: 126620.00008

November 29, 2011  
Invoice Number: 1710496  
Page 3

| Date | Description | Professional | Hours |
|---|---|---|---|
| 11/22/11 | Attention to opinion matters, various telephone conferences, payoff letter and other matters for closing. | JJG | 5.25 |
| 11/23/11 | Various telephone conferences regarding loan closing, prepare direction if needed for release of savings account and deposit account control agreements, review certificates and disclosure statements, telephone conferences with Gibraltar's counsel. | JJG | 3.50 |

FEE SUMMARY:

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| CTD | Christopher DeMent | 1.30 | 410.00 | 533.00 |
| JJG | James J. Gatziolis | 41.20 | 495.00 | 20,394.00 |
| JMORROW | James F. Morrow | 5.20 | 540.00 | 2,808.00 |
| Total | | 47.70 | | 23,735.00 |

Total Fees: $ 23,735.00

A - 3

**Exhibit - 7**