UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE L. MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.,<br><br>          Plaintiff,<br><br>     v.<br><br>HAWLEY TROXELL ENNIS & HAWLEY LLP, an Idaho limited liability partnership, et al.,<br><br>          Defendants. | Case No. 1:10-CV-00404-DCN-CWD<br><br>**NOTICE OF INTENT TO ADOPT DISCOVERY MASTER ORDER NO. 16 (DKT 692)** |

Pursuant to Federal Rule of Civil Procedure 53(f)(1), the Court hereby gives the parties notice of its intent to affirm and adopt Discovery Master Order No. 16. (Dkt. 692.) Any objections to the Court's adoption of Order No. 16 must also be filed on or before **September 26, 2019**. The Court notes the Discovery Master deferred ruling on certain portions of Plaintiff's Sixth Motion to Compel pending resolution of Discovery Master Orders Nos. 13 and 14. Those deferred matters, therefore, have not yet been ruled upon. Any objections to

**NOTICE RE: EXTEND DISCOVERY MASTER TERM**

Discovery Master Order No. 16 should address only the rulings made therein, not any of the deferred matters.

**IT IS SO ORDERED.**

DATED: September 19, 2019

Honorable Candy W. Dale
United States Magistrate Judge

**NOTICE RE: EXTEND DISCOVERY MASTER TERM**