David R. Lombardi, ISB No. 1965
GIVENS PURSLEY LLC
601 W. Bannock
PO Box 2720
Boise, Idaho 83701
Telephone: (208) 388-1200
Facsimile: (208)388-1300
Email: drl@givenspursley.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE L. MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.; | Civil No. 1:10-cv-00404-DCN |
| Plaintiff, | **DISCOVERY MASTER ORDER NO. 22 REGARDING PLAINTIFF MIESEN AND REED TAYLOR'S MOTIONS FOR PERMISSION TO DEPOSE RICHARD A. RILEY A SECOND DAY AND (Dkt. 759 and 763)** |
| v. | |
| CONNIE TAYLOR HENDERSON, an individual; JOLEE K. DUCLOS, an individual; HAWLEY TROXELL ENNIS & HAWLEY LLP, an Idaho limited liability partnership; GARY D. BABBITT, an individual; D. JOHN ASHBY, an individual; RICHARD A. RILEY, an individual; MICHAEL W. CASHMAN SR., an individual; JAMES BECK, an individual; R. JOHN TAYLOR, an individual; CROP USA INSURANCE AGENCY, INC., an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; AIA INSURANCE, INC.; an Idaho corporation; CROP USA INSURANCE SERVICES, LLC; an Idaho limited liability company; and GEMCAP LENDING I, LLC, a Delaware limited liability company, | |
| Defendants. | |
| CROP USA INSURANCE AGENCY, INC., an | |

**DISCOVERY MASTER ORDER NO. 22** – 1

014451.0001
GPDMS:14965696.1

Idaho corporation; CONNIE TAYLOR
HENDERSON, an individual; JOLEE
DUCLOS, an individual; R. JOHN TAYLOR,
an individual; MICHAEL W. CASHMAN SR.,
an individual; JAMES BECK, an individual,

                Defendants/Third-Party
                Plaintiffs,

      **v.**

REED TAYLOR, an individual,

                Third-Party Defendant.

---

REED TAYLOR, an individual,

                Third-Party Defendant/
                Counterclaimant,

      **v.**

CONNIE TAYLOR HENDERSON, an
individual; R. JOHN TAYLOR, an individual;
JAMES BECK, an individual, and UNKNOWN
BONDING COMPANY, an unknown entity
that issued the unknown fidelity ERISA Bond,

                Counterdefendants.

---

GEMCAP LENDING I, LLC, a Delaware
limited liability company,

                Defendant/Third-Party
                Plaintiff,

      **v.**

QUARLES & BRADY, LLP, a
Wisconsin limited legal partnership;
and CRUMB & MUNDING, P.S., a
Washington professional service
corporation,
                Third-Party Defendants.

**DISCOVERY MASTER ORDER NO. 22** – 2

## INTRODUCTION

Plaintiff Miesen filed his Motion for Permission to Depose Richard A. Riley a Second Day (Dk.. 759) in which Reed Taylor filed a Joinder on December 19, 2019 (Dkt. 763).  Plaintiff Miesen also filed a  Motion to Expedite Briefing (Dkt. 760) which was granted by the Court on December 20, 2019 and which set a hearing before the Discovery Master on January 9, 2019. (Dkt. 767)

## ANALYSIS AND DECISION

Richard A. Riley is a named Defendant who was employed by Defendant Hawley Troxell Ennis & Hawley (HTEH) during the times that are relevant to this lawsuit.  Mr.Riley was also involved in many of the activities that are the subject of this lawsuit. Counsel for Plaintiff demonstrated, in the Declaration of Roderick C. Bond (Dkt. 759-2) that he had been unable to cover all the topics concerning Plaintiff's claims during his seven (7) hour deposition.  the Declaration of Mr. Bond also demonstrated that Mr. Riley submitted a deposition Change Sheet making changes to his reported testimony that Mr. bond alleged were substantive and required further examination.

Counsel for Mr. Riley and HTEH resisted Plaintiff's Motion, but conceded that a deposition of 4 hours on conditions, might be acceptable.

Counsel for Reed Taylor did not attend the first seven hours of  Mr. Riley's deposition, but asserted he would need approximately four (4) hours of examination time in addition to the second seven (7) hour day sought by Plaintiff Miesen.

The Discovery Master concludes, in light of the factual complexity and long time frame of this lawsuit, and the allegedly substantive changes made to the testimony of Mr. Riley by his deposition Change Sheet, that Plaintiff should have an opportunity to complete his examination

**DISCOVERY MASTER ORDER NO. 22** – 3

of Mr. Riley and to examine Mr. Riley on the submitted changes.  The Discovery Master will, therefore, as a matter of discretion, allow a second, seven (7) hour day of examination of Richard A. Riley that shall take place before the 30(b)(6) deposition of HTEH.  Plaintiff Miesen's Motion for Permission to Depose Richard A. Riley a Second Day is GRANTED.

Counsel for Reed Taylor did not attend or participate in the first seven (7) hour deposition of Mr. Riley but now asks, after that deposition has been completed, for leave to depose Mr. Riley for four (4) hours.  Mr. Taylor has not provided sufficient cause, under the circumstances, to demonstrate that the Discovery Master should exercise his discretion to allow Reed Taylor to examine Mr. Riley for an additional four (4) hour, second or third deposition. Reed Taylor's Motion for Permission to Depose Richard A. Riley a Second Day is therefore DENIED,  without prejudice to make a showing, after the completion of the second day of Mr. Riley's  deposition that there are specific subject areas or matters that are unique to Reed Taylor's claims and/or defenses that require further examination of Mr. Riley.

Dated this 10th day of January, 2020.


*/s/ David R. Lombardi*
David R. Lombardi
Discovery Master

**DISCOVERY MASTER ORDER NO. 22** – 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of January, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Benjamin A. Schwartzman
Alyson Anne Foster
Taylor Bruun
Andersen Schwartzman Woodard
Dempsey, PLLC
101 S. Capitol Blvd., Ste. 1600
Boise, ID 83702
Email:  bas@aswdpllc.com;
aaf@aswdpllc.com
tlb@aswdpllc.com
*Attorneys for GemCap Lending I, LLC*

Fanxi Wang
Bird Marella
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Email:  fwang@birdmarella.com,
mhicks@birdmarella.com
*Attorneys for Quarles & Brady, LLP*

Jack S. Gjording
Stephen Lee Adams
Gjording Fouser PLLC
121 N. 9th St., Ste. 600
PO Box 2837
Boise, ID 83702
Email:  jgjording@gfidaholaw.com,
sadams@gfidaholaw.com
*Attorneys for Quarles & Brady, LLP*

James B. King
Markus William Louvier
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
Email:  jking@ecl-law.com,
mlouvier@ecl-law.com
*Attorney for Crumb & Munding, P.S.*

Jeffrey A. Thomson
Loren C. Ipsen
Elam & Burke
PO Box 1539
Boise, ID 83701-1539
Email:  jat@elamburke.com,
lci@elamburke.com
*Attorneys for Hawley Troxell Ennis & Hawley, Gary D. Babbitt, D. John Ashby and Richard Riley*

Bradley S. Keller
Byrnes Keller Cromwell, LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
bkeller@byrneskeller.com
kwolf@byrneskeller.com
*Attorneys for Hawley Troxell Ennis & Hawley, Gary D. Babbitt, D. John Ashby and Richard Riley*

**DISCOVERY MASTER ORDER NO. 22** – 5

Daniel Loras Glynn
Jones Williams Fuhrman Gourley, P.D.
225 N 9th Street, Suite 820
Boise, ID 83701
Email: dglynn@idalaw.com
*Attorneys for AIA Services Corporation,*
*AIA Insurance, Inc. and Attorneys for Connie*
*Taylor Henderson, Michael W. Cashman, Sr.*
*James Beck, Crop USA Insurance Services,*
*LLC, and Crop USA Insurance, Inc.*

Michael S. Bissell
Tyler S. Waite
Campbell & Bissell, PLLC
Email:  mbissell@campbell-bissell.com,
twaite@campbell-bissell.com
*Attorneys for Reed J. Taylor*

Rebecca L. Dircks, *Pro Hac Vice*
Benesch, Friedlander, Coplan & Aronoff
333 W Wacker Drive, Suite 1900
Chicago, IL 60606-221
Email: rdircks@beneschlaw.com
*Attorneys for Interested Party CGB*
*Diversified, Inc.*

Roderick C. Bond
Roderick Bond Law Office, PLLC
601 108th Avenue NE, Suite 1900
Bellevue, WA  98004
Email:  rod@roderickbond.com
*Attorney for Dale L. Miesen*

          */s/ David R. Lombardi*
           David R. Lombardi

**DISCOVERY MASTER ORDER NO. 22** – 6