David R. Lombardi, ISB No. 1965
GIVENS PURSLEY LLC
601 W. Bannock
PO Box 2720
Boise, Idaho 83701
Telephone: (208) 388-1200
Facsimile: (208)388-1300
Email: drl@givenspursley.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE L. MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.;<br><br>Plaintiff,<br><br>v.<br><br>CONNIE TAYLOR HENDERSON, an individual; JOLEE K. DUCLOS, an individual; HAWLEY TROXELL ENNIS & HAWLEY LLP, an Idaho limited liability partnership; GARY D. BABBITT, an individual; D. JOHN ASHBY, an individual; RICHARD A. RILEY, an individual; MICHAEL W. CASHMAN SR., an individual; JAMES BECK, an individual; R. JOHN TAYLOR, an individual; CROP USA INSURANCE AGENCY, INC., an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; AIA INSURANCE, INC.; an Idaho corporation; CROP USA INSURANCE SERVICES, LLC; an Idaho limited liability company; and GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>CROP USA INSURANCE AGENCY, INC., an Idaho corporation; CONNIE TAYLOR | Civil No. 1:10-cv-00404-DCN<br><br>**DISCOVERY MASTER INTERIM REPORT AND RECOMMENDATION CONCERNING CASE MANAGEMENT ORDER** |

**DISCOVERY MASTER INTERIM REPORT AND RECOMMENDATION CONCERNING CASE MANAGEMENT ORDER** – 1

| | |
|---|---|
| HENDERSON, an individual; JOLEE DUCLOS, an individual; R. JOHN TAYLOR, an individual; MICHAEL W. CASHMAN SR., an individual; JAMES BECK, an individual,<br><br>        Defendants/Third-Party Plaintiffs,<br><br>    v.<br><br>REED TAYLOR, an individual,<br><br>        Third-Party Defendant. | |
| REED TAYLOR, an individual,<br><br>        Third-Party Defendant/ Counterclaimant,<br><br>    v.<br><br>CONNIE TAYLOR HENDERSON, an individual; R. JOHN TAYLOR, an individual; JAMES BECK, an individual, and UNKNOWN BONDING COMPANY, an unknown entity that issued the unknown fidelity ERISA Bond,<br><br>        Counterdefendants. | |
| GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>        Defendant/Third-Party Plaintiff,<br><br>    v.<br><br>QUARLES & BRADY, LLP, a Wisconsin limited legal partnership; and CRUMB & MUNDING, P.S., a Washington professional service corporation,<br><br>        Third-Party Defendants. | |

**DISCOVERY MASTER INTERIM REPORT AND RECOMMENDATION CONCERNING CASE MANAGEMENT ORDER** – 2

# REPORT

Discovery in this case has been extended, extensive and according to the parties, has involved thousands upon thousands of documents. The Case Management Orders in this case have been amended several times to accommodate the discovery and other needs of the parties. The most recent Motion to Amend the Case Management Orders was filed by Plaintiff Miesen on December 18, 2019. (Dkt. 758).

The Discovery Master concluded, in light of the foregoing, that it would be appropriate and consistent with the duties of the Discovery Master under Federal Rule of Civil Procedure 53 to hold an informal discovery conference with the parties following the scheduled hearing on January 9, 2019. The purpose of the informal discovery conference was to learn from counsel for the parties whether discovery was progressing sufficiently to meet the February 3, 2020 fact discovery cutoff and what, if any changes to the Case Management Order might be appropriate if it was not.

Counsel for the parties did not reach an agreement or consensus and did not enter into any stipulations concerning the scheduling of remaining discovery. Notwithstanding the absence of full consensus, the Discovery Master summarized the discussion and made the following recommendations upon which counsel for the parties were close to consensus:

1. No more written discovery may be propounded;
2. Fact discovery may be extended by 6 weeks;
3. Expert discovery must be concluded within 60 days of the fact discovery cutoff;
4. The last day to file discovery motions to compel written discovery will be March 3, 2020;

**DISCOVERY MASTER INTERIM REPORT AND RECOMMENDATION CONCERNING CASE MANAGEMENT ORDER** – 3

5. Plaintiff's Rebuttal expert witness reports are due 14 days from January 9, 2020;

6. The Dispositive Motion cutoff shall be 60 days after the close of expert discovery;

7. Discovery issues concerning the GemCap settlement communication and sealed documents will be subject to separate deadlines issued by Order following entry of an Order on GemCap's Motion to Dismiss;

8. Orders concerning motions to compel that are issued after any applicable discovery cutoff will provide separate deadlines as part of the Order.

The Discovery Master respectfully recommends that the Court consider holding a status conference to discuss the Case Management Order and the items outlined above.

Dated this 10th day of January, 2020.

/s/ David R. Lombardi
David R. Lombardi
Discovery Master

**DISCOVERY MASTER INTERIM REPORT AND RECOMMENDATION CONCERNING CASE MANAGEMENT ORDER** – 4

014451.0001
GPDMS:14965939.1

# CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on the 10th day of January, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Benjamin A. Schwartzman
Alyson Anne Foster
Taylor Bruun
Andersen Schwartzman Woodard Dempsey, PLLC
101 S. Capitol Blvd., Ste. 1600
Boise, ID  83702
Email:  bas@aswdpllc.com;
aaf@aswdpllc.com
tlb@aswdpllc.com
*Attorneys for GemCap Lending I, LLC*

Fanxi Wang
Bird Marella
1875 Century Park East, 23rd Floor
Los Angeles, CA  90067
Email:  fwang@birdmarella.com,
mhicks@birdmarella.com
*Attorneys for Quarles & Brady, LLP*

Jack S. Gjording
Stephen Lee Adams
Gjording Fouser PLLC
121 N. 9th St., Ste. 600
PO Box 2837
Boise, ID  83702
Email:  jgjording@gfidaholaw.com,
sadams@gfidaholaw.com
*Attorneys for Quarles & Brady, LLP*

James B. King
Markus William Louvier
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA  99201
Email:  jking@ecl-law.com,
mlouvier@ecl-law.com
*Attorney for Crumb & Munding, P.S.*

Jeffrey A. Thomson
Loren C. Ipsen
Elam & Burke
PO Box 1539
Boise, ID  83701-1539
Email:  jat@elamburke.com,
lci@elamburke.com
*Attorneys for Hawley Troxell Ennis & Hawley, Gary D. Babbitt, D. John Ashby and Richard Riley*

Bradley S. Keller
Byrnes Keller Cromwell, LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
bkeller@byrneskeller.com
kwolf@byrneskeller.com
*Attorneys for Hawley Troxell Ennis & Hawley, Gary D. Babbitt, D. John Ashby and Richard Riley*

**DISCOVERY MASTER INTERIM REPORT AND RECOMMENDATION CONCERNING CASE MANAGEMENT ORDER** – 5

| | |
|---|---|
| Daniel Loras Glynn<br>Jones Williams Fuhrman Gourley, P.D.<br>225 N 9th Street, Suite 820<br>Boise, ID 83701<br>Email: dglynn@idalaw.com<br>*Attorneys for AIA Services Corporation, AIA Insurance, Inc. and Attorneys for Connie Taylor Henderson, Michael W. Cashman, Sr. James Beck, Crop USA Insurance Services, LLC, and Crop USA Insurance, Inc.* | Michael S. Bissell<br>Tyler S. Waite<br>Campbell & Bissell, PLLC<br>Email: mbissell@campbell-bissell.com,<br>twaite@campbell-bissell.com<br>*Attorneys for Reed J. Taylor* |
| Rebecca L. Dircks, *Pro Hac Vice*<br>Benesch, Friedlander, Coplan & Aronoff<br>333 W Wacker Drive, Suite 1900<br>Chicago, IL 60606-221<br>Email: rdircks@beneschlaw.com<br>*Attorneys for Interested Party CGB Diversified, Inc.* | Roderick C. Bond<br>Roderick Bond Law Office, PLLC<br>601 108th Avenue NE, Suite 1900<br>Bellevue, WA 98004<br>Email: rod@roderickbond.com<br>*Attorney for Dale L. Miesen* |

    */s/ David R. Lombardi*
    David R. Lombardi

**DISCOVERY MASTER INTERIM REPORT AND RECOMMENDATION
CONCERNING CASE MANAGEMENT ORDER** – 6