RODERICK C. BOND, ISB NO. 8082
RODERICK BOND LAW OFFICE, PLLC
601 108th Ave. NE, Suite 1900
Bellevue, WA  98004
Telephone: (425) 591-6903
Fax: (425) 321-0343
Email: rod@roderickbond.com
Attorney for the Plaintiff Dale L. Miesen

UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE L. MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.;<br><br>Plaintiff,<br><br>v.<br><br>CONNIE TAYLOR HENDERSON, an individual; JOLEE K. DUCLOS, an individual; HAWLEY TROXELL ENNIS & HAWLEY LLP, an Idaho limited liability partnership; GARY D. BABBITT, an individual; D. JOHN ASHBY, an individual; RICHARD A. RILEY, an individual; MICHAEL W. CASHMAN SR., an individual; JAMES BECK, an individual; R. JOHN TAYLOR, an individual; CROP USA INSURANCE AGENCY, INC., an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; AIA INSURANCE, INC.; an Idaho corporation; CROP USA INSURANCE SERVICES, LLC; an Idaho limited liability company; and GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 1:10-cv-00404-DCN-CWD<br><br>PLAINTIFF DALE L. MIESEN'S MOTION FOR DEFAULT AGAINST THE DEFENDANTS AIA SERVICES CORPORATION AND AIA INSURANCE, INC. |

MIESEN'S MOTION FOR DEFAULT AGAINST
AIA SERVICES AND AIA INSURANCE - i

| | |
|---|---|
| CROP USA INSURANCE AGENCY, INC., an Idaho corporation; CONNIE TAYLOR HENDERSON, an individual; JOLEE DUCLOS, an individual; R. JOHN TAYLOR, an individual; MICHAEL W. CASHMAN SR., an individual; JAMES BECK, an individual, | |
|    Defendants/Third-Party Plaintiffs, | |
|   v. | |
| REED TAYLOR, an individual, | |
|    Third-Party Defendant. | |
| REED TAYLOR, an individual, | |
|    Third-Party Defendant/ Counterclaimant, | |
|   v. | |
| CONNIE TAYLOR HENDERSON, an individual; R. JOHN TAYLOR, an individual; JAMES BECK, an individual, and UNKNOWN BONDING COMPANY, an unknown entity that issued the unknown fidelity ERISA Bond, | |
|    Counterdefendants. | |

MIESEN'S MOTION FOR DEFAULT AGAINST
AIA SERVICES AND AIA INSURANCE - ii

Plaintiff Dale L. Miesen ("Miesen") moves for default against the defendants AIA Services Corporation ("AIA Services") and AIA Insurance, Inc. ("AIA Insurance") pursuant to Fed. R. Civ. P. 55(a); Loc. Civ. R. 83.6(c)(2). A memorandum of law has been filed contemporaneously with this motion.

DATED: This 25th day of January 2021.

RODERICK BOND LAW OFFICE, PLLC

By:  /s/ Roderick C. Bond
     Roderick C. Bond
     Attorney for the Plaintiff Dale L. Miesen

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of January 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jeffrey A. Thomson:   jat@elamburke.com
Loren C. Ipsen:   lci@elamburke.com
Joyce A. Hemmer:   jah@elamburke.com
Bradley S. Keller:   bkeller@byrneskeller.com
Alyson A. Foster:   alyson@dempseyfoster.com
William E. Adams:   bill@weadamslaw.com
Tyler S. Waite:   twaite@campbell-bissell.com
Michael S. Bissell:   mbissell@campbell-bissell.com
David R. Lombardi:   drl@givenspursley.com
Daniel L. Glynn:   dglynn@idalaw.com

     /s/ Roderick C. Bond
     Roderick C. Bond