RODERICK C. BOND, ISB NO. 8082
RODERICK BOND LAW OFFICE, PLLC
601 108th Ave. NE, Suite 1900
Bellevue, WA 98004
Telephone: (425) 591-6903
Fax: (425) 321-0343
Email: rod@roderickbond.com
Attorney for the Plaintiff Dale L. Miesen

UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE L. MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.;<br><br>Plaintiff,<br><br>v.<br><br>CONNIE TAYLOR HENDERSON, an individual; JOLEE K. DUCLOS, an individual; HAWLEY TROXELL ENNIS & HAWLEY LLP, an Idaho limited liability partnership; GARY D. BABBITT, an individual; D. JOHN ASHBY, an individual; RICHARD A. RILEY, an individual; MICHAEL W. CASHMAN SR., an individual; JAMES BECK, an individual; R. JOHN TAYLOR, an individual; CROP USA INSURANCE AGENCY, INC., an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; AIA INSURANCE, INC.; an Idaho corporation; CROP USA INSURANCE SERVICES, LLC; an Idaho limited liability company; and GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 1:10-cv-00404-DCN-CWD<br><br>PLAINTIFF DALE L. MIESEN'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT AGAINST THE DEFENDANTS AIA SERVICES CORPORATION AND AIA INSURANCE, INC. |

MIESEN'S MEMORANDUM IN SUPPORT OF MOTION FOR
DEFAULT AGAINST AIA SERVICES AND AIA INSURANCE - i

CROP USA INSURANCE AGENCY, INC., an Idaho corporation; CONNIE TAYLOR HENDERSON, an individual; JOLEE DUCLOS, an individual; R. JOHN TAYLOR, an individual; MICHAEL W. CASHMAN SR., an individual; JAMES BECK, an individual,

        Defendants/Third-Party Plaintiffs,

v.

REED TAYLOR, an individual,

        Third-Party Defendant.

REED TAYLOR, an individual,

        Third-Party Defendant/ Counterclaimant,

v.

CONNIE TAYLOR HENDERSON, an individual; R. JOHN TAYLOR, an individual; JAMES BECK, an individual, and UNKNOWN BONDING COMPANY, an unknown entity that issued the unknown fidelity ERISA Bond,

        Counterdefendants.

Plaintiff Dale L. Miesen ("Miesen") moves for default against the defendants AIA Services Corporation ("AIA Services") and AIA Insurance, Inc. ("AIA Insurance") as follows:

## I. ARGUMENT

The defendants AIA Services and AIA Insurance are in default because they are unrepresented corporations and they have failed to retain counsel as ordered by this Court over one year ago. Consequently, this Court should enter an order of default against AIA Services and AIA Insurance as to Miesen's allegations, claims and relief.[1] (E.g., Dkt. 211.)

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

"A corporation may appear in federal court only through licensed counsel…When [the corporation] failed to do so, the district court entered a default judgment against it; this was perfectly appropriate." *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (citations omitted); *see also* Loc. Civ. R. 83.6(c)(2) ("If the said party fails to appear in the action, either in person or through a newly appointed attorney within such twenty-one (21) day period, such failure will be sufficient grounds for the entry of a default against such party…").

Here, the defendants AIA Services and AIA Insurance are unrepresented corporations and thus entry of default is appropriate and warranted. Despite this Court's Order requiring AIA Services and AIA Insurance to appear through new counsel within 21 days of September 12, 2019

---

[1] This motion does not impact Miesen's efforts to make AIA Services and AIA Insurance whole or to obtain a recovery on their behalf. To the contrary, this motion supports those efforts because all of the defendants are taking action against the best interests of AIA Services and AIA Insurance. In addition, Miesen is not requesting a default as to AIA Services and AIA Insurance's defenses to GemCap's crossclaims, which Miesen has asserted an answer to defend against and will defend against on dispositive motion practice and at trial, if necessary. (Dkts. 283, 289.) *Price v. Gurney*, 324 U.S. 100, 105 (1945) ("Similarly if a corporation has a defense to an action against it and is not asserting it, a stockholder may…defend on behalf of the corporation.").

MIESEN'S MEMORANDUM IN SUPPORT OF MOTION FOR
DEFAULT AGAINST AIA SERVICES AND AIA INSURANCE - 1

or an order of default could be entered "without further notice" (Dkt. 691 at 2), no counsel has appeared for AIA Services or AIA Insurance for over one year since that order was entered. *Id*.; Bond Decl. ¶ 2; Dkt. 691; Loc. Civ. R. 83.6(c)(2). Accordingly, this Court should enter an order of default against AIA Services and AIA Insurance as to Miesen's allegations, claims and relief. *Id*.; *High Country Broadcasting Co., Inc.*, 3 F.3d at 1245; Dkt. 211.

## II.   CONCLUSION

For the reasons stated above, this Court should enter an order of default against the defendants AIA Services and AIA Insurance in the manner requested above.

DATED: This 25th day of January 2021.

RODERICK BOND LAW OFFICE, PLLC

By:   */s/ Roderick C. Bond*
         Roderick C. Bond
         Attorney for the Plaintiff Dale L. Miesen

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of January 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jeffrey A. Thomson:   jat@elamburke.com
Loren C. Ipsen:   lci@elamburke.com
Joyce A. Hemmer:   jah@elamburke.com
Bradley S. Keller:   bkeller@byrneskeller.com
Alyson A. Foster:   alyson@dempseyfoster.com
William E. Adams:   bill@weadamslaw.com
Tyler S. Waite:   twaite@campbell-bissell.com
Michael S. Bissell:   mbissell@campbell-bissell.com
David R. Lombardi:   drl@givenspursley.com
Daniel L. Glynn:   dglynn@idalaw.com

         */s/ Roderick C. Bond*
         Roderick C. Bond

MIESEN'S MEMORANDUM IN SUPPORT OF MOTION FOR
DEFAULT AGAINST AIA SERVICES AND AIA INSURANCE - 2