RODERICK C. BOND, ISB NO. 8082
RODERICK BOND LAW OFFICE, PLLC
601 108th Ave. NE, Suite 1900
Bellevue, WA  98004
Telephone: (425) 591-6903
Fax: (425) 321-0343
Email: rod@roderickbond.com
Attorney for the Plaintiff Dale L. Miesen

UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE L. MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.;<br><br>Plaintiff,<br><br>v.<br><br>HAWLEY TROXELL ENNIS & HAWLEY LLP, an Idaho limited liability partnership; GARY D. BABBITT, an individual; D. JOHN ASHBY, an individual; RICHARD A. RILEY, an individual; MICHAEL W. CASHMAN SR., an individual; JAMES BECK, an individual; R. JOHN TAYLOR, an individual; CROP USA INSURANCE AGENCY, INC., an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; AIA INSURANCE, INC.; an Idaho corporation; CROP USA INSURANCE SERVICES, LLC; an Idaho limited liability company; CONNIE TAYLOR HENDERSON, an individual; JOLEE K. DUCLOS, an individual; and GEMCAP LENDING I, LLC, a Delaware limited liability company;<br><br>Defendants. | Case No. 1:10-cv-00404-DCN-CWD<br><br>DECLARATION OF RODERICK C. BOND |

DECLARATION OF RODERICK C. BOND - 1

| |
|---|
| CROP USA INSURANCE AGENCY, INC., an Idaho corporation; CONNIE TAYLOR HENDERSON, an individual; JOLEE DUCLOS, an individual; R. JOHN TAYLOR, an individual; MICHAEL W. CASHMAN SR., an individual; JAMES BECK, an individual, <br><br>         Defendants/Third-Party Plaintiffs, <br><br>    v. <br><br> REED TAYLOR, an individual, <br><br>         Third-Party Defendant. |
| REED TAYLOR, an individual, <br><br>         Third-Party Defendant/ Counterclaimant, <br><br>    v. <br><br> CONNIE TAYLOR HENDERSON, an individual; R. JOHN TAYLOR, an individual; JAMES BECK, an individual, and UNKNOWN BONDING COMPANY, an unknown entity that issued the unknown fidelity ERISA Bond, <br><br>         Counterdefendants. |

DECLARATION OF RODERICK C. BOND - 2

I, Roderick C. Bond, declare:

1.   I am an attorney for the Plaintiff Dale L. Miesen in this lawsuit. I am a citizen of the United States, over the age of eighteen, and competent to testify in court, including as to matters in this Declaration. This Declaration is based upon my personal knowledge.

2.   I have **not** received any written or oral communications from anyone that counsel will be appearing for the defendants AIA Services Corporation and/or AIA Insurance, Inc.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF IDAHO THAT THE FOREGOING IS TRUE AND CORRECT.

| | |
|---|---|
| *January 25, 2021, Bellevue, WA* | */s/ Roderick C. Bond* |
| Date and City and State Signed | Roderick C. Bond |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of January 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jeffrey A. Thomson:   jat@elamburke.com
Loren C. Ipsen:   lci@elamburke.com
Joyce A. Hemmer:   jah@elamburke.com
Bradley S. Keller:   bkeller@byrneskeller.com
Alyson A. Foster:   alyson@dempseyfoster.com
William E. Adams:   bill@weadamslaw.com
Tyler S. Waite:   twaite@campbell-bissell.com
Michael S. Bissell:   mbissell@campbell-bissell.com
David R. Lombardi:   drl@givenspursley.com
Daniel L. Glynn:   dglynn@idalaw.com

                                                    */s/ Roderick C. Bond*
                                                    Roderick C. Bond