Jeffrey A. Thomson ISB #3380
jat@elamburke.com
Loren C. Ipsen ISB #1767
lci@elamburke.com
Joyce A. Hemmer ISB #7202
jah@elamburke.com
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
P.O. Box 1539
Boise, Idaho 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844

Attorneys for Defendants Hawley Troxell Ennis & Hawley LLP,
Gary D. Babbitt, D. John Ashby and Richard A. Riley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE L. MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.;<br><br>Plaintiff,<br><br>vs.<br><br>CONNIE TAYLOR HENDERSON, et al.<br><br>Defendants. | Case No. 1:10-cv-00404-DCN<br><br>THE HAWLEY TROXELL DEFENDANTS' MOTION TO EXCLUDE TESTIMONY FROM PLAINTIFF'S EXPERT WITNESS RICHARD MCDERMOTT |

Defendants Hawley Troxell Ennis & Hawley LLP, Gary D. Babbitt, D. John Ashby and Richard A. Riley ("Hawley Troxell Defendants" or "HT Defendants"), by and through their counsel of record, Elam & Burke, P.A., respectfully move this Court for an order prohibiting Plaintiff's expert witness Richard McDermott from testifying at trial pursuant to Fed. R. Evid. 104, 403 and 702.

This Motion is supported by the Declaration of Loren C. Ipsen in Support of the Hawley Troxell Defendants' Motions to Exclude Plaintiff's Expert Witness Richard McDermott and the

HAWLEY TROXELL DEFENDANTS' MOTION TO EXCLUDE TESTIMONY FROM PLAINTIFF'S EXPERT WITNESS RICHARD MCDERMOTT - 1

Memorandum in Support of the Hawley Troxell Defendants' Motion to Exclude Testimony from Plaintiff's Expert Witness Richard McDermott filed contemporaneously herewith.

DATED this 29 day of January, 2021.

ELAM & BURKE, P.A.

By: /s/ Loren C. Ipsen
Loren C. Ipsen, Of the Firm
Joyce A. Hemmer, Of the Firm
Attorneys for Defendants Hawley Troxell Ennis & Hawley LLP, Gary D. Babbitt, D. John Ashby, and Richard A. Riley

CERTIFICATE OF SERVICE

I hereby certify that on this 29 day of January, 2021, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons via email:

| | |
|---|---|
| Roderick C. Bond<br>rod@roderickbond.com<br>*Attorney for Plaintiff* | Daniel L. Glynn<br>dglynn@idalaw.com<br>*Attorneys for Michael W. Cashman, Sr., R. John Taylor, James Beck, Connie Taylor Henderson, Crop USA Insurance Services, LLC and Crop USA Insurance Agency, Inc.* |
| Alyson A. Foster<br>alyson@dempseyfoster.com<br>William E. Adams<br>bill@weadamslaw.com<br>*Attorneys for Intervenor GemCap Lending I, LLC* | Michael S. Bissell<br>mbissell@campbell-bissell.com<br>Tyler S. Waite<br>twaite@campbell-bissell.com<br>*Attorneys for Reed J. Taylor* |

/s/ Loren C. Ipsen
Loren C. Ipsen

4847-2550-7802, v. 1

HAWLEY TROXELL DEFENDANTS' MOTION TO EXCLUDE TESTIMONY FROM PLAINTIFF'S EXPERT WITNESS RICHARD MCDERMOTT - 2