# AIA Services Corporation and Subsidiaries

## Consolidated Financial Statements
### Years Ended December 31, 1999 and 1998

**EXHIBIT A**

RJT - 002388

AIA0028749

# AIA Services Corporation
# and Subsidiaries

## Contents

| | |
|---|---|
| **Independent Auditors' Report** | 3 |
| **Financial Statements:** | |
| Consolidated Balance Sheets | 4 |
| Consolidated Statements of Operations | 5 |
| Consolidated Statement of Changes in Stockholders' Deficit | 6 |
| Consolidated Statements of Cash Flows | 7-8 |
| Summary of Accounting Policies | 9-13 |
| Notes to Consolidated Financial Statements | 14-30 |

2

RJT - 002389

AIA0028750



| | BDO Seidman, LLP<br>Accountants and Consultants | 601 West Riverside Avenue, Suite 900<br>Spokane, Washington 99201-0611<br>Telephone (509) 747-8095<br>Fax: (509) 747-0415 |
|---|---|---|

## Independent Auditors' Report

The Board of Directors
AIA Services Corporation and Subsidiaries

We have audited the accompanying consolidated balance sheets of AIA Services Corporation and Subsidiaries as of December 31, 1999 and 1998, and the related consolidated statements of operations, changes in stockholders' deficit and cash flows for the years then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

As more fully discussed in Note 5, the Company has recorded a net deferred tax asset in the accompanying consolidated balance sheets. In our opinion, due to uncertainties regarding the ability of the Company to generate sufficient taxable income to permit use of the net operating loss carryforward, an additional provision of $836,000 should be made to increase the valuation allowance on the net deferred tax asset to $4,116,000, in order to conform with generally accepted accounting principles.

In our opinion, except for the effects as discussed in the preceding paragraph of not providing an adequate valuation allowance on the Company's net deferred tax asset, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of AIA Services Corporation and Subsidiaries as of December 31, 1999 and 1998, and the results of their operations and their cash flows for the years then ended in conformity with generally accepted accounting principles.

As discussed in Note 1 to the consolidated financial statements, the Company discontinued its insurance operations effective October 1, 1995 and effective December 4, 1998, all assets and liabilities were placed into a liquidating trust under the control of the Department of Insurance of the State of Idaho.

*BDO Seidman, LLP*

April 4, 2000



**WOLFPACK  Cooperation, Collaboration, Concentration, Communication** SM

3

AIA0028751

| December 31, | | 1999 | | 1998 |
| --- | --- | --- | --- | --- |
| | | | | (Restated) |
| **Assets** | | | | |
| | | | | |
| Cash and cash equivalents | $ | **98,468** | $ | 21,330 |
| Investment securities available-for-sale | | **6,581** | | 8,975 |
| Investment in affiliate (Note 2) | | **417,320** | | 325,979 |
| Accounts receivable | | **38,223** | | 18,592 |
| Agent advances, net of allowance of $107,819 and $198,873 | | **271,595** | | 687,244 |
| Related party receivable (Note 6) | | **304,473** | | 349,542 |
| Due from related companies | | **155,967** | | 207,633 |
| Prepaid expenses | | **148,006** | | 169,269 |
| Advanced commissions receivable (Note 10) | | **789,116** | | - |
| Covenant not to compete, net of amortization of $36,273 | | **157,181** | | - |
| Deferred income taxes (Note 5) | | **1,500,000** | | 1,500,000 |
| Real estate, net of accumulated depreciation of $124,686 and $119,154 (Note 4) | | **132,849** | | 138,381 |
| Property and equipment, net (Note 3) | | **84,254** | | 81,658 |
| | | | | |
| Total assets | $ | **4,104,033** | $ | 3,508,603 |

AIA0028752

# AIA Services Corporation and Subsidiaries

## Consolidated Balance Sheets

| December 31, | | 1999 | | 1998 |
|---|---|---|---|---|
| | | | | (Restated) |
| **Liabilities and Stockholders' Deficit** | | | | |
| | | | | |
| **Liabilities:** | | | | |
| Accounts payable and accrued expenses | $ | 691,117 | $ | 954,087 |
| Due to related companies | | 238,039 | | 208,606 |
| Income taxes payable | | 23,000 | | - |
| Unearned commissions | | 171,000 | | 307,000 |
| Notes payable (Note 4) | | 218,487 | | 59,054 |
| Covenant not to compete payable (Note 6) | | 132,957 | | - |
| Advanced commissions payable (Note 10) | | 2,165,799 | | - |
| Obligation to former majority common stockholder (Note 6) | | 6,520,491 | | 6,846,178 |
| | | | | |
| Total liabilities | | 10,160,890 | | 8,374,925 |
| | | | | |
| Series A preferred stock - redeemable and convertible, no par value, 200,000 shares authorized, 98,660 and 118,712 shares issued and outstanding (Note 7) | | 986,598 | | 1,187,117 |
| | | | | |
| **Commitments and contingencies** (Notes 8, 9 and 10) | | | | |
| | | | | |
| **Stockholders' deficit:** | | | | |
| Series C convertible preferred stock - $1 par value, 500,000 shares authorized, 297,500 shares issued and outstanding (Note 7) | | 297,500 | | 297,500 |
| Common stock - $0.01 par value, 11,000,000 authorized, 1,151,056 shares issued, 986,493 and 1,068,536 shares outstanding (Notes 6 and 7) | | 11,511 | | 11,511 |
| Additional paid-in capital | | 1,722,635 | | 1,699,015 |
| Accumulated deficit | | (8,679,804) | | (7,881,005) |
| Treasury stock - at cost, 164,563 and 82,520 shares | | (395,297) | | (180,460) |
| | | | | |
| Total stockholders' deficit | | (7,043,455) | | (6,053,439) |
| | | | | |
| Total liabilities and stockholders' deficit | $ | 4,104,033 | $ | 3,508,603 |

*See accompanying summary of accounting policies and notes to consolidated financial statements.*

4

RJT - 002392

AIA0028753

# AIA Services Corporation and Subsidiaries

## Consolidated Statements of Operations

| Year ended December 31, | 1999 | 1998 |
|---|---|---|
| | | (Restated) |
| Revenues: | | |
| Commissions (Note 6) | $ 3,617,338 | $ 3,619,472 |
| Administrative fees | 2,552,150 | 3,325,251 |
| Investment income | 177,788 | 118,687 |
| Change in reserve estimate | - | 186,735 |
| Total revenues | 6,347,276 | 7,250,145 |
| Operating expenses: | | |
| General and administrative expenses | 3,331,170 | 3,710,009 |
| Commission expense | 1,658,857 | 1,765,961 |
| Change in estimated advanced commissions (Note 10) | 1,376,683 | - |
| Provision for doubtful accounts | - | 198,873 |
| Total operating expenses | 6,366,710 | 5,674,843 |
| Operating income (loss) | (19,434) | 1,575,302 |
| Other income (expense): | | |
| Interest expense | 704,968 | 754,342 |
| Equity in net loss (income) of affiliate (Note 2) | 8,659 | (19,505) |
| Total other expenses | 713,627 | 734,837 |
| Income (loss) from continuing operations before income tax (expense) benefit | (733,061) | 840,465 |
| Income tax (expense) benefit (Note 5) | (65,738) | 271,161 |
| Income (loss) from continuing operations | (798,799) | 1,111,626 |
| Loss from discontinued operations, net of applicable income taxes (Note 1) | - | (1,838,007) |
| Net loss | $ (798,799) | $ (726,381) |

*See accompanying summary of accounting policies and notes to consolidated financial statements.*

5

RJT - 002393

AIA0028754

# AIA Services Corporation and Subsidiaries

## Consolidated Statement of Changes in Stockholders' Deficit

| | Series C Convertible Preferred Stock | Common Stock | Additional Paid-in Capital | Treasury Stock | Accumulated Other Comprehensive Income | Accumulated Deficit | Total Stockholders' Deficit |
|---|---|---|---|---|---|---|---|
| Balance, January 1, 1998 | $ 297,500 | $ 11,260 | $ 1,773,641 | $ (151,210) | $ 92,544 | $ (7,247,168) | $ (5,223,433) |
| Net loss | - | - | - | - | (92,544) | (653,342) | (745,886) |
| Issuance of common stock | - | 251 | (251) | - | - | - | - |
| Purchase of common stock | - | - | - | (29,250) | - | - | (29,250) |
| Series C preferred dividends paid or accrued | - | - | (74,375) | - | - | - | (74,375) |
| Balance, December 31, 1998 | 297,500 | 11,511 | 1,699,015 | (180,460) | - | (7,900,510) | (6,072,944) |
| Restated for change in accounting principle (Note 2) | - | - | - | - | - | 19,505 | 19,505 |
| Balance, December 31, 1998, as restated | 297,500 | 11,511 | 1,699,015 | (180,460) | - | (7,881,005) | (6,053,439) |
| Net loss | - | - | - | - | - | (798,799) | (798,799) |
| Debt issued for common stock | - | - | - | (214,837) | - | - | (214,837) |
| Issuance of stock options in exchange for covenant not to compete | - | - | 23,620 | - | - | - | 23,620 |
| Balance, December 31, 1999 | $ 297,500 | $ 11,511 | $ 1,722,635 | $ (395,297) | $ - | $ (8,679,804) | $ (7,043,455) |

*See accompanying summary of accounting policies and notes to consolidated financial statements.*

6

AIA0028755

# AIA Services Corporation and Subsidiaries

## Consolidated Statements of Cash Flows

**Increase (Decrease) in Cash and Cash Equivalents**

| Year ended December 31, | 1999 | 1998 |
|---|---|---|
| | | (Restated) |
| **Cash flows from operating activities:** | | |
| Net loss | $ (798,799) | $ (726,381) |
| Adjustments to reconcile net loss to net cash provided by (used in) operating activities: | | |
| Depreciation and amortization | 69,311 | 41,544 |
| Equity in net loss (income) of affiliate | 8,659 | (19,505) |
| Write off of account receivable | 10,000 | 102,825 |
| Deferred income taxes | - | (1,346,000) |
| Provision for doubtful accounts | - | 198,873 |
| Donation of land | - | 11,310 |
| Discontinued operations | - | (14,058,935) |
| Changes in assets and liabilities: | | |
| Accounts receivable and agent advances | 361,087 | (31,181) |
| Prepaid expenses | 21,263 | 238,691 |
| Due from related companies, net | 289,705 | (207,633) |
| Advanced commissions receivable | (789,116) | - |
| Advanced commissions payable | 2,165,799 | - |
| Accounts payable and accrued expenses | (471,576) | (546,210) |
| Income taxes payable | 23,000 | (290,000) |
| Unearned commissions | (136,000) | (134,790) |
| Net cash provided by (used in) operating activities | 753,333 | (16,767,392) |
| **Cash flows from investing activities:** | | |
| Capital expenditures | (30,102) | (30,145) |
| Investment in affiliate | (30,000) | - |
| Proceeds from sale of investment securities | 2,394 | - |
| Discontinued operations investing activities | - | 4,995,345 |
| Net cash provided by (used in) investing activities | (57,708) | 4,965,200 |

*See accompanying summary of accounting policies and notes to consolidated financial statements.*

7

RJT - 002395

AIA0028756

# AIA Services Corporation and Subsidiaries

## Consolidated Statements of Cash Flows

### Increase (Decrease) in Cash and Cash Equivalents

| Year ended December 31, | 1999 | 1998 |
|---|---|---|
| **Cash flows from financing activities:** | | |
| Repayment of mortgages and notes payable | (92,281) | (6,883) |
| Redemption of Series A preferred stock | (200,519) | (181,400) |
| Dividends paid to preferred stockholders | - | (74,375) |
| Purchase of common stock | - | (29,250) |
| Repayment of obligation to former majority common stockholder | (325,687) | (318,605) |
| **Net cash used in financing activities** | (618,487) | (610,513) |
| Net increase (decrease) in cash and cash equivalents | 77,138 | (12,412,705) |
| **Cash and cash equivalents,** beginning of year, including $0 and $12,149,483 from discontinued operations | 21,330 | 12,434,035 |
| **Cash and cash equivalents,** end of year | $ 98,468 | $ 21,330 |
| **Supplemental Disclosures of Cash Flow Information:** | | |
| **Cash paid during the year for:** | | |
| Interest | $ 693,385 | $ 759,828 |
| Income taxes | $ 42,738 | $ 19,354 |
| **Noncash investing and financing activities:** | | |
| Notes payable exchanged for common stock | $ 214,837 | $ - |
| Related party receivable exchanged for investment in affiliate | $ 70,000 | $ - |
| Contribution of common stock to ESOP | $ - | $ 251 |
| Note payable exchanged for covenant not to compete | $ 169,834 | $ - |
| Stock options exchanged for covenant not to compete | $ 23,620 | $ - |

*See accompanying summary of accounting policies and notes to consolidated financial statements.*

8

RJT - 002396

AIA0028757

# AIA Services Corporation and Subsidiaries

## Summary of Accounting Policies

**Business Activities**

AIA Services Corporation (the Company or Services) is an insurance holding company based in Lewiston, Idaho. Prior to October 1, 1995, the Company had two business segments. The insurance underwriting operations are contained within the Company's wholly-owned subsidiary, The Universe Life Insurance Company (Universe) and Universe's wholly-owned subsidiary, Great Fidelity Life Insurance Company (Great Fidelity). Effective October 1, 1995, the Company adopted a plan of disposal of its insurance underwriting operations. (See Note 1 for further discussion.)

The Company's continuing operations consist of its insurance marketing segment. The principal business of this segment is marketing insurance products and services to ranchers and farmers, many of whom are members of agricultural associations. The Company's current products include group health and life insurance and long-term care insurance. These products are marketed through a subsidiary, AIA Insurance, Inc. (AIA).

The Company has established relationships with state and regional associations including the National Association of Wheat Growers, American Soybean Association, and the National Contract Poultry Growers Association (Associations). These Associations were formed through the common interests of their members to promote specific segments of the agriculture industry. They are the primary recognized organizations representing the interests of the grain growers, soybean growers and poultry growers in the United States.

The Company sells group health insurance to these Associations and their members and provides administrative services for such insurance in accordance with the terms of marketing and administrative agreements between the Company and the underwriting insurance company. The Company also acts as the marketer and administrator for a multiple-association trust whose participants engage in farming, ranching or other agriculture related businesses. As part of the Company's administrative duties, the

9

RJT - 002397

AIA0028758

# AIA Services Corporation and Subsidiaries

## Summary of Accounting Policies

Company collects association dues through its regular customer billing procedure, thereby creating an important link between the Company and the Associations. In return, the Associations endorse the Company and certain of its products and services.

**Principles of Consolidation**

The consolidated financial statements include the accounts of the Company and its wholly-owned subsidiaries: AIA, AIA MidAmerica, Inc., AIA Pacific Marketing Corporation and AIA Bancard Services Corporation. All material intercompany transactions have been eliminated in consolidation. The operations of Universe and Great Fidelity are shown as discontinued operations for 1998 (see Note 1).

**Investments**

The Company accounts for investments in which it owns or controls greater than 20% but less than 50% of the voting stock in accordance with Accounting Principles Board Opinion (APB) No. 18, "The Equity Method of Accounting for Investments in Common Stock." Under the equity method, investments are recorded at cost and the carrying amount of the investment adjusts to recognize the investor's share of the earnings or losses of the investee and changes in investor's capital position in the investee after the date of acquisition.

The Company accounts for investments in which it owns or controls less than 20% of the voting stock, according to the provisions of Statement of Financial Accounting Standards (SFAS) No. 115, "Accounting for Certain Investments in Debt and Equity Securities." SFAS No. 115 requires that investments in all debt securities and those equity securities with readily determinable market values be classified into one of three categories: held-to-maturity, trading, or available-for-sale. Classification of investments is based upon management's current intent.

10

RJT - 002398

AIA0028759

# AIA Services Corporation and Subsidiaries

## Summary of Accounting Policies

| | |
|---|---|
| **Property and Equipment** | Property and equipment are carried at cost less accumulated depreciation. Where applicable, cost includes interest and real estate taxes incurred during construction and other construction related costs. Depreciation is computed principally by the straight-line method using lives of 31 to 40 years for buildings and five to seven years for equipment. |
| **Commission Income** | Commission income is recognized ratably over the policy period. |
| **Administrative Fees** | AIA is a third-party administrator for Trustmark and various Association trusts providing administrative and data processing services. All administrative fees result from such arrangements and are recorded as income upon receipt, which approximates the time period over which the fees are earned. The administrative fees are calculated on a per policy basis, on a percentage of certain future policy benefits, and also as specific administrative functions are performed. |
| **Income Taxes** | The Company accounts for income taxes according to the provisions of SFAS No. 109 "Accounting for Income Taxes." Under the asset and liability method of SFAS No. 109, deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. Under SFAS No. 109, the effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date. |

11

RJT - 002399

AIA0028760

# AIA Services Corporation and Subsidiaries

## Summary of Accounting Policies

| | |
|---|---|
| **Stock Options** | The Company accounts for stock options issued to employees under the provisions of APB No. 25, "Accounting for Stock Issued to Employees." Under APB No. 25, because the exercise price of the Company's employee stock options approximates the fair value of the underlying stock at the date of grant, no compensation cost is recognized. SFAS No. 123 "Accounting for Stock-Based Compensation," requires the Company to provide pro forma information regarding net income (loss) as if compensation cost for the Company's stock option plans had been determined in accordance with the fair value method prescribed in SFAS No. 123. |
| **Cash and Cash Equivalents** | Cash and cash equivalents are comprised of cash and funds temporarily invested (with original maturities not exceeding three months) as part of the Company's management of day-to-day operating cash receipts and disbursements. |
| **Reclassifications** | Certain amounts in the prior year's financial statements have been reclassified to conform to the current year's presentation. |
| **Management Estimates** | The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amount of revenues and expenses during the reporting period. Actual results could differ from those estimates. |
| **New Accounting Pronouncements** | In June 1998, the Financial Accounting Standards Board issued SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities." SFAS No. 133 requires companies to recognize all derivative contracts as either assets or liabilities in the balance sheet and to measure them at fair value. If certain conditions are met, a derivative may be specifically designated as a hedge, the objective of which is to match the timing of gain or loss |

**12**

RJT - 002400

AIA0028761

# AIA Services Corporation
# and Subsidiaries

## Summary of Accounting Policies

recognition on the hedging derivative with the recognition of (I) the changes in the fair value of the hedged asset or liability that are attributable to the hedged risk, or (II) the earnings effect of the hedged forecasted transaction. For a derivative not designated as a hedging instrument, the gain or loss is recognized as income in the period of change. SFAS No. 133 as amended by SFAS No. 137 is effective for all fiscal quarters and fiscal years beginning after June 15, 2001. Based on its current and planned future activities relative to derivative instruments, the Company believes that the adoption of SFAS No. 133 on January 1, 2001 will not have a significant effect on its financial statements.

13

RJT - 002401

AIA0028762

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

1. **Disposal of Insurance Underwriting Operations**

In 1995, the Company adopted a plan to dispose of its insurance underwriting operations (the Plan) and recognized a net loss from discontinued operations of $9.0 million. This loss included management's estimate of the liabilities to be incurred by the Company in disposing of the insurance underwriting operations according to the Plan, in excess of the assets available to satisfy these liabilities and the operating results of the insurance underwriting operations. The Plan requires that the Company transfer or settle the insurance underwriting risk of its insurance subsidiaries, Universe and Great Fidelity, and liquidate these insurance subsidiaries remaining assets and liabilities. As the Plan is carried out, management re-estimates its net asset (liability) to dispose of the discontinued operations, the recoverable amounts of assets and the operating results from discontinued operations and accordingly recorded a net loss of $1.8 million in 1998. The 1998 net loss included a deferred tax benefit from recognizing a $1.3 million change in a deferred tax valuation account related to net operating losses generated by the life insurance operations.

On December 4, 1998, the Fourth Judicial District Court of Ada County, Idaho (the Court) issued an Order of Liquidation (Liquidation Order) placing Universe into liquidation and authorizing the formation of The Universe Life Insurance Company Claimants Trust (the Trust). Universe will then transfer all of its assets and liabilities to the Trust and the Company will return the Universe corporate shell to rehabilitation for sale to a qualified bidder. Proceeds from the sale will be paid into the Trust for the benefit of policyholders and creditors. At the time of the Liquidation Order, Universe's assets and liabilities were estimated by management to total $16.1 million and $14.3 million respectively. The Court named a Liquidator and appointed a Special Deputy Liquidator to deal with the property, business and affairs of Universe, to wind-down and terminate Universe's business dealings, to marshal and liquidate Universe's assets and to use the proceeds to satisfy expenses, claims and liabilities. The Liquidation Order also fixes the rights and liabilities of creditors,

14

RJT - 002402

AIA0028763

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

policyholders, shareholders and all other persons interested in Universe as of December 4, 1998. Accordingly, the assets and liabilities of Universe are no longer included with the consolidated financial statements of Services at December 31, 1998.

Summary consolidated statements of operations for the discontinued insurance operations are as follows:

| *Year ended December 31,* | **1998** |
|---|---|
| **Revenues:** | |
| Premiums | $ 1,495,592 |
| Net investment income | 601,904 |
| **Total revenues** | **2,097,496** |
| | |
| **Benefits and expenses:** | |
| Benefits | (4,723,236) |
| Commissions | (138,672) |
| General and administrative expenses | 9,512,151 |
| **Total benefits and expenses** | **4,650,243** |
| | |
| Loss before income tax benefit | (2,552,747) |
| | |
| Income tax benefit | (714,740) |
| | |
| Net loss | $ (1,838,007) |

Operating results of Universe and Great Fidelity for 1998, including changes in the estimate of net assets to be disposed, have been shown separately as income from discontinued operations, net of applicable income taxes, in the accompanying consolidated statements of operations.

**15**

RJT - 002403

AIA0028764

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

| 2. Investment in Affiliate | At December 31, 1998, the Company owned 12.9% of the common voting stock of Pacific Empire Communications, Inc. (Pacific). The Company accounted for this investment under the cost method as available-for-sale securities. During 1999, the Company increased its direct ownership interest in Pacific to 15.3%. In addition, the Company's majority shareholder and Chief Executive Officer personally acquired 30.7% of the common voting stock of Pacific during 1999. During 1999, the Company began to account for its investment in Pacific under the equity method, because it controls directly and indirectly 46% of the common voting stock of Pacific at December 31, 1999. In accordance with APB No. 18, the equity method has been retroactively applied to the Company's investment in Pacific and the December 31, 1998 investment in Pacific has been restated accordingly. |
|---|---|

The following is a summary of unaudited financial information of Pacific:

| December 31, | 1999 | 1998 |
|---|---|---|
| **Assets:** | | |
| Current assets | $ 351,602 | $ 362,627 |
| Other assets | 2,359,143 | 2,328,965 |
| | $ 2,710,745 | $ 2,691,592 |
| **Liabilities and Stockholders' Equity:** | | |
| Current liabilities | $ 1,038,692 | $ 828,681 |
| Other liabilities | 989,150 | 1,208,337 |
| Stockholders' equity | 682,903 | 654,574 |
| | $ 2,710,745 | $ 2,691,592 |

16

RJT - 002404

AIA0028765

# AIA Services Corporation
# and Subsidiaries

## Notes to Consolidated Financial Statements

| *Year ended December 31,* | 1999 | 1998 |
|---|---|---|
| Revenues | $ 2,019,466 | $ 1,732,652 |
| Operating expenses | (1,747,617) | (1,552,115) |
| Other expenses, net | (328,520) | (29,336) |
| Net income (loss) | $ (56,671) | $ 151,201 |
| Services' interest in net income (loss) | $ (8,659) | $ 19,505 |

**3.   Property and Equipment**

Property and equipment consist of the following:

| *December 31,* | 1999 | 1998 |
|---|---|---|
| Furniture and equipment | $ 670,065 | $ 645,151 |
| Leasehold improvements | 110,355 | 105,168 |
| | 780,420 | 750,319 |
| Less accumulated depreciation | 696,166 | 668,661 |
| | $ 84,254 | $ 81,658 |

**4.   Notes Payable**

Notes payable consist of the following:

| *December 31,* | 1999 | 1998 |
|---|---|---|
| Notes payable to former employees, due in annual principal and interest payments of $49,693, stated interest rate of 7.75%, due in 2003. | $ 165,210 | $ - |

17

AIA0028766

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

| *December 31,* | **1999** | 1998 |
|---|---|---|
| Note payable to a bank, due in monthly principal and interest payments of $1,133 with the balance due February 2000, interest rate at 7.625%, secured by real estate. | **53,277** | 59,054 |
| Long-term debt | **$ 218,487** | $ 59,054 |

Schedule of maturities of notes payable as of December 31, 1999 are as follows:

| Year ending December 31, | | Amount |
|---|---|---|
| 2000 | $ | 90,122 |
| 2001 | | 39,701 |
| 2002 | | 42,777 |
| 2003 | | 45,887 |
| | $ | 218,487 |

**5.  Income Taxes**

Income tax benefit (expense) from continuing operations consists of the following:

| *Year ended December 31,* | | **1999** | | 1998 |
|---|---|---|---|---|
| Current | $ | **(65,738)** | $ | 241,161 |
| Deferred | | - | | 1,346,000 |
| Less deferred taxes allocated to discontinued operations | | - | | (1,316,000) |
| Income tax benefit (expense) | $ | **(65,738)** | $ | 271,161 |

**18**

RJT - 002406

AIA0028767

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

Deferred income taxes reflect the impact of "temporary differences" between amounts of assets and liabilities for financial reporting purposes and such amounts as measured by tax laws.

The significant components of the Company's net deferred tax assets and liabilities are summarized as follows:

| December 31, | 1999 | 1998 |
|---|---|---|
| Deferred tax assets: | | |
| Net operating loss carryforward | $ 3,390,000 | $ 3,400,000 |
| Advanced commission | 736,000 | - |
| Licenses | 250,000 | 250,000 |
| Allowance for doubtful accounts | 37,000 | 85,000 |
| Accrued wages | 55,000 | 62,000 |
| AMT credit carryforwards | 226,000 | 226,000 |
| Deferred acquisition costs | 53,000 | 53,000 |
| Other | 33,000 | 54,000 |
| Total deferred tax assets | 4,780,000 | 4,130,000 |
| Deferred tax liabilities: | | |
| Tax over book depreciation and amortization | (22,000) | (17,000) |
| Total deferred tax liabilities | (22,000) | (17,000) |
| Valuation allowance | (3,280,000) | (2,613,000) |
| Net deferred tax asset | $ 1,500,000 | $ 1,500,000 |

The Company's effective tax rate on income from continuing operations differs from the expected corporate statutory federal income tax rate primarily as a result of the change in valuation allowance.

**19**

RJT - 002407

AIA0028768

# AIA Services Corporation
# and Subsidiaries

## Notes to Consolidated Financial Statements

At December 31, 1999, the Company had approximately $9.9 million in a net operating loss carryforward available to offset future taxable income which expire through 2018. Approximately $8 million of this net operating loss carryforward relates to the Company's discontinued life insurance operations. The Company has established a valuation allowance against its deferred tax asset to the extent the Company believes it is more likely than not that the deferred tax assets will not be realized. Management believes that it is more likely than not that the Company will be able to generate future taxable income and utilize NOL's up to a $1.5 million benefit.

However, in the opinion of our independent auditors, uncertainties exist about the ability of the Company to generate sufficient taxable income, and accordingly, an additional provision should be made in the amount of $836,000 to increase the valuation allowance and to effectively decrease the net deferred tax asset to $664,000.

Had the valuation allowance been increased to $4,116,000, the effect would have been to increase the Company's net loss for the year ended December 31, 1999 to $1,634,799, to decrease net assets to $3,268,033, to increase the accumulated deficit to $9,515,804 and to increase the stockholders' deficit to $7,879,455.

The Company's ability to use its net operating loss carryforward to offset future taxable income is subject to annual restrictions contained in the United States Internal Revenue Code of 1986, as amended (the Code). These restrictions act to limit the Company's future use of its net operating losses following certain substantial stock ownership changes as enumerated in the Code. There was such a change in ownership during 1995 and there are substantial annual restrictions limiting the Company's future use of its net operating loss carryforward.

20

RJT - 002408

AIA0028769

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

**6. Related Party Transactions**

The Company had transactions with stockholders as follows:

| December 31, | 1999 | 1998 |
|---|---|---|
| Related party receivable, beginning of year | $ 349,542 | $ 349,542 |
| Receivable forgiven for investment in affiliate | (45,069) | - |
| Related party receivable, end of year | $ 304,473 | $ 349,542 |

In July 1995, the Company acquired all the outstanding shares (613,494 shares) of its former majority stockholder in exchange for $8.3 million. Of this, $7.5 million was debt as described in the paragraph below. The remaining amount consists of the forgiveness of debt of $570,000 and the transfer of airplanes with a book value of $200,000.

A down payment of $1.5 million originally due on October 22, 1995 was renegotiated in July 1996 to be due October 31, 1996. Interest on this down payment note (as renegotiated in July 1996) is 9.5% (14% while in default) and principal and interest payments of $33,750 per month are due beginning August 1, 1996. The balance of the down payment note at December 31, 1999 and 1998 was $520,491 and $846,178. The remaining $6 million is payable in the form of a note with interest at 8.25%, monthly payments of interest only, principal due and payable August 1, 2005 unless the Series A preferred stock has been fully redeemed (Note 7). These notes are secured by the Company's stock and commission income.

During 1999, the Company entered into a covenant not to compete with a former employee. The agreement has a term of forty-eight months and requires the Company to pay a total of forty-eight monthly payments with the first twenty-four monthly payments of $6,000 beginning April 30, 1999 and second twenty-four monthly

21

AIA0028770

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

payments of $3,000 beginning April 30, 2001. In addition the Company granted the former employee 132,310 fully vested common stock options with an exercise price of $2.00, and a term of 5 years. The employee agreed to not compete for the term of the agreement and gave up 69,211 common stock options previous issued to him with an exercise price ranging between $1.22 and $3.42. The present value of the future minimum payments using the company's estimated incremental borrowing rate 15% has been capitalized as a liability. In addition the present value or the future minimum payment plus the fair value of the options issued less the fair value of the options given up were record as an intangible asset and is being amortized over the term of the agreement.

The schedule of maturities of the covenant not to compete payable as of December 31, 1999 is as follows:

| Year ending December 31, | Amount |
|---|---|
| 2000 | $ 55,788 |
| 2001 | 36,368 |
| 2002 | 32,022 |
| 2003 | 8,779 |
| | $ 132,957 |

**7.  Preferred and Common Stock**

Series A Preferred Stock

The Company had 98,660 and 118,712 outstanding shares of no par, nonparticipating Series A preferred stock at December 31, 1999 and 1998.

Pursuant to the preferred stock agreement, the holder of the Series A preferred stock has the right to require the Company to redeem the stock at any time after September 14, 1993. The right was exercised by giving the Company written notice of demand for redemption effective December 2, 1993.

22

AIA0028771

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

The Company began redeeming the Series A preferred shares at $10 per share over a fifteen year period with interest at 1-1/2% below the First Interstate Bank of Idaho, N.A. prime rate, adjusted quarterly. In 1995, the Company agreed to restructure the redemption over a ten year period with interest at 1/4% above the First Interstate Bank of Idaho, N.A. prime rate, adjusted quarterly. The Company redeemed 20,052 shares in 1999 and 18,140 shares in 1998. On July 1, 1996, the Company further restructured the Series A shareholder agreement such that in addition to the regular ten-year amortization agreed to in 1995, a payment of $100,000 will be made at the end of each six-month period commencing upon the full payment of the down payment note to the Company's former majority stockholder (see Note 6). Also, no principal payment shall be made on the $6 million note payable to the Company's former majority stockholder (see Note 6) until the Series A preferred stock has been fully redeemed.

Scheduled redemption of the Series A preferred stock is as follows:

| Year ending December 31, | Amount |
|---|---|
| 2000 | $ 216,250 |
| 2001 | 235,315 |
| 2002 | 256,169 |
| 2003 | 278,864 |
| | $ 986,598 |

If the Company dissolves, the Series A preferred stock has liquidating preference over common and Series C stockholders in amounts equal to its redemption value. The holder of the Series A preferred stock has the right, voting separately as a class, to elect one member to the Board of Directors.

23

RJT - 002411

AIA0028772

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

Series C Preferred Stock

During 1995, the Company initiated a private placement of preferred stock in which 150,000 shares of the 500,000 shares authorized of the Series C 10% convertible preferred stock and attendant Series C warrants were sold for $1.5 million in August of 1995. An additional 50,000 shares with proceeds of approximately $500,000 were placed by December 31, 1995. During 1996, 86,500 shares with proceeds of $865,000 were placed. During 1997, 11,000 shares with proceeds of $110,000 were placed. At December 31, 1999 and 1998, 297,500 shares were outstanding. Each Series C warrant issued to the preferred stock investors is exercisable upon the earlier of two years or the completion of a stock offering which raises a minimum of $5 million and entitles the investors to acquire .0000307% of the Company's common stock on a fully diluted basis at a price below market value. The terms of the Series C preferred shares are as follows:

> The holders shall have no right to receive notice of or to vote on any matter at any regular or special meeting of stockholders of the corporation.

> The holders shall be entitled to receive, when and as declared by the Company's Board of Directors, cumulative cash dividends at the per annum rate of 10% of the liquidation rate. The liquidation rate is $10 per share and the dividends are payable, annually in preference to any dividends upon the Company's common stock, but only if redemption payments to the Series A stockholder are current. Cumulative undeclared dividends are $499,798 and $202,298 as of December 31, 1999 and 1998.

> Upon dissolution, liquidation, or winding-up affairs of the Company, the Series C convertible preferred stockholders receive preference before any payment is made to the holders of common stock. The liquidation value per share is $10 plus any declared and unpaid dividends.

24

RJT - 002412

AIA0028773

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

Preferred stock is subject to certain mandatory redemption features and the Company has the right to redeem the preferred shares at any time. The redemption value at December 31, 1999 and 1998 totaled approximately $3.0 million.

Each holder of Series C preferred stock shall have the right, exercisable beginning at the earlier of the date of receipt of notice of mandatory redemption of the Series C preferred stock or two years after the first Issuance of the stock and ending on the closing date of an equity offering, to convert each share of preferred stock into that number of shares of common stock which equals .0000693% of the common stock on a fully diluted basis at the effective date of exercise.

Common Stock

See Note 6 for discussion regarding purchase of common stock from former majority stockholder.

Employee Benefits Plans

The Company may grant options to purchase shares of common stock to key employees of the Company under a stock option plan. The exercise price shall be no less than the fair market value of the shares on the grant date. The options vest immediately upon issuance and generally expire within five years.

25

RJT - 002413

AIA0028774

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

The following table summarizes stock option activity:

|  | Number of Shares | Exercise Price Per Share |
|---|---|---|
| Outstanding at January 1, 1998 | 656,550 | $0.01-$3.42 |
| Granted | - | - |
| Expired or canceled | - | - |
| Exercised | - | - |
| Outstanding at December 31, 1998 | 656,550 | $0.01-$3.42 |
| Granted | 132,310 | $2.00 |
| Expired or canceled | (69,211) | $1.22-$3.41 |
| Exercised | - | - |
| Outstanding at December 31, 1999 | 719,649 | $0.01-$3.42 |

The following table summarizes information about fixed-price stock options outstanding and exercisable at December 31, 1999:

| Range of Exercise Prices | Options Outstanding | | | Options Exercisable | |
|---|---|---|---|---|---|
|  | Number of Shares | Weighted-Average Remaining Contractual Life | Weighted-Average Exercise Price | Number of Shares | Weighted-Average Exercise Price |
| $0.01 | 475,000 | 3.00 | $0.01 | 475,000 | $0.01 |
| $1.95 | 31,766 | 1.75 | $1.95 | 31,766 | $1.95 |
| $2.00 | 132,310 | 4.25 | $2.00 | 132,310 | $2.00 |
| $3.42 | 80,563 | 2.77 | $3.42 | 80,563 | $3.42 |
| $0.01-$3.42 | 719,649 | 3.15 | $0.84 | 719,649 | $0.84 |

26

RJT - 002414

AIA0028775

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

Under the provisions of SFAS No. 123, the Company's net loss would have been adjusted to the pro forma amounts indicated below:

| Year ended December 31, | 1999 | 1998 |
|---|---|---|
| Net loss | | |
| As reported | $ (798,799) | $ (726,381) |
| Pro forma | $ (931,109) | $ (726,381) |

The Company maintains a profit sharing retirement plan with an IRS Code Section 401(k) feature covering substantially all employees who have completed one year of service. Employee elective deferral contributions are 100% vested and Company contributions are fully vested after seven years of participation. The Company's contributions to the plan were $12,025 and $0 in 1999 and 1998.

The Company has an employee stock ownership plan covering employees who have completed one year of service. Employees are fully vested after five years of participation. There were no contributions to the plan in 1999 or 1998. Non-vested participants' amounts are forfeited upon departure from the Company and reallocated to remaining participants.

8. **Operating Leases**

The Company leases data processing equipment, office equipment and office space as lessee under lease agreements which are accounted for as operating leases. The data processing and office equipment leases expire over the next two years. The office facility lease expires in ten years. In most cases, management expects the leases to be renewed or replaced by other leases upon expiration of current lease terms.

Minimum lease payments required under operating leases that have initial or remaining noncancelable lease terms in excess of one year as of December 31, 1999 are as follows:

27

AIA0028776

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

| Year ending December 31, | Amount |
|---|---|
| 2000 | $ 341,700 |
| 2001 | 297,825 |
| 2002 | 283,200 |
| 2003 | 283,200 |
| 2004 | 304,300 |
| Thereafter | 1,218,200 |
| | $ 2,728,425 |

Total rent expense for all operating leases was $387,477 and $401,817 in 1999 and 1998.

**9. Contingencies**

In 1997, the Idaho State Tax Commission issued a Notice of Deficiency Determination which subsequently resulted in litigation. Initially, the Company was awarded a summary judgment by the court in their favor which removed any deficiency. Subsequently, in October 1999, the Court entered a judgment in favor of the Idaho State Tax Commission. The judgment for deficiency of taxes and interest is approximately $180,000. The Company has appealed the decision to the Idaho State Supreme Court. The Company believes that they will receive a favorable decision to their appeal and that the likelihood of incurring any liability is currently less than probable. Accordingly, no accrual of this contingent obligation has been made in these financial statements.

Various other lawsuits against the Company have arisen in the ordinary course of business. Management believes that contingent liabilities that may arise from these lawsuits will not be material in relation to the financial position or results of operations of the Company.

28

RJT - 002416

AIA0028777

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

**10. Advanced Commissions**

During December 1997, AIA entered into a Profit Sharing Agreement with Trustmark Insurance Company ("Trustmark"). The agreement required Trustmark to pay AIA an advance commission based on estimated profits. Under the agreement the actual commissions for the period from December 1, 1997 to December 31, 1999 would be calculated on December 31, 1999 and compared to advance commissions paid with any differences immediately due and payable. On December 31, 1999 it was determined that Trustmark advanced AIA $2.9 million in excess of actual commissions earned. As of December 31, 1999 AIA has recorded a payable for $2,165,799 which is the present value of the $2.9 million excess commissions using the agreed upon repayment schedule and an estimated incremental borrowing rate of 15%. In addition, as of December 31, 1999, AIA has recorded a receivable for $789,116, which represents the net realizable value of advance commissions paid to agents from the $2.9 million excess commissions collected by AIA. Future commissions earned by agents will be offset against these advanced commissions. The transaction has been treated as a change in accounting estimate with the net change in estimate of advanced commissions of $1,376,683 reported as an expense in 1999.

The schedule of maturities of advanced commissions payable as of December 31, 1999 is as follows:

| Year ending December 31, | Amount |
|---|---|
| 2000 | $ 124,418 |
| 2001 | 669,821 |
| 2002 | 872,646 |
| 2003 | 498,914 |
| | $ 2,165,799 |

**29**

RJT - 002417

AIA0028778

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

11. **Year 2000 Issue (Unaudited)**    Like other businesses, the Company could be adversely affected if its computer systems, or those of its suppliers or its customers, do not properly process and calculate date-related information and data from the period surrounding and including January 1, 2000. This is commonly known as the "Year 2000" issue. Additionally, this issue could impact non-computer systems and devices such as production equipment, elevators, etc. The Company has not experienced any Year 2000 related events. Interactions with other companies' systems make it difficult to conclude there will not be future effects. Therefore, because of the complexities involved in the issue, management cannot provide assurances that the Year 2000 issue will not have an impact on the Company's operations.

30

AIA0028779