**AIA SERVICES CORPORATION
AND SUBSIDIARIES**

Consolidated Financial Statements

December 31, 2000 (Final Unaudited)
and December 31, 1999 (Audited)

**EXHIBIT B**

EXHIBIT AP

RJT - 002451

AIA000075

**AIA SERVICES CORPORATION AND SUBSIDIARIES**

**Final Consolidated Balance Sheets**
**December 31, 2000 (Unaudited) and 1999**

|  | 2000 | 1999 |
|---|---|---|
| Cash and cash equivalents | $ 7,300 | $ 98,468 |
| Investment securities available-for-sale | 4,081 | 6,581 |
| Investment in affiliate | 422,690 | 417,320 |
| Accounts receivable | 363,379 | 38,223 |
| Agent advances | 422,589 | 271,595 |
| Related party receivable | 102,693 | 304,473 |
| Due from related companies | 154,322 | 155,967 |
| Prepaid expenses | 137,343 | 148,006 |
| Advanced commissions receivable | 369,121 | 789,116 |
| Covenant not to compete, net of amortization | 108,822 | 157,181 |
| Deferred income taxes | 1,476,000 | 1,500,000 |
| Net real estate | 129,143 | 132,849 |
| Net property and equipment | 69,757 | 84,254 |
| Total assets | $ 3,767,240 | $ 4,104,033 |

**Liabilities and Stockholders' Equity (Deficit)**

**Liabilities:**

|  | 2000 | 1999 |
|---|---|---|
| Accounts payable and accrued expenses | $ 954,294 | $ 691,117 |
| Due to related companies | 457,086 | 238,039 |
| Income taxes payable | − | 23,000 |
| Unearned commissions | 168,000 | 171,000 |
| Notes payable | 175,431 | 218,487 |
| Covenant not to compete payable | 77,169 | 132,957 |
| Advanced commissions payable | 2,041,382 | 2,165,799 |
| Obligation to former majority common stockholder | 6,033,082 | 6,520,491 |
| Total liabilities | 9,906,444 | 10,160,890 |
| Series A preferred stock | 773,006 | 986,598 |

**Stockholders' deficit:**

|  | 2000 | 1999 |
|---|---|---|
| Series C convertible preferred stock | 297,500 | 297,500 |
| Common stock | 14,368 | 11,511 |
| Additional paid-in capital | 1,674,034 | 1,722,635 |
| Accumulated deficit | (8,898,112) | (8,679,804) |
| Treasury stock - at cost | − | (395,297) |
| Total stockholders' deficit | (6,912,210) | (7,043,455) |
| Total liabilities and stockholders' equity | $ 3,767,240 | $ 4,104,033 |

AIA000076

**AIA SERVICES CORPORATION AND SUBSIDIARIES**

**Consolidated Statements of Operations**
**For the Years Ended December 31, 2000 (Unaudited) and 1999**

|  | 2000 | 1999 |
|---|---|---|
| Revenues |  |  |
| Commissions | $ 1,880,032 | $ 3,617,338 |
| Administrative fees | 3,079,067 | 2,552,150 |
| Investment income | 146,874 | 177,788 |
| Total revenues | 5,105,973 | 6,347,276 |
| Expenses |  |  |
| General and administrative expense | 3,082,514 | 3,331,170 |
| Commission expense | 1,327,301 | 1,658,857 |
| Change in estimated advanced commissions | − | 1,376,683 |
| Total operating expenses | 4,409,815 | 6,366,710 |
| Operating income | 696,158 | (19,434) |
| Other income (expense) |  |  |
| Interest expense | 903,164 | 704,968 |
| Equity in net loss (income) of affiliate | − | 8,659 |
| Total other expense | 903,164 | 713,627 |
| Income (loss) from continuing operations before income tax (expense) benefits | (207,006) | (733,061) |
| Income tax (expense) benefit | (11,302) | (65,738) |
| Net income (loss) | $ (218,308) | $ (798,799) |

AIA000077

RJT - 002453

**AIA SERVICES CORPORATION AND SUBSIDIARIES**

**Consolidated Statements of Stockholders' Equity (Deficit)**
**Before Income Tax Expense**
**For the Years Ended December 31, 2000 (Unaudited) and 1999 (Audited)**

| | Series C Convertible Preferred Stock | Common Stock | Additional Paid-in Capital | Treasury Stock | Retained Earnings (Deficit) |
|---|---|---|---|---|---|
| Balance, January 1, 1999 | 297,500 | 11,511 | 1,699,015 | (180,460) | (7,881,005) |
| Net loss | - | - | - | - | (798,799) |
| Debt issued for common stock | - | - | - | (214,837) | - |
| Issuance of stock options in exchange for covenant not to compete | - | - | 23,620 | - | - |
| Balance, December 31, 1999 | 297,500 | 11,511 | 1,722,635 | (395,297) | (8,679,804) |
| Net (loss) | - | - | - | - | (218,308) |
| Debt issued for common stock | | | | (3,194) | |
| Options exercised | | 4,522 | 348,225 | | |
| Treasury stock retired | - | (1,665) | (396,826) | 398,491 | - |
| Balance, December 31, 2000 | $ 297,500 | $ 14,368 | $ 1,674,034 | $ - | $ (8,898,112) |

RJT - 002454

AIA000078

AIA SERVICES CORPORATION

Consolidated Statements of Cash Flows
For the Years Ended December 31, 1998 and 1997

|  | 2000 | 1999 |
|---|---|---|
| Cash flows from operating activities: | | |
| Net income (loss) | $    (218,308) | $    (798,799) |
| Adjustments to reconcile net income (loss) to net cash | | |
| (used in) provided by operating activities: | | |
| Permanent write down of investments | 2,500 | – |
| Depreciation and amortization | 77,979 | 69,311 |
| Equity in net income of affiliate | – | 8,659 |
| Write off of account receivable | – | 10,000 |
| Deferred income taxes | 24,000 | – |
| Changes in assets and liabilities: | | |
| Accounts receivable and agent advances | (476,150) | 361,087 |
| Prepaid expenses | 10,663 | 21,263 |
| Due from related companies, net | 220,692 | 289,705 |
| Related party receivable | 201,780 | – |
| Advanced commissions receivable | 419,995 | (789,116) |
| Advanced commissions payable | (124,417) | 2,165,799 |
| Accounts payable and accrued expenses | 263,177 | (471,576) |
| Income taxes payable | (23,000) | 23,000 |
| Unearned commissions | (3,000) | (136,000) |
| Net cash (used in) provided by operating activities | 375,911 | 753,333 |
| Cash flows from investing activities: | | |
| Capital expenditures | (11,417) | (30,102) |
| Investment in affiliate | (5,370) | (30,000) |
| Proceeds from sale of investment securities | – | 2,394 |
| Net cash provided by (used in) investing activities | (16,787) | (57,708) |
| Cash flows from financing activities: | | |
| Repayment of mortgages, notes payable, and noncompete covenant | (98,844) | (92,281) |
| Redemption of Series A preferred stock | (213,592) | (200,519) |
| Options exercised for common stock | 352,747 | – |
| Purchase of common stock | (3,194) | – |
| Repayment of obligation to former majority common stockholder | (487,409) | (325,687) |
| Net cash (used in) provided by financing activities | (450,292) | (618,487) |
| Net increase (decrease) in cash | (91,168) | 77,138 |
| Cash at beginning of period | 98,468 | 21,330 |
| Cash at end of period | $      7,300 | $      98,468 |

The accompanying notes are an integral part of these consolidated financial statements.

AIA000079