# AIA Services Corporation and Subsidiaries

## Consolidated Financial Statements
## Unaudited
### Years Ended December 31, 2001 and 2000

1

## EXHIBIT C

AIA000049

RJT - 036356

**Financial Statements:**

Consolidated Balance Sheets                                                    3-4
Consolidated Statements of Operations                                          5
Consolidated Statement of Changes in Stockholders' Deficit                     6
Consolidated Statements of Cash Flows                                          7-8
Summary of Accounting Policies                                                 9-12
Notes to Consolidated Financial Statements                                     13-25

**2**

AIA000050

# AIA Services Corporation and Subsidiaries

## Consolidated Balance Sheets

| December 31, | 2001 | 2000 |
|---|---:|---:|
| **Assets** | | |
| Cash and cash equivalents | $ 25,711 | $ 7,300 |
| Investment securities available-for-sale | 77,008 | 4,081 |
| Investment in affiliate (Note 1) | 0 | 422,690 |
| Accounts receivable | 108,570 | 363,379 |
| Agent advances, net of allowance of $234,935 and $215,060 | 239,956 | 422,589 |
| Related party receivable (Note 5) | 0 | 102,693 |
| Due from related companies | 272,609 | 154,322 |
| Prepaid expenses | 102,286 | 137,343 |
| Advanced commissions receivable (Note 9) | 221,473 | 369,121 |
| Covenant not to compete, net of amortization of $132,990 and $84,632 | 60,464 | 108,822 |
| Deferred income taxes (Note 4) | 1,483,000 | 1,476,000 |
| Real estate, net of accumulated depreciation of $135,191 and $129,966 (Note 3) | 123,918 | 129,143 |
| Property and equipment, net (Note 2) | 49,108 | 69,757 |
| **Total assets** | $ 2,764,103 | $ 3,767,240 |

3

AIA000051

RJT - 036358

# AIA Services Corporation
# and Subsidiaries

## Consolidated Balance Sheets

| December 31, | 2001 | 2000 |
|---|---:|---:|
| **Liabilities and Stockholders' Deficit** | | |
| **Liabilities:** | | |
| Accounts payable and accrued expenses | $ 880,906 | $ 954,294 |
| Due to related companies | 412,578 | 457,086 |
| Income taxes payable | 147,787 | - |
| Unearned commissions | 199,000 | 168,000 |
| Notes payable (Note 3) | 170,423 | 175,431 |
| Covenant not to compete payable (Note 5) | 40,802 | 77,169 |
| Advanced commissions payable (Note 9) | 1,371,560 | 2,041,382 |
| Obligation to former majority common stockholder (Note 5) | 6,344,553 | 6,033,082 |
| **Total liabilities** | 9,567,609 | 9,906,444 |
| Series A preferred stock - redeemable and putable, no par value, 200,000 shares authorized, 73,571 and 77,301 shares issued and outstanding (Note 6) | 735,713 | 773,006 |
| **Commitments and contingencies** (Notes 9, 10 and 11) | | |
| **Stockholders' deficit:** | | |
| Series C convertible preferred stock - $1 par value, 500,000 shares authorized, 297,500 shares issued and outstanding (Note 6) | 297,500 | 297,500 |
| Common stock - $0.01 par value, 11,000,000 authorized, 1,310,301 and 1,436,799 shares issued, 1,310,301 and 1,436,799 shares outstanding (Note 6) | 13,103 | 14,368 |
| Additional paid-in capital | 1,316,378 | 1,674,034 |
| Accumulated deficit | (9,166,200) | (8,898,112) |
| Treasury stock - at cost, 0 and 0 shares | - | - |
| **Total stockholders' deficit** | (7,539,219) | (6,912,210) |
| **Total liabilities and stockholders' deficit** | $ 2,764,103 | $ 3,767,240 |

*See accompanying summary of accounting policies and notes to consolidated financial statements.*

4

AIA000052

RJT - 036359

# AIA Services Corporation and Subsidiaries

## Consolidated Statement of Changes in Stockholders' Deficit

| Year ended December 31, | 2001 | 2000 |
|---|---|---|
| **Revenues:** | | |
| Commissions (Note 5) | $ 1,420,477 | $ 1,880,032 |
| Administrative fees | 3,019,582 | 3,079,067 |
| Investment income | 284,829 | 146,874 |
| Total revenues | 4,724,888 | 5,105,973 |
| **Operating expenses:** | | |
| General and administrative expenses | 2,882,349 | 3,082,514 |
| Commission expense | 1,067,083 | 1,237,301 |
| Change in estimated advanced commissions (Note 9) | - | - |
| Total operating expenses | 3,949,432 | 4,409,815 |
| Operating income (loss) | 775,456 | 696,158 |
| **Other income (expense):** | | |
| Interest expense | 893,468 | 903,164 |
| Equity in net loss (income) of affiliate (Note 1) | - | - |
| Total other expenses | 893,468 | 903,164 |
| Income (loss) from operations before income tax (expense) benefit | (118,012) | (207,006) |
| Income tax (expense) benefit (Note 4) | (120,672) | (11,302) |
| Net loss | $ (238,684) | $ (218,308) |
| Loss Per Share | (.18) | (.15) |
| Loss Fully Diluted | (.09) | (.09) |

*See accompanying summary of accounting policies and notes to consolidated financial statements.*

5

AIA000053

RJT - 036360

# AIA Services Corporation and Subsidiaries

## Consolidated Statement of Changes in Stockholders' Deficit

| | Series C Convertible Preferred Stock | Common Stock | Additional Paid-in Capital | Treasury Stock | Accumulated Deficit | Total Stockholders' Deficit |
|---|---|---|---|---|---|---|
| Balance, January 1, 2000 | $ 297,500 | $ 11,511 | $ 1,722,635 | $ (395,297) | $ (8,679,804) | $ (7,043,455) |
| Net loss | - | - | - | - | (218,308) | (218,308) |
| ebt issued for common stock | - | - | - | (3,194) | - | (3,194) |
| Options exercised | - | 4,522 | 348,225 | | | 352,747 |
| Treasury stock retired | - | (1,665) | (396,826) | 398,491 | - | 398,421 |
| Balance, December 31, 2000 | 297,500 | 14,368 | 1,674,034 | - | (8,898,112) | (6,912,210) |
| | | | | | | |
| Net loss | - | - | - | - | (238,684) | (238,684) |
| Debt issued for common stock | - | - | - | | - | - |
| Options exercised | - | | | | | - |
| Treasury stock retired | - | (331) | (52,193) | - | - | (52,521) |
| Pr Period Adj. for director fees | - | - | - | - | 26,800 | 26,800 |
| Change in Acct Principle | - | - | - | - | (10,846) | (10,846) |
| Pr Period Adj for Reed's note | - | - | - | - | (45,357) | (45,357) |
| Pr Period Adj for Option Exer | - | - | (233,517) | - | - | (233,517) |
| Pr Per Adj for Com Stock Iss. | | (934) | (71,945) | | | (72,879) |
| Balance, December 31, 2001 | $ 297,500 | $ 13,103 | $ 1,316,378 | $ - | $ (9,166,200) | $ (7,539,219) |

*See accompanying summary of accounting policies and notes to consolidated financial statements.*

6

AIA000054

# AIA Services Corporation and Subsidiaries

## Consolidated Statements of Cash Flows

### Increase (Decrease) in Cash and Cash Equivalents

| Year ended December 31, | 2001 | 2000 |
|---|---|---|
| **Cash flows from operating activities:** | | |
| Net loss | $ (238,684) | $ (218,308) |
| Adjustments to reconcile net loss to net cash provided by (used in) operating activities: | | |
| Permanent write down of investments | - | 2,500 |
| Depreciation and amortization | 74,231 | 77,979 |
| Equity in net income of affiliate | - | - |
| Write off of account receivable | - | - |
| Deferred income taxes | (7,000) | 24,000 |
| Provision for doubtful accounts | | - |
| Donation of land | | - |
| Discontinued operations | | - |
| Changes in assets and liabilities: | | |
| Accounts receivable and agent advances | 437,442 | (476,150) |
| Prepaid expenses | 35,057 | 10,663 |
| Due from, to related companies, net | (162,795) | 220,692 |
| Related party receivable | 102,693 | 201,780 |
| Advanced commissions receivable | 147,648 | 419,995 |
| Advanced commissions payable | (669,822) | (124,417) |
| Accounts payable and accrued expenses | (73,388) | 263,177 |
| Income taxes payable | 147,787 | (23,000) |
| Unearned commissions | 31,000 | (3,000) |
| Net cash provided by (used in) operating activities | (175,831) | 375,911 |
| **Cash flows from investing activities:** | | |
| Capital expenditures | - | (11,417) |
| Investment in affiliate | 349,763 | (5,370) |
| Proceeds from sale of investment securities | - | - |

*See accompanying summary of accounting policies and notes to consolidated financial statements.*

7

AIA000055

# AIA Services Corporation
# and Subsidiaries

## Consolidated Statements of Cash Flows

| | 2001 | 2000 |
|---|---:|---:|
| Net cash provided by (used in) investing activities | 349,763 | (16,787) |

### Increase (Decrease) in Cash and Cash Equivalents

| *Year ended December 31,* | 2001 | 2000 |
|---|---:|---:|
| **Cash flows from financing activities:** | | |
| Repayment of mortgages and notes payable | (41,375) | (98,844) |
| Redemption of Series A preferred stock | (37,293) | (213,592) |
| Options exercised for common stock | (285,711) | 352,747 |
| Purchase of common stock | (311) | (3,194) |
| Prior period Adjustment for Directors fees | 26,800 | - |
| Change in Accounting Principle for Common Stock Acct. | (10,846) | - |
| Prior period Adjustment for former majority shareholder | (45,357) | - |
| Prior period Adjustment for Common Stock Issued | (72,879) | - |
| Repayment of obligation to former majority common stockholder | 311,471 | (487,409) |
| Net cash used in financing activities | (155,521) | (450,292) |
| Net increase (decrease) in cash and cash equivalents | 18,411 | (91,168) |
| **Cash and cash equivalents,** beginning of year | 7,300 | 98,468 |
| **Cash and cash equivalents,** end of year | $ 25,711 | $ 7,300 |

*See accompanying summary of accounting policies and notes to consolidated financial statements.*

8

AIA000056

# AIA Services Corporation
## and Subsidiaries

### Consolidated Statements of Cash Flows

*See accompanying summary of accounting policies and notes to consolidated financial statements.*

9

AIA000057

# AIA Services Corporation and Subsidiaries

## Summary of Accounting Policies

**Business Activities**

AIA Services Corporation (the Company or Services) is an insurance holding company based in Lewiston, Idaho. The principal business of its subsidiary, AIA Insurance, Inc., is marketing insurance products and services to ranchers and farmers, many of whom are members of agricultural associations. The Company's current products include group health and life insurance, long-term care insurance, and crop insurance.

The Company has established relationships with state and regional associations including the National Association of Wheat Growers, American Soybean Association, and the National Contract Poultry Growers Association (Associations). These Associations were formed through the common interests of their members to promote specific segments of the agriculture industry. They are the primary recognized organizations representing the interests of the grain growers, soybean growers and poultry growers in the United States.

The Company sells group health insurance to these Associations and their members and provides administrative services for such insurance in accordance with the terms of marketing and administrative agreements between the Company and the underwriting insurance company. The Company also acts as the marketer and administrator for a multiple-association trust whose participants engage in farming, ranching or other agriculture related businesses. As part of the Company's administrative duties, the Company collects association dues through its regular customer billing procedure, thereby creating an important link between the Company and the Associations. In return, the Associations endorse the Company and certain of its products and services.

10

AIA000058

RJT - 036365

# AIA Services Corporation and Subsidiaries

## Summary of Accounting Policies

**Principles of Consolidation**

The consolidated financial statements include the accounts of the Company and its wholly-owned subsidiaries: AIA, AIA MidAmerica, Inc., AIA Pacific Marketing Corporation and AIA Bancard Services Corporation.   All material intercompany transactions have been eliminated in consolidation.

**Investments**

The Company accounts for investments in which it owns or controls greater than 20% but less than 50% of the voting stock in accordance with Accounting Principles Board Opinion (APB) No. 18, "The Equity Method of Accounting for Investments in Common Stock." Under the equity method, investments are recorded at cost and the carrying amount of the investment adjusts to recognize the investor's share of the earnings or losses of the investee and changes in investor's capital position in the investee after the date of acquisition.

The Company accounts for investments in which it owns or controls less than 20% of the voting stock, according to the provisions of Statement of Financial Accounting Standards (SFAS) No. 115, "Accounting for Certain Investments in Debt and Equity Securities." SFAS No. 115 requires that investments in all debt securities and those equity securities with readily determinable market values be classified into one of three categories: held-to-maturity, trading, or available-for-sale.   Classification of investments is based upon management's current intent.

**Property and Equipment**

Property and equipment are carried at cost less accumulated depreciation. Where applicable, cost includes interest and real estate taxes incurred during construction and other construction related costs. Depreciation is computed principally by the straight-line method using lives of 31 to 40 years for buildings and five to seven years for equipment.

**Commission Income**  Commission income is recognized ratably over the policy period.

11

AIA000059

RJT - 036366

# AIA Services Corporation and Subsidiaries

## Summary of Accounting Policies

**Administrative Fees** AIA is a third-party administrator for Trustmark and various Association trusts providing administrative and data processing services. All administrative fees result from such arrangements and are recorded as income upon receipt, which approximates the time period over which the fees are earned. The administrative fees are calculated on a per policy basis, on a percentage of certain future policy benefits, and also as specific administrative functions are performed.

**Income Taxes** The Company accounts for income taxes according to the provisions of SFAS No. 109 "Accounting for Income Taxes." Under the asset and liability method of SFAS No. 109, deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. Under SFAS No. 109, the effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date.

**Stock Options** The Company accounts for stock options issued to employees under the provisions of APB No. 25, "Accounting for Stock Issued to Employees." Under APB No. 25, because the exercise price of the Company's employee stock options approximates the fair value of the underlying stock at the date of grant, no compensation cost is recognized. SFAS No. 123 "Accounting for Stock-Based Compensation," requires the Company to provide pro forma information regarding net income (loss) as if compensation cost for the Company's stock option plans had been determined in accordance with the fair value method prescribed in SFAS No. 123.

AIA000060

RJT - 036367

# AIA Services Corporation
# and Subsidiaries

## Summary of Accounting Policies

**Cash and Cash Equivalents**

Cash and cash equivalents are comprised of cash and funds temporarily invested (with original maturities not exceeding three months) as part of the Company's management of day-to-day operating cash receipts and disbursements.

**Reclassifications**

Certain amounts in the prior year's financial statements have been reclassified to conform to the current year's presentation.

**Management Estimates**

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amount of revenues and expenses during the reporting period. Actual results could differ from those estimates.

13

AIA000061

RJT - 036368

# AIA Services Corporation
# and Subsidiaries

## Notes to Consolidated Financial Statements

1. **Investment in Affiliate**

   At January 1, 2000, the Company owned 15.3% of the common voting stock of Pacific Empire Radio Corporation (Pacific). The Company accounted for this investment under the equity method as available-for-sale securities. During 2000, the Company's direct ownership decreased to 13.3%, and the Company accounted for its investment in Pacific under the cost method. In 2001, the Company's ownership decreased to 2.9%, in which the Company accounted for its interest under the cost method.

2. **Property and Equipment**

   Property and equipment consist of the following:

   | December 31, | 2001 | 2000 |
   |---|---|---|
   | Furniture and equipment | $ 678,022 | $ 678,022 |
   | Leasehold improvements | 112,075 | 112,075 |
   | | 790,097 | 790,097 |
   | Less accumulated depreciation | 740,989 | 720,340 |
   | | $ 49,108 | $ 69,757 |

14

AIA000062

RJT - 036369

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

**3.  Notes Payable**

Notes payable consist of the following:

| December 31, | 2001 | 2000 |
|---|---|---|
| Notes payable to former employees, due in annual principal and interest payments of $49,463, stated interest rate of 7.75%, due in 2004. | $ 129,167 | $ 130,871 |
| Note payable to a bank, due in monthly principal and interest payments of $1,100 with the balance due February 2005, interest rate at 10%, secured by real estate. | 41,256 | 44,560 |
| Long-term debt | $ 170,423 | $ 175,431 |

Schedule of maturities of notes payable as of December 31, 2000 are as follows:

| Year ending December 31, | Amount |
|---|---|
| 2002 | 88,867 |
| 2003 | 63,222 |
| 2004 | 9,057 |
| 2005 | 9,021 |
| | $ 170,423 |

15

AIA000063

RJT - 036370

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

**4.  Income Taxes**

Income tax benefit (expense) from continuing operations consists of the following:

| Year ended December 31, | | 2001 | | 2000 |
|---|---|---|---|---|
| Current | $ | (120,672) | $ | (35,302) |
| Deferred | | 0 | | 24,000 |
| Income tax benefit (expense) | $ | (120,672) | $ | (11,302) |

Deferred income taxes reflect the impact of "temporary differences" between amounts of assets and liabilities for financial reporting purposes and such amounts as measured by tax laws.

The significant components of the Company's net deferred tax assets and liabilities are summarized as follows:

| December 31, | 2001 | 2000 |
|---|---|---|
| Deferred tax assets: | | |
| Net operating loss carryforwards | $ 3,590,000 | $ 3,590,000 |
| Advanced commission | 369,000 | 369,000 |
| Licenses | 250,000 | 250,000 |
| Allowance for doubtful accounts | 74,000 | 74,000 |
| Accrued wages | 139,000 | 139,000 |
| AMT credit carryforwards | 230,000 | 230,000 |
| Deferred acquisition costs | 50,000 | 50,000 |
| Other | 30,000 | 30,000 |
| Total deferred tax assets | 4,732,000 | 4,732,000 |
| Deferred tax liabilities: | | |
| Tax over book depreciation and amortization | (15,000) | (15,000) |
| Total deferred tax liabilities | (15,000) | (15,000) |
| Valuation allowance | (3,234,000) | (3,241,000) |
| Net deferred tax asset | $ 1,483,000 | $ 1,476,000 |

**16**

AIA000064

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

The Company's effective tax rate on income from continuing operations differs from the expected corporate statutory federal income tax rate primarily as a result of the change in valuation allowance.

At December 31, 2001, the Company has approximately $11 million in net operating loss carryforwards available to offset future taxable income which expire through 2011. Approximately $10.6 million of these net operating loss carryforwards relate to the Company's discontinued life insurance operations. The Company has established a valuation allowance against its deferred tax asset to the extent the Company believes it is more likely than not that the deferred tax assets will not be realized. Management believes that it is more likely than not that the Company will be able to generate future taxable income and utilize NOL's up to a $1.5 million benefit.

The Company's ability to use its net operating loss carryforwards to offset future taxable income is subject to annual restrictions contained in the United States Internal Revenue Code of 1986, as amended (the Code). These restrictions act to limit the Company's future use of its net operating losses following certain substantial stock ownership changes as enumerated in the Code. There was such a change in ownership during 1995 and there are substantial annual restrictions limiting the Company's future use of its net operating loss carryforwards.

17

AIA000065

RJT - 036372

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

5.  **Related Party Transactions**

The Company had transactions with stockholders as follows:

| December 31, | 2001 | 2000 |
|---|---:|---:|
| Related party receivable, beginning of year | $ 102,693 | $ 304,473 |
| Transfer to payable to former majority common shareholder | (102,693) | (304,473) |
| Expenses paid on behalf of former majority common shareholder | - | 102,693 |
| Receivable forgiven for investment in affiliate | - | - |
| Related party receivable, end of year | $ 0 | $ 102,693 |

In July 1995, the Company acquired all the outstanding shares (613,494 shares) of its former majority stockholder in exchange for $8.3 million. Had this not been a related party transaction per APB No. 16, the Company could have accounted for this acquisition as an intangible asset on it's books.

Of this, $7.5 million was debt as described in the paragraph below. The remaining amount consists of the forgiveness of debt of $570,000 and the transfer of airplanes with a book value of $200,000.

A down payment of $1.5 million originally due on October 22, 1995 was renegotiated in July 1996 to be due October 31, 1996. Interest on this down payment note (as renegotiated in July 1996) is 9.5% (14% while in default) and principal and interest payments of $33,750 per month are due beginning August 1, 1996. The balance of the down payment note at December 31, 2000 and 1999 was $33,083 and $520,491. The remaining $6 million is payable in the form of a note with interest at 8.25%, monthly payments of interest only, principal due and payable August 1, 2005 unless the Series A preferred stock has been fully redeemed (Note 7). These notes are

18

AIA000066

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

secured by the Company's stock and commission income.

During 1999, the Company entered into a covenant not to compete with a former employee. The agreement has a term of forty-eight months and requires the Company to pay a total of forty-eight monthly payment with the first twenty-four monthly payments of $6,000 beginning April 30, 1999 and second twenty-four monthly payments of $3,000 beginning April 30, 2001. In addition the Company granted the former employee 132,310 fully vested common stock options with an exercise price of $2.00, and a term of 5 years. The employee agreed to not compete for the term of the agreement and gave up 69,211 common stock options previous issued to him with an exercise price ranging between $1.22 and $3.42. The present value of the future minimum payments using the company's estimated incremental borrowing rate 15% has been capitalized as a liability. In addition the present value or the future minimum payment plus the fair value of the options issued less the fair value of the options given up were record as an intangible asset and is being amortized over the term of the agreement.

The schedule of maturities of the covenant not to compete payable as of December 31, 2001 is as follows:

| Year ending December 31, | Amount |
|---|---|
| 2002 | 32,476 |
| 2003 | 8,780 |
| | $  41,256 |

19

AIA000067

RJT - 036374

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

**6.  Preferred and Common Stock**

Series A Preferred Stock

The Company had 73,571 and 77,301 outstanding shares of no par, nonparticipating Series A preferred stock at December 31, 2001 and 2000.

Pursuant to the preferred stock agreement, the holder of the Series A preferred stock has the right to require the Company to redeem the stock at any time after September 14, 1993. The right was exercised by giving the Company written notice of demand for redemption effective December 2, 1993.

The Company began redeeming the Series A preferred shares at $10 per share over a fifteen year period with interest at 1-1/2% below the First Interstate Bank of Idaho, N.A. prime rate, adjusted quarterly. In 1995, the Company agreed to restructure the redemption over a ten year period with interest at 1/4% above the First Interstate Bank of Idaho, N.A. prime rate, adjusted quarterly. The Company redeemed 270 shares in 2001 and 21,359 shares in 2000. On July 1, 1996, the Company further restructured the Series A shareholder agreement such that in addition to the regular ten-year amortization agreed to in 1995, a payment of $100,000 will be made at the end of each six-month period commencing upon the full payment of the down payment note to the Company's former majority stockholder (see Note 5). Also, no principal payment shall be made on the $6 million note payable to the Company's former majority stockholder (see Note 5) until the Series A preferred stock has been fully redeemed.

20

AIA000068

# AIA Services Corporation
## and Subsidiaries

## Notes to Consolidated Financial Statements

Scheduled redemption of the Series A preferred stock is as follows:

| Year ending December 31, | Amount |
|---|---|
| 2002 | 256,860 |
| 2003 | 478,853 |
| | $ 735,713 |

If the Company dissolves, the Series A preferred stock has liquidating preference over common and Series C stockholders in amounts equal to its redemption value. The holder of the Series A preferred stock has the right, voting separately as a class, to elect one member to the Board of Directors.

Series C Preferred Stock

During 1995, the Company initiated a private placement of preferred stock in which 150,000 shares of the 500,000 shares authorized of the Series C 10% convertible preferred stock and attendant Series C warrants were sold for $1.5 million in August of 1995. An additional 50,000 shares with proceeds of approximately $500,000 were placed by December 31, 1995. During 1996, 86,500 shares with proceeds of $865,000 were placed. During 1997, 11,000 shares with proceeds of $110,000 were placed. At December 31, 2001 and 2000, 297,500 shares were outstanding. Each Series C warrant issued to the preferred stock investors is exercisable upon the earlier of two years or the completion of a stock offering which raises a minimum of $5 million and entitles the investors to acquire .0000307% of the Company's common stock on a fully diluted basis at a price below market value. The terms of the Series C preferred shares are as follows:

The holders shall have no right to receive notice of or to vote on any matter at any regular or special meeting of stockholders of the corporation.

**21**

AIA000069

# AIA Services Corporation
# and Subsidiaries

## Notes to Consolidated Financial Statements

The holders shall be entitled to receive, when and as declared by the Company's Board of Directors, cumulative cash dividends at the per annum rate of 10% of the liquidation rate. The liquidation rate is $10 per share and the dividends are payable, annually in preference to any dividends upon the Company's common stock, but only if redemption payments to the Series A stockholder are current. Cumulative undeclared dividends are $499,798 and $499,798 as of December 31, 2001 and 2000.

Upon dissolution, liquidation, or winding-up affairs of the Company, the Series C convertible preferred stockholders receive preference before any payment is made to the holders of common stock. The liquidation value per share is $10 plus any declared and unpaid dividends.

Preferred stock is subject to certain mandatory redemption features and the Company has the right to redeem the preferred shares at any time. The redemption value at December 31, 2001 and 2000 totaled approximately $3.0 million.

Each holder of Series C preferred stock shall have the right, exercisable beginning at the earlier of the date of receipt of notice of mandatory redemption of the Series C preferred stock or two years after the first Issuance of the stock and ending on the closing date of an equity offering, to convert each share of preferred stock into that number of shares of common stock which equals .0000693% of the common stock on a fully diluted basis at the effective date of exercise.

During 2000 all warrants were exercised at prices of .01 or .78 in which 358,805 common shares were issued. During 2001, Crop USA acquired 205,000 shares of the Preferred C stock, which is all of the Company's preferred C shares except for the 92,500 of Preferred C shares held by the 401K plan.

22

AIA000070

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

Common Stock

See Note 5 for discussion regarding purchase of common stock from former majority stockholder.

Employee Benefits Plans

The Company may grant options to purchase shares of common stock to key employees of the Company under a stock option plan. The exercise price shall be no less than the fair market value of the shares on the grant date. The options vest immediately upon issuance and generally expire within five years.

The following table summarizes stock option activity:

|  | Number of Shares | Exercise Price Per Share |
|---|---|---|
| Outstanding at January 1, 2000 | 722,350 | $0.01-$3.42 |
| Granted | 0 | $2.00 |
| Expired or canceled | 0 | $1.22-$3.41 |
| Exercised | - | - |
| Outstanding at December 31, 2001 | 722,350 | $0.01-$3.42 |
| Granted | 0 | |
| Exercised or canceled | (31,776) | |
| Outstanding at December 31, 2001 | 690,574 | $0.01-$3.42 |

23

AIA000071

RJT - 036378

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

The following table summarizes information about fixed-price stock options outstanding and exercisable at December 31, 2001:

| Range of Exercise Prices | Options Outstanding | | | | Options Exercisable | |
| --- | --- | --- | --- | --- | --- | --- |
| | Number of Shares | Weighted-Average Remaining Contractual Life | Weighted-Average Exercise Price | | Number of Shares | Weighted-Average Exercise Price |
| $0.01 | 475,000 | 3.00 | $0.01 | | 475,000 | $0.01 |
| $2.00 | 132,310 | 2.25 | $2.00 | | 132,310 | $2.00 |
| $3.42 | 83,264 | .50 | $3.42 | | 83,264 | $3.42 |
| $0.01-$3.42 | 690,574 | 2.55 | $0.84 | | 690,574 | $0.81 |

The Company maintains a profit sharing retirement plan with an IRS Code Section 401(k) feature covering substantially all employees who have completed one year of service. Employee elective deferral contributions are 100% vested and Company contributions are fully vested after seven years of participation. The Company's contributions to the plan were $0 in both 2001 and 2000.

The Company has an employee stock ownership plan covering employees who have completed one year of service. Employees are fully vested after five years of participation. There were no contributions to the plan in 2000 or 1999. Non-vested participants' amounts are forfeited upon departure from the Company and reallocated to remaining participants.

24

AIA000072

# AIA Services Corporation and Subsidiaries

## Notes to Consolidated Financial Statements

7.  **Operating Leases**    The Company leases data processing equipment, office equipment and office space as lessee under lease agreements which are accounted for as operating leases. The data processing and office equipment leases expire over the next two years. The office facility lease expires in eight years. In most cases, management expects the leases to be renewed or replaced by other leases upon expiration of current lease terms.

Minimum lease payments required under operating leases that have initial or remaining noncancelable lease terms in excess of one year as of December 31, 2001 are as follows:

| Year ending December 31, | Amount |
|---|---|
| 2002 | 303,264 |
| 2003 | 283,606 |
| 2004 | 304,300 |
| 2005 | 304,300 |
| Thereafter | 912,900 |
| | $ 2,108,370 |

Total rent expense for all operating leases was $227,114 in 2001 and $413,328 in 2000.

8.  **Contingencies**    Various other lawsuits against the Company have arisen in the ordinary course of business. Management believes that contingent liabilities that may arise from these lawsuits will not be material in relation to the financial position or results of operations of the Company.

25

AIA000073

# AIA Services Corporation
# and Subsidiaries

## Notes to Consolidated Financial Statements

| | |
|---|---|
| 9. **Advanced Commissions** | During December 1997, AIA entered into a Profit Sharing Agreement with Trustmark Insurance Company ("Trustmark"). The agreement requires Trustmark to pay AIA an advance commission based on estimated profits. Under the agreement the actual commissions for the period from December 1, 1997 to December 31, 1999 would be calculated on December 31, 1999 and compared to advance commissions paid with any differences immediately due and payable. On December 31, 1999 it was determined that Trustmark advanced AIA $2.9 million in excess of actual commissions earned. As of December 31, 2001 and 2000, AIA has recorded payables for $1,371,560 and $2,041,382, respectively, which are the present value of the remaining excess commissions using the agreed upon repayment schedule and an estimated incremental borrowing rate of 15%. In addition, as of December 31, 2001 and 2000, AIA has recorded receivables for $221,473 and $369,121, which represent the net realizable value of advance commissions paid to agents from the $2.9 million excess commissions collected by AIA. Future commissions earned by agents will be offset against these advanced commissions. The transaction has been treated as a change in accounting estimate with the net change in estimate of advanced commissions of $1,376,683 reported as an expense in 1999. |

The schedule of maturities of advanced commissions payable as of December 31, 2001 is as follows:

| Year ending December 31, | Amount |
|---|---|
| 2002 | 872,645 |
| 2003 | 498,915 |
| | $ 1,371,560 |

AIA000074

RJT - 036381