# AIA SERVICES CORPORATION
# AND SUBSIDIARIES

## Consolidated Financial Statements

## December 31, 2003



**EXHIBIT D**

AIA000016

| Assets: | | December 31, 2003 | | December 31, 2002 |
|---|---|---:|---|---:|
| Cash and cash equivalents | $ | 131,667 | $ | 66,003 |
| Investment securities available-for-sale | | 13,012 | | 16,127 |
| Accounts receivable | | 57,499 | | 46,751 |
| Agent advances | | 121,545 | | 269,719 |
| Related party receivable | | - | | - |
| Due from related companies | | 244,032 | | 152,841 |
| Prepaid expenses | | 95,389 | | 81,129 |
| Advanced commissions receivable | | - | | 73,825 |
| Covenant not to compete, net of amortization | | - | | 12,104 |
| Deferred income taxes | | 1,074,264 | | 1,420,000 |
| Net real estate | | 113,616 | | 118,729 |
| Net property and equipment | | 31,231 | | 44,502 |
| **Total assets** | $ | 1,882,255 | $ | 2,301,730 |
| | | | | |
| **Liabilities:** | | | | |
| Accounts payable and accrued expenses | $ | 759,552 | $ | 840,172 |
| Due to related companies | | 195,416 | | 578,565 |
| Income taxes payable | | 96,896 | | 131,678 |
| Unearned commissions | | 139,000 | | 161,000 |
| Notes payable | | 69,567 | | 134,561 |
| Covenant not to compete payable | | - | | 8,780 |
| Advanced commissions payable | | - | | 498,914 |
| **Total liabilities** | $ | 1,260,431 | $ | 2,353,670 |
| | | | | |
| **Obligation to former Shareholder:** | $ | 7,067,421 | $ | 6,723,039 |
| | | | | |
| **Series A preferred stock:** | $ | 735,713 | $ | 735,713 |
| | | | | |
| **Stockholders' deficit:** | | | | |
| Series C convertible preferred stock | $ | 297,500 | $ | 297,500 |
| Common stock | | 12,907 | | 13,103 |
| Additional paid-in capital | | 1,303,834 | | 1,309,211 |
| Accumulated deficit | | (8,795,549) | | (9,130,504) |
| Treasury stock - at cost | | - | | - |
| **Total stockholders' deficit** | $ | (7,181,308) | $ | (7,510,690) |
| | | | | |
| **Total liabilities and stockholders' equity** | $ | 1,882,255 | $ | 2,301,730 |

AIA000017

RJT - 036383

AIA SERVICES CORPORATION AND SUBSIDIARIES

## Consolidated Statements of Operations
### For the Years Ended December 31, 2003 and December 31, 2002

|  | December 31, 2003 | December 31, 2002 |
|---|---|---|
| **Revenues:** |  |  |
| Commissions | $ 942,356 | $ 1,184,332 |
| Administrative fees | 1,782,886 | 2,232,769 |
| Investment income | 978,933 | 177,941 |
| Total revenues | $ 3,704,175 | $ 3,595,042 |
|  |  |  |
| **Expenses:** |  |  |
| General and administrative expense | $ 1,782,252 | $ 2,071,513 |
| Commission expense | 652,394 | 653,954 |
| Change in estimated advanced commissions | - | - |
| Total operating expenses | $ 2,434,646 | $ 2,725,467 |
|  |  |  |
| **Operating income:** | $ 1,269,529 | $ 869,575 |
|  |  |  |
| **Other income (expense):** |  |  |
| Interest expense | $ 581,619 | $ 705,832 |
| Equity in net loss (income) of affiliate | - | - |
| Total other expense | $ 581,619 | $ 705,832 |
|  |  |  |
| **Income (loss) from continuing operations before income tax (expense) benefits:** | $ 687,910 | $ 163,743 |
|  |  |  |
| **Income tax (expense) benefit:** | $ (349,839) | $ (67,168) |
|  |  |  |
| **Net income (loss)** | $ 338,071 | $ 96,575 |

AIA000018

# AIA SERVICES CORPORATION AND SUBSIDIARIES

### Consolidated Statements of Stockholders' Equity (Deficit)
### For the Years Ended December 31, 2003 and December 31, 2002

| | Series C Convertible Preferred Stock | Common Stock | Additional Paid-in Capital | Treasury Stock | Retained Earnings (Deficit) |
|---|---|---|---|---|---|
| Balance, December 31, 2001 | $ 297,500 | $ 13,103 | $ 1,316,378 | $ - | $ (9,166,20 |
| Net income (loss) | | | | | |
| Treasury stock retired | | | | | 96,575 |
| Unrealized Gain (Loss) on Investments | | | (7,167) | | |
| | | | | | (60,88 |
| Balance, December 31, 2002 | $ 297,500 | $ 13,103 | $ 1,309,211 | $ - | $ (9,130,504 |
| Net income (loss) | | | | | |
| Treasury stock retired | | | | | 338,071 |
| Unrealized Gain (Loss) on Investments | | (196) | (5,377) | | |
| | | | | | (3,115 |
| Balance, December 31, 2003 | $ 297,500 | $ 12,907 | $ 1,303,834 | $ - | $ (8,795,549 |

AIA000019

**Statement of Cash Flows**
**For the Years Ended December 31, 2003 and December 31, 2002**

| | December 31, 2003 | December 31, 2002 |
|---|---|---|
| Cash flows from operating activities: | | |
| Net income (loss) | $ 338,071 | $ 96,575 |
| Adjustments to reconcile net income (loss) to net cash | | |
| (used in) provided by operating activities: | | |
| Permanent write down of investments | - | - |
| Depreciation and amortization | 31,456 | 72,240 |
| Equity in net income of affiliate | - | |
| Write off of account receivable | - | - |
| Deferred income taxes | 345,736 | 63,000 |
| Changes in assets and liabilities: | | |
| Accounts receivable and agent advances | 137,426 | 32,056 |
| Prepaid expenses | (14,260) | 21,157 |
| Due from related companies, net | (474,340) | 285,755 |
| Related party receivable | - | - |
| Advanced commissions receivable | 73,825 | 147,648 |
| Advanced commissions payable | (498,914) | (872,646) |
| Accounts payable and accrued expenses | (80,620) | (40,734) |
| Income taxes payable | (34,782) | (16,109) |
| Unearned commissions | (22,000) | (38,000) |
| Net cash (used in) provided by operating activities | (198,401) | (249,058) |
| | | |
| Cash flows from investing activities: | | |
| Capital expenditures | (969) | (14,086) |
| Investment in affiliate | - | - |
| Proceeds from sale of investment securities | - | - |
| Net cash provided by (used in) investing activities | (969) | (14,086) |
| | | |
| Cash flows from financing activities: | | |
| Repayment of mortgages, notes payable, and noncompete covenant | (73,774) | (67,884) |
| Repayment of obligation to former majority common stockholder | 344,382 | 378,486 |
| Redemption of Series A preferred stock | - | - |
| Options exercised for common stock | (5,377) | (7,167) |
| Prior Period Adj. for directors fees accrued | - | - |
| Change in acct. princ.(cost acct for common stock) | - | - |
| Prior Period Adj. for Reed Taylor's note | - | - |
| Prior Period Adj. for Common Stock Issued | - | - |
| Purchase of common stock | (196) | - |
| Net cash (used in) provided by financing activities | 265,035 | 303,435 |
| | | |
| Net increase (decrease) in cash | 65,665 | 40,292 |
| | | |
| Cash at beginning of period | 66,003 | 25,711 |
| | | |
| Cash at end of period | $ 131,668 | $ 66,003 |

AIA000020

RJT - 036386