# AIA SERVICES CORPORATION AND SUBSIDIARIES

## Consolidated Financial Statements

### December 31, 2004

**EXHIBIT E**



EXHIBIT AS

AIA000011

RJT - 002609

## AIA SERVICES CORPORATION AND SUBSIDIARIES

**Consolidated Balance Sheets**
December 31, 2004 and December 31, 2003

| Assets: | December 31, 2004 | December 31, 2003 |
|---|---|---|
| Cash and cash equivalents | $ 112,999 | $ 131,667 |
| Investment securities available-for-sale | 1,665 | 13,012 |
| Accounts receivable | 50,208 | 57,499 |
| Agent advances | 105,641 | 121,545 |
| Related party receivable | 17,487 | - |
| Due from related companies | 273,576 | 244,032 |
| Prepaid expenses | 82,964 | 95,389 |
| Deferred income taxes | 428,430 | 1,074,264 |
| Vehicles | 45,487 | |
| Net real estate | 108,525 | 113,616 |
| Net property and equipment | 24,772 | 31,231 |
| **Total assets** | **$ 1,251,754** | **$ 1,882,255** |
| **Liabilities:** | | |
| Accounts payable and accrued expenses | $ 622,268 | $ 759,552 |
| Due to related companies | 426,049 | 195,416 |
| Income taxes payable | 54,328 | 96,896 |
| Unearned commissions | 103,000 | 139,000 |
| Notes payable | 50,475 | 69,567 |
| Covenant not to compete payable | - | - |
| Advanced commissions payable | - | - |
| **Total liabilities** | **$ 1,256,120** | **$ 1,260,431** |
| **Obligation to former Stockholder:** | **$ 7,347,072** | **$ 7,067,421** |
| **Series A preferred stock:** | **$ 689,846** | **$ 735,713** |
| **Stockholders' deficit:** | | |
| Series C convertible preferred stock | $ 92,500 | $ 297,500 |
| Common stock | 12,771 | 12,907 |
| Additional paid-in capital | (6,865) | 1,303,834 |
| Accumulated deficit | (8,139,691) | (8,795,549) |
| Treasury stock - at cost | - | - |
| **Total stockholders' deficit** | **$ (8,041,285)** | **$ (7,181,308)** |
| **Total liabilities and stockholders' equity** | **$ 1,251,754** | **$ 1,882,255** |

AIA000012

## AIA SERVICES CORPORATION AND SUBSIDIARIES

### Consolidated Statements of Operations
For the Year Ended December 31, 2004 and December 31, 2003

| | December 31, 2004 | December 31, 2003 |
|---|---|---|
| **Revenues:** | | |
| Commissions | $ 734,632 | $ 942,356 |
| Administrative fees | 1,478,957 | 1,782,886 |
| Investment income | 1,643,267 | 978,933 |
| Total revenues | $ 3,856,856 | $ 3,704,175 |
| | | |
| **Expenses:** | | |
| General and administrative expense | $ 1,670,594 | $ 1,782,252 |
| Commission expense | 365,248 | 652,394 |
| Change in estimated advanced commissions | - | - |
| Total operating expenses | $ 2,035,842 | $ 2,434,646 |
| | | |
| **Operating income:** | $ 1,821,014 | $ 1,269,529 |
| | | |
| **Other income (expense):** | | |
| Interest expense | $ 553,860 | $ 581,619 |
| Equity in net loss (income) of affiliate | - | - |
| Total other expense | $ 553,860 | $ 581,619 |
| | | |
| **Income (loss) from continuing operations before income tax (expense) benefits:** | $ 1,267,154 | $ 687,910 |
| | | |
| **Income tax (expense) benefit:** | $ 673,109 | $ (349,839) |
| | | |
| **Net income (loss):** | $ 594,045 | $ 338,071 |

AIA000013

# AIA SERVICES CORPORATION AND SUBSIDIARIES

### Consolidated Statements of Stockholders' Equity (Deficit)
### For the Year Ended December 31, 2004 and the Year Ended December 31, 2003

| | Series C Convertible Preferred Stock | Common Stock | Additional Paid-in Capital | Treasury Stock | Retained Earnings (Deficit) |
|---|---|---|---|---|---|
| Balance, December 31, 2002 | $ 297,500 | $ 13,103 | $ 1,309,211 | $ - | $ (9,130,504) |
| Net income (loss) | | | | | 338,071 |
| Treasury stock retired | | (196) | (5,377) | | |
| Unrealized Gain (Loss) on Investments | | | | | (3,115) |
| Balance, December 31, 2003 | $ 297,500 | $ 12,907 | $ 1,303,834 | $ - | $ (8,795,549) |
| BDO 2004 Audit Adjustments | | | | | 762,536 |
| Net income (loss) | | | | | (168,258) |
| Treasury stock retired | | (136) | (7,078) | | |
| Unrealized Gain (Loss) on Investments | | | 2,072 | | 61,580 |
| Intercompany Stock Transactions | (205,000) | | (1,305,693) | | |
| Balance, December 31, 2004 | $ 92,500 | $ 12,771 | $ (6,865) | $ - | $ (8,139,691) |

RJT - 002612

AIA000014

**Statement of Cash Flows**
**For the Year Ended December 31, 2004 and December 31, 2003**

|  | December 31, 2004 | December 31, 2003 |
|---|---:|---:|
| **Cash flows from operating activities:** |  |  |
| Net income (loss) | $ 762,536 | $ 338,071 |
| Adjustments to reconcile net income (loss) to net cash |  |  |
| (used in) provided by operating activities: |  |  |
| Permanent write down of investments | - | - |
| Depreciation and amortization | 25,872 | 31,456 |
| Equity in net income of affiliate | - | - |
| Write off of account receivable | - | - |
| Deferred income taxes | 645,834 | 345,736 |
| Changes in assets and liabilities: |  |  |
| Accounts receivable and agent advances | 27,052 | 137,426 |
| Prepaid expenses | 12,425 | (14,260) |
| Due from related companies, net | 220,984 | (474,340) |
| Related party receivable | - | - |
| Advanced commissions receivable | - | 73,825 |
| Advanced commissions payable | - | (498,914) |
| Accounts payable and accrued expenses | (333,782) | (80,620) |
| Income taxes payable | (42,568) | (34,782) |
| Unearned commissions | (36,000) | (22,000) |
|  |  |  |
| Net cash (used in) provided by operating activities | 1,282,353 | (198,401) |
|  |  |  |
| **Cash flows from investing activities:** |  |  |
| Capital expenditures | (72,808) | (969) |
| Proceeds from sale of investment securities | 72,927 | - |
|  |  |  |
| Net cash provided by (used in) investing activities | 119 | (969) |
|  |  |  |
| **Cash flows from financing activities:** |  |  |
| Repayment of mortgages, notes payable, and noncompete covenant | (19,092) | (73,774) |
| Repayment of obligation to former majority common stockholder | 279,651 |  |
| Change in Series A preferred stock | (45,867) | 344,382 |
| Options exercised for common stock | (1,515,699) | (5,377) |
| Prior Period Adj. for directors fees accrued | - | - |
| Change in acct. princ.(cost acct for common stock) | - | - |
| Prior Period Adj. for Reed Taylor's note | - | - |
| Prior Period Adj. for Common Stock Issued | - | - |
| Purchase of common stock | (136) | (196) |
|  |  |  |
| Net cash (used in) provided by financing activities | (1,301,143) | 265,035 |
|  |  |  |
| Net increase (decrease) in cash | (18,671) | 65,665 |
|  |  |  |
| Cash at beginning of period | 131,668 | 66,003 |
|  |  |  |
| Cash at end of period | $ 112,999 | $ 131,668 |

AIA000015