# AIA SERVICES CORPORATION AND SUBSIDIARIES

## Consolidated Financial Statements

### December 31, 2005

**EXHIBIT A**

RJT - 036387

AIA000006

# AIA SERVICES CORPORATION AND SUBSIDIARIES

## Consolidated Balance Sheet
### December 31, 2005 and December 31, 2004

| Assets | | December, 31 2005 | | December, 31 2004 |
|---|---|---|---|---|
| Cash and cash equivalents | $ | 101,576 | $ | 112,999 |
| Investment securities available-for-sale | | 765 | | 1,665 |
| Accounts receivable | | 163,348 | | 50,208 |
| Agent advances | | 89,866 | | 105,641 |
| Related party receivable | | 164,622 | | 17,487 |
| Due from related companies | | 27,310 | | 273,576 |
| Prepaid expenses | | 65,332 | | 82,964 |
| Deferred income taxes | | 395,430 | | 428,430 |
| Vehicles | | 36,871 | | 45,487 |
| Net real estate | | 104,399 | | 108,525 |
| Net property and equipment | | 17,206 | | 24,772 |
| **Total assets** | $ | 1,166,725 | $ | 1,251,754 |
| | | | | |
| **Liabilities:** | | | | |
| Accounts payable and accrued expenses | $ | 438,286 | $ | 622,268 |
| Due to related companies | | 422,686 | | 426,049 |
| Income taxes payable | | 92,590 | | 54,328 |
| Unearned commissions | | 93,000 | | 103,000 |
| Notes payable | | 33,793 | | 50,475 |
| **Total liabilities** | $ | 1,080,355 | $ | 1,256,120 |
| | | | | |
| **Obligation to former Stockholder:** | $ | 7,669,572 | $ | 7,347,070 |
| | | | | |
| **Series A preferred stock:** | $ | 604,955 | $ | 689,846 |
| | | | | |
| **Stockholders' deficit:** | | | | |
| Series C convertible preferred stock | $ | 92,500 | $ | 92,500 |
| Common stock | | 17,521 | | 12,771 |
| Additional paid-in capital | | (6,865) | | (6,865) |
| Accumulated deficit | | (8,291,313) | | (8,139,691) |
| Treasury stock - at cost | | - | | - |
| **Total stockholders' deficit** | $ | (8,188,157) | $ | (8,041,285) |
| | | | | |
| **Total liabilities and stockholders' equity** | $ | 1,166,725 | $ | 1,251,754 |

RJT - 036388

AIA000007

# AIA SERVICES CORPORATION AND SUBSIDIARIES

### Consolidated Statements of Operations
### For the Years Ended December 31, 2005 and December 31, 2004

|  | December, 31 2005 | December, 31 2004 |
|---|---|---|
| **Revenues:** | | |
| Commissions | $ 1,142,243 | $ 734,632 |
| Administrative fees | 639,684 | 1,478,957 |
| Investment income | 230,626 | 1,643,267 |
| Total revenues | $ 2,012,553 | $ 3,856,856 |
| **Expenses:** | | |
| General and administrative expense | $ 1,198,542 | $ 1,670,594 |
| Commission expense | 265,860 | 365,248 |
| Change in estimated advanced commissions | - | - |
| Total operating expenses | $ 1,464,402 | $ 2,035,842 |
| **Operating income:** | $ 548,151 | $ 1,821,014 |
| **Other income (expense):** | | |
| Interest expense | $ 555,872 | $ 553,860 |
| Equity in net loss (income) of affiliate | - | - |
| Total other expense | $ 555,872 | $ 553,860 |
| **Income (loss) from continuing operations before income tax (expense) benefits:** | $ (7,721) | $ 1,267,154 |
| **Income tax (expense) benefit:** | $ 143,000 | $ 673,109 |
| **Net income (loss):** | $ (150,721) | $ 594,045 |

RJT - 036389

AIA000008

# AIA SERVICES CORPORATION AND SUBSIDIARIES

### Consolidated Statements of Stockholders' Equity (Deficit)
### For the Year Ended December 31, 2005 and the Year Ended December 31, 2004

|  | Series C Convertible Preferred Stock | Common Stock | Additional Paid-in Capital | Treasury Stock | Retained Earnings (Deficit) |
|---|---|---|---|---|---|
| Balance, December 31, 2003 | $ 297,500 | $ 12,907 | $ 1,303,834 | $ - | $ (8,795,549) |
| Net income (loss) |  |  |  |  | 594,278 |
| Treasury stock retired |  | (136) | (7,078) |  |  |
| Unrealized Gain (Loss) on Investments |  |  | 2,072 |  | 61,580 |
| Intercompany Stock Transactions | (205,000) |  | (1,305,693) |  | - |
| Balance, December 31, 2004 | $ 92,500 | $ 12,771 | $ (6,865) | $ - | $ (8,139,691) |
| Net income (loss) |  |  |  |  | (150,721) |
| Unrealized Gain (Loss) on Investments |  |  |  |  | (900) |
| Purchase by JT 475,000 sh |  | 4,750 |  |  | - |
| Balance, December 31, 2005 | $ 92,500 | $ 17,521 | $ (6,865) | $ - | $ (8,291,313) |

RJT - 036390

AIA000009

## AIA SERVICES CORPORATION

### Statement of Cash Flows
### For the Year Ended December 31, 2005 and December 31, 2004

| | December, 31 2005 | December, 31 2004 |
|---|---|---|
| **Cash flows from operating activities:** | | |
| Net income (loss) | $ (150,721) | $ 762,536 |
| Adjustments to reconcile net income (loss) to net cash | | |
| (used in) provided by operating activities: | | |
| Permanent write down of investments | - | - |
| Depreciation and amortization | 20,309 | 25,872 |
| Equity in net income of affiliate | - | - |
| Write off of account receivable | - | - |
| Deferred income taxes | 33,000 | 645,834 |
| Changes in assets and liabilities: | | |
| Accounts receivable and agent advances | (97,365) | 27,052 |
| Prepaid expenses | 17,632 | 12,425 |
| Due from related companies, net | 242,903 | 220,984 |
| Related party receivable | (147,135) | - |
| Accounts payable and accrued expenses | (183,982) | (333,782) |
| Income taxes payable | 38,262 | (42,569) |
| Unearned commissions | (10,000) | (35,997) |
| | | |
| Net cash (used in) provided by operating activities | (237,097) | 1,282,356 |
| | | |
| **Cash flows from investing activities:** | | |
| Capital expenditures | - | (72,808) |
| Proceeds from sale of investment securities | - | 72,927 |
| | | |
| Net cash provided by (used in) investing activities | - | 119 |
| | | |
| **Cash flows from financing activities:** | | |
| Repayment of mortgages, notes payable, and noncompete covenant | (16,682) | (19,092) |
| Repayment of obligation to former majority common stockholder | 322,502 | 279,651 |
| Change in Series A preferred stock | (84,891) | (45,867) |
| Options exercised for common stock | - | (1,515,699) |
| Prior Period Adj. for directors fees accrued | - | - |
| Change in acct. princ.(cost acct for common stock) | - | - |
| Prior Period Adj. for Reed Taylor's note | - | - |
| Prior Period Adj. for Common Stock Issued | - | - |
| Purchase of common stock | 4,750 | (136) |
| | | |
| Net cash (used in) provided by financing activities | 225,679 | (1,301,143) |
| | | |
| Net increase (decrease) in cash | (11,418) | (18,668) |
| | | |
| Cash at beginning of period | 112,999 | 131,667 |
| | | |
| Cash at end of period | $ 101,576 | $ 112,999 |

RJT - 036391

AIA000010