# AIA SERVICES CORPORATION AND SUBSIDIARIES

## Consolidated Financial Statements

### December 31, 2007

**EXHIBIT G**

RJT - 036392

# AIA SERVICES CORPORATION AND SUBSIDIARIES

## Consolidated Balance Sheets

| Assets | | December 31, 2007 | | December 31, 2006 |
|---|---|---|---|---|
| Cash and cash equivalents | $ | 98,513 | $ | 118,031 |
| Investment securities available-for-sale | | 10 | | 30 |
| Accounts receivable | | - | | 163,348 |
| Agent advances | | 69,039 | | 74,088 |
| Related party receivable | | 452,245 | | 437,245 |
| Due from related companies | | 21,120 | | 20,539 |
| Prepaid expenses | | 65,384 | | 74,863 |
| Deferred income taxes | | 412,430 | | 387,430 |
| Lewis Clark Mortgage | | 1,027,638 | | - |
| Net real estate | | 93,637 | | 98,534 |
| Net property, equipment and vehicles | | 20,654 | | 28,684 |
| Total assets | $ | 2,260,670 | $ | 1,402,792 |
| | | | | |
| **Liabilities:** | | | | |
| Accounts payable and accrued expenses | $ | 921,411 | $ | 351,425 |
| Due to related companies | | 1,100,352 | | 490,091 |
| Income taxes payable | | 241,991 | | 230,991 |
| Unearned commissions | | 55,000 | | 75,000 |
| Notes payable | | 25,213 | | 30,296 |
| Total liabilities | $ | 2,343,967 | $ | 1,177,803 |
| **Obligation to Former Stockholder:** | $ | 8,407,188 | $ | 8,189,614 |
| **Series A preferred stock:** | $ | 457,775 | $ | 536,059 |
| **Stockholders' deficit:** | | | | |
| Series C convertible preferred stock | $ | 92,500 | $ | 92,500 |
| Common stock | | 17,378 | | 17,378 |
| Additional paid-in capital | | (14,471) | | (14,471) |
| Accumulated deficit | | (9,043,667) | | (8,596,091) |
| Treasury stock - at cost | | - | | - |
| Total stockholders' deficit | $ | (8,948,260) | $ | (8,500,684) |
| Total liabilities and stockholders' equity | $ | 2,260,670 | $ | 1,402,792 |

RJT - 036393

# AIA SERVICES CORPORATION AND SUBSIDIARIES

## Consolidated Statements of Operations

|  | Years Ended December 31, | | | |
|---|---|---|---|---|
|  | | 2007 | | 2006 |
| **Revenues:** | | | | |
| Commissions | $ | 694,854 | $ | 936,278 |
| Administrative fees | | 348,079 | | 489,763 |
| Gain on ULIC Settlement | | 837,116 | | - |
| Investment income | | 141,465 | | 142,729 |
| Total revenues | $ | 2,021,514 | $ | 1,568,770 |
| **Expenses:** | | | | |
| General and administrative expense | $ | 1,766,147 | $ | 906,363 |
| Commission expense | | 172,634 | | 248,627 |
| Change in estimated advanced commissions | | - | | - |
| Total operating expenses | $ | 1,938,781 | $ | 1,154,990 |
| **Operating income:** | $ | 82,733 | $ | 413,780 |
| **Other income (expense):** | | | | |
| Interest expense | $ | 551,857 | $ | 549,755 |
| Equity in net loss (income) of affiliate | | - | | - |
| Total other expense | $ | 551,857 | $ | 549,755 |
| **Income (loss) from continuing operations before income tax (expense) benefits:** | $ | (469,124) | $ | (135,975) |
| **Income tax (expense) benefit:** | $ | (21,545) | $ | 168,068 |
| **Net income (loss):** | $ | (447,579) | $ | (304,043) |

RJT - 036394

# AIA SERVICES CORPORATION AND SUBSIDIARIES

**Consolidated Statements of Stockholders' Equity (Deficit)**
**For the the Years Ended December 31, 2007, 2006, 2005, 2004 and 2003**

| | Series C Convertible Preferred Stock | Common Stock | Additional Paid-in Capital | Treasury Stock | Retained Earnings (Deficit) |
|---|---|---|---|---|---|
| Balance, December 31, 2003 | $ 297,500 | $ 12,907 | $ 1,303,834 | $ - | $ (8,795,549) |
| Net income (loss) | | | | | 762,536 |
| BDO 2004 Audit Adjustments Corrected in 2005 | | | | | (168,258) |
| Treasury stock retired | | (136) | (7,078) | | |
| Unrealized Gain (Loss) on Investments | | | 2,072 | | 61,580 |
| Intercompany Stock Transactions | (205,000) | | (1,305,693) | | - |
| Balance, December 31, 2004 | $ 92,500 | $ 12,771 | $ (6,865) | $ - | $ (8,139,691) |
| Net income (loss) | | | | | (150,721) |
| Unrealized Gain (Loss) on Investments | | | | | (900) |
| Purchase by JT 475,000 sh | | 4,750 | | | - |
| Balance, December 31, 2005 | $ 92,500 | $ 17,521 | $ (6,865) | $ - | $ (8,291,312) |
| Net income (loss) | | | | | (304,043) |
| Treasury Stock retired | | (144) | (7,605) | | |
| Unrealized Gain (Loss) on Investments | | | | | (735) |
| Balance, December 31, 2006 | $ 92,500 | $ 17,377 | $ (14,470) | $ - | $ (8,596,091) |
| Net income (loss) | | | | | (447,579) |
| Treasury Stock retired | | | | | |
| Balance, December 31, 2007 | $ 92,500 | $ 17,378 | $ (14,471) | $ - | $ (9,043,667) |

RJT - 036395