

AIA Services Corporation
One Lewis Clark Plaza
PO Box 538
Lewiston, Idaho 83501-0538
(208) 799-9000   FAX (208) 746-81..

June 18, 2001

Dale L. Miesen
2701 Whitby Lane
Grapevine, TX  76051

Dear Mr. Miesen:

Re:    AIA Services Corporation – Common Stock

The years 1999 and 2000 were challenging years for AIA.  We recovered financially somewhat in 2000, but since we moved the Grain Growers and other group insurance business to Trustmark, we have not been able to regain our ability to market the group insurance and grow our insurance book.  AIA, however, has the continued endorsement of over 40 state associations.  In fact, more and more associations are calling us for group insurance programs.

We made the decision last year to stay focused on farm-related programs.  The average grower spends about $15,000 per year on insurance, 80% of which is health, crop and farmowners insurance.  We aim to provide all three plans.

We have established Crop USA, an independent property and casualty agency.  We decided not to make Crop USA a subsidiary of AIA because of the necessity under the Crop USA business model to provide stock options for its agents.  Crop USA will complete an independent registration this year, and as a result will own a portion of AIA.  There is a management agreement between the parties that will provide AIA with significant management revenues over the next few years.

AIA reduced its debt last year, resulting in improvement of the bottom line.  Net operating income for Services increased by $700,000 in the year 2000, and net loss on a fully diluted basis decreased from $.81 per share to $.15 per share.  We expect to return to profitability in the year 2001.  We plan to achieve this goal by realigning our health, life and annuity business with companies that are more flexible in customizing products for the rural market.  We have been working with AON Consulting to develop a new series of products, not unlike the GUH products, to allow us to be more competitive.  We believe these products will be introduced in August.

DLM - 105709



**EXHIBIT H**

Page Two

We are also working to conclude the litigation with the State of Idaho over the reserves held by Centennial and Universe Life on behalf of the various Trusts. The Trusts have filed claims for over $12 million in unpaid policy benefits at December 1, 1997, plus accrued interest. AIA is managing the case.

After four years, we have finally been able to appeal the Idaho Department's denial of the claims to the District Court. There have been several hearings in the last few months. Summary Judgment motions have been filed with the Court, and a decision on those motions is expected at the end of the third quarter of this year. The hearing is scheduled for August 10. The company has expended a considerable amount of resources for this litigation, and those expenses will be reimbursed if the litigation is successful.

We have successfully completed a project to offer our health insurance applications over the Internet. We plan to offer Internet applications with future carriers as well. We also have an AIAgents.com website which allows agents to receive information, brochures, forms, and association member's names and addresses by county.
We look to the Internet as a method to exchange information with our agents on a much more efficient basis and will be utilizing that as much as possible to reduce administrative expenses.

I look forward to the coming year as we introduce new products and launch the Crop USA business model. I believe that both projects will be exciting and profitable.

Thank you for your consideration and support. Please let me know if you have any questions.

Sincerely,

R. John Taylor
President and CEO

DLM - 105710

**AIA SERVICES CORPORATION**
**SHAREHOLDERS' MEETING**
**June 29, 2001 – 1:30 P.M. PDT**
**Lewiston, Idaho**

## AGENDA

1.    Call to Order

2.    Roll Call

3.    Elect Board of Directors
    a)    Class A
    b)    Class C
    c)    Common

4.    Ratify Acts of Directors and Officers

5    Adjournment

**DLM - 105711**