

# Crop USA Insurance Agency, Inc.

## Financial Statements
### Years Ended December 31, 2003 and 2002

**EXHIBIT I**

CROP000321

# Crop USA Insurance Agency, Inc.

## Contents

**Independent Auditors' Report**                                              3

**Financial Statements:**
Balance Sheets                                                               4
Statements of Operations                                                     5
Statements of Changes in Stockholders' Equity (Deficit)                      6
Statements of Cash Flows                                                     7

**Summary of Accounting Policies**                                          8-9
**Notes to Financial Statements**                                          10-13

CROP000322



**BDO Seidman, LLP**
Accountants and Consultants

601 W. Riverside Avenue, Suite 900
Spokane, Washington 99201-0611
Telephone: (509) 747-8095
Fax: (509) 747-0415

## Independent Auditor's Report

The Board of Directors
Crop USA Insurance Agency, Inc.
Lewiston, Idaho

We have audited the accompanying balance sheets of Crop USA Insurance Agency, Inc. as of December 31, 2003 and 2002, and the related statements of operations, changes in stockholders' equity (deficit) and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Crop USA Insurance Agency, Inc. as of December 31, 2003 and 2002, and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*BDO Seidman, LLP*

March 25, 2004

3

CROP000323

# Crop USA Insurance Agency, Inc.

## Balance Sheets

| December 31, | | 2003 | | 2002 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash | $ | **4,402** | $ | 13,776 |
| Commissions receivable, net | | **32,283** | | 110,106 |
| Agent advances, net (Note 2) | | **274,613** | | 185,696 |
| Due from related company (Note 6) | | **6,050** | | 39,564 |
| Office equipment, net | | **5,417** | | — |
| Investment in related company (Note 3) | | **21,850** | | 21,850 |
| Total assets | $ | **344,615** | $ | 370,992 |
| | | | | |
| **Liabilities and Stockholders' Deficit** | | | | |
| **Liabilities:** | | | | |
| Bank note payable (Note 5) | $ | **560,000** | $ | 315,000 |
| Accounts payable and accrued expenses | | **9,646** | | 8,643 |
| Commissions payable | | **40,409** | | 46,583 |
| Due to related companies (Note 6) | | **91,000** | | 23,477 |
| Total liabilities | | **701,055** | | 393,703 |
| | | | | |
| Commitments and Contingencies (Notes 1, 5, 6 and 8) | | | | |
| | | | | |
| **Stockholders' Deficit:** | | | | |
| Common stock $.01 par value, 20 million shares authorized, 7,394,300 shares issued and outstanding | | **73,943** | | 73,943 |
| Additional paid-in capital | | **18,228** | | 17,104 |
| Accumulated deficit | | **(448,611)** | | (113,758) |
| Total stockholders' deficit | | **(356,440)** | | (22,711) |
| | | | | |
| Total liabilities and stockholders' deficit | $ | **344,615** | $ | 370,992 |

*See accompanying summary of accounting policies and notes to financial statements.*

4

CROP000324

# Crop USA Insurance Agency, Inc.

## Statements of Operations

| Years ended December 31, | | 2003 | | 2002 |
|---|---|---|---|---|
| **Revenue:** | | | | |
| Commissions earned | $ | 244,509 | $ | 595,729 |
| **Expenses:** | | | | |
| General and administrative expense (Note 6) | | 310,614 | | 191,595 |
| Commission expense (Note 6) | | 242,604 | | 464,330 |
| Interest expense | | 26,144 | | 11,948 |
| Total expenses | | 579,362 | | 667,873 |
| Net loss | $ | (334,853) | $ | (72,144) |

*See accompanying summary of accounting policies and notes to financial statements.*

5

CROP000325

# Crop USA Insurance Agency, Inc.

## Statements of Changes in Stockholders' Equity (Deficit)

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Total Stockholders' Equity (Deficit) |
|---|---|---|---|---|---|
| | Shares | Amount | | | |
| **Balance,** January 1, 2002 | 6,185,000 | $ 61,850 | $ 5,000 | $ (41,614) | $ 25,236 |
| Common stock issued for services (Note 7) | 1,209,300 | 12,093 | 9,880 | — | 21,973 |
| Stock options issued for services (Note 8) | — | — | 2,224 | — | 2,224 |
| Net loss | — | — | — | (72,144) | (72,144) |
| **Balance,** December 31, 2002 | 7,394,300 | $ 73,943 | $ 17,104 | $ (113,758) | $ (22,711) |
| Stock options issued for services (Note 8) | — | — | 1,124 | — | 1,124 |
| Net loss | — | — | — | (334,853) | (334,853) |
| **Balance,** December 31, 2003 | 7,394,300 | $ 73,943 | $ 18,228 | $ (448,611) | $ (356,440) |

*See accompanying summary of accounting policies and notes to financial statements.*

6

CROP000326

# Crop USA Insurance Agency, Inc.

## Statements of Cash Flows

### Increase (Decrease) in Cash

| Years ended December 31, | 2003 | 2002 |
|---|---|---|
| **Cash flows from operating activities:** | | |
| Net loss | $ (334,853) | $ (72,144) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation | 1,083 | — |
| Issuances of common stock and options for employee and non-employee services | 1,124 | 24,197 |
| Changes in assets and liabilities: | | |
| Commissions receivable | 77,823 | (110,106) |
| Agent advances | (88,917) | (64,023) |
| Due from related company | 33,514 | (39,564) |
| Due to related companies | 67,523 | (94,810) |
| Accounts payable and accrued expenses | 1,003 | 8,643 |
| Commissions payable | (6,174) | 46,583 |
| Net cash used in operating activities | (247,874) | (301,224) |
| **Cash flows from investing activities:** | | |
| Purchase of office equipment | (6,500) | — |
| Net cash used in investing activities | (6,500) | — |
| **Cash flows from financing activities:** | | |
| Borrowing on bank note payable | 245,000 | 315,000 |
| Net cash provided by financing activities | 245,000 | 315,000 |
| Net increase (decrease) in cash and cash equivalents | (9,374) | 13,776 |
| **Cash,** beginning of year | 13,776 | — |
| **Cash,** end of year | $ 4,402 | $ 13,776 |
| **Supplemental Cash Flow Information:** | | |
| Cash paid during the year for: | | |
| Interest | $ 27,019 | $ 9,886 |

*See accompanying summary of accounting policies and notes to financial statements.*

7

CROP000327

# Crop USA Insurance Agency, Inc.

## Summary of Accounting Policies

**Organization**

Crop USA Insurance Agency, Inc. (the Company) was incorporated in November 1999 under the laws of the State of Idaho. The Company is based in Lewiston, Idaho and is a related company to AIA Insurance, Inc. (AIA), which is a wholly owned subsidiary of AIA Services Corporation.

The Company's principal business is marketing multiple-peril crop insurance to farmers, most of who are members of agricultural associations that subscribe to the Grower's National Cooperative Insurance Agency, Inc. (GNCIA). The policies are marketed and administered on behalf of an unrelated insurance company that operates under the Standard Reinsurance Agreement (SRA) with the Federal Crop Insurance Corporation (FCIC). The FCIC is a wholly owned Government corporation of the U.S. Department of Agriculture.

**Commission Income**

The Company earns commissions on policies that are sold to farmers. Commission income is recognized ratably over the policy period.

Commissions are currently received from one insurance company. Any loss of the ability to market policies with this insurance company may negatively impact the Company's financial results until replacement insurers can be found.

**Commission Expense**

The Company pays a commission to its third party agents and to GNCIA for policies written to its policyholders. The amount of commissions paid to GNCIA is determined by stated agreement between the Company and GNCIA's board of directors.

**Office Equipment**

Office equipment is carried at cost less accumulated depreciation. Depreciation is computed principally by the straight-line method using lives of five years.

8

CROP000328

# Crop USA Insurance Agency, Inc.

## Summary of Accounting Policies

**Income Taxes**

The Company accounts for income taxes in accordance with the provisions of Statement of Financial Accounting Standards No. 109, *Accounting for Income Taxes* ("SFAS No. 109"). Under the asset and liability method prescribed by SFAS No. 109, deferred income taxes are provided for temporary differences between the financial reporting and tax basis of assets and liabilities. Deferred taxes are measured using provisions of currently enacted tax laws. A valuation allowance against deferred tax assets is required if it is more likely than not that some or all of the deferred tax assets will not be realized. The Company has determined that a valuation allowance equal to the net deferred tax assets is appropriate at this time.

**Stock Options**

As allowed by Statement of Financial Accounting Standards No. 123, *Accounting for Stock-Based Compensation*, the Company has elected to retain the compensation measurement principles of Accounting Principles Board Opinion No. 25, *Accounting for Stock Issued to Employees* ("APB No. 25"), and its related interpretations, for stock options. Under APB No. 25, compensation cost is recognized at the measurement date of the amount, if any, that the estimated fair market price of the Company's common stock exceeds the option exercise price. The measurement date is the date at which both the number of options and the exercise price for each option are known.

**Management Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amount of revenues and expenses during the reporting period. Actual results could differ materially from those estimates.

**Reclassifications**

Certain amounts in the 2002 financial statements have been reclassified to conform to the 2003 presentation. These reclassifications had no effect on the net loss or the accumulated deficit as previously reported.

9

CROP000329

# Crop USA Insurance Agency, Inc.

## Notes to Financial Statements

| | | |
|---|---|---|
| 1. | **Liquidity and Financial Condition** | The Company has operated at a net loss since inception and has a stockholders' deficit at December 31, 2003. Accordingly, management is seeking to stabilize and reverse this trend through its increased efforts in marketing crop insurance policies. The Company plans to resubmit its application to become authorized to issue policies directly with the FCIC under the SRA. Further, management is evaluating and may offer through a private placement additional shares of the Company's common stock to qualified investors in order to obtain funds to further develop the business. Finally, $190,000 remains available to fund current operations under the Company's line of credit agreement as of March 25, 2004. The Company believes that revenues obtained through commissions and the amount available on the line of credit agreement to be adequate to fund on-going operations, and to continue product development and marketing activities. Management believes that becoming an MGA for an SRA holder will also provide the Company with a future revenue stream. Finally, management believes that funds may be made available from borrowings with other related party companies during 2004.

There can be no assurances given that the Company will be successful in the execution of its plans. |
| 2. | **Agent Advances** | As of December 31, 2003 and 2002, the Company has recorded a receivable for $274,613 and $185,696, which represents the Company's estimate of the net realizable value of advances paid to agents. Future commissions earned by agents will be offset against these advances or, alternatively the Company may require the agents to repay such advances. |

10

CROP000330

# Crop USA Insurance Agency, Inc.

## Notes to Financial Statements

| 3. | Investment in AIA Services Corporation | Effective December 31, 2002, the Company issued 10.66 shares of common stock in exchange for each share of AIA Services Corporation $10.00 par value Series C preferred Stock and related conversion rights, and accumulated but unpaid dividends on the AIA Series C preferred stock of $2.96 per share. The Series C preferred shareholders originally paid $2,050,000 for the Series C preferred stock in 1995. In addition, each series C preferred shareholder received 2.02179 shares of AIA Services Corporation common stock for each share exchanged. The Company received and holds a total of 205,000 shares of AIA Services Corporation Series C preferred stock. The Company accounts for its investment using the cost method, which is based on the fair value of the stock at the date of the exchange. Management believes that the Company's investment in the related party company continues to be fairly valued. |
|----|----|----|
| 4. | Deferred Income Taxes | The Company's deferred tax assets principally relate to net operating loss carry forwards that are available, within statutory annual limits, to offset future taxable income, if any. These deferred tax assets, which approximated $162,000 and $40,000 at December 31, 2003 and 2002, were fully reserved by the use of valuation allowance for financial reporting purposes. At December 31, 2003, the Company had net operating loss carry forwards of approximately $449,000 that begin to expire in calendar year 2023. |
| 5. | Bank Note Payable | The Company executed an agreement with a financial institution that was modified in January 2003 to provide for a revolving line of credit. Maximum borrowings under the facility are limited to $750,000. All outstanding borrowings accrue interest at the prime rate plus 1% (5% at December 31, 2003) and are personally guaranteed by certain stockholders of the Company. The Company is required to service all accrued interest monthly with the entire balance due on January 28, 2005. |
| 6. | Related Party Transactions | General and administrative fees paid to AIA, Inc. totaled $173,180 for the year ended December 31, 2003, and $91,000 was recognized as a payable to AIA, Inc. for payments made for certain services rendered. Total general and administrative fees paid to AIA, Inc. totaled $86,509 for the year ended December 31, 2002, and $39,564 was recognized as a receivable from AIA, Inc. for payments made in excess of services rendered. |

11

CROP000331

# Crop USA Insurance Agency, Inc.

## Notes to Financial Statements

Total commissions receivable from GNCIA was $6,050 for the year ended December 31, 2003. Total commissions payable to GNCIA was $23,477 at December 31, 2002.

7. **Common Stock Issued for Services**

During the year ended December 31, 2002, the Company issued 1,209,300 common stock shares to employees and third parties for the performance of consulting and other services. The Company recognized expense of $21,973 during the year ended December 31, 2002, based upon the estimated fair market value of common shares at their respective dates of issuance. There were no shares issued in the year ended December 31, 2003.

8. **Stock Options**

In June 2001, the Company adopted a 2001 Executive Owner Stock Incentive Plan. Stockholders who own at least five percent of the Company are entitled to receive stock options under this plan. This plan provides for the future grant of a total of 1,000,000 common stock options at a price equal to the fair market value of the common stock at the time of grant. These options vest over a five-year term and expire six years from the date of grant. The Plan will terminate upon the sooner of either the Company achieving $100 million in annual written premiums or August 15, 2006. No options have been granted under this plan as of December 31, 2003.

In June 2001, the Company adopted a 2001 Employee Stock Option Plan. Current and prospective employees and directors are able to receive stock options under this plan. This plan provides for the future grant of a total of 1,000,000 common stock options at a price equal to the fair market value of the common stock at the time of grant. These options vest over a five-year term and expire in six years from the date of grant. The Plan will terminate upon the sooner of either the Company achieving $100 million in annual written premiums or August 15, 2006. No options have been granted under this plan as of December 31, 2003.

12

CROP000332

# Crop USA Insurance Agency, Inc.

## Notes to Financial Statements

In August 2001, the Company adopted the 2001 Agents' Stock Incentive Plan. Current and prospective agents, regional managers, other non-employee consultants are able to receive stock options under this plan. This plan provides for the future grant of a total of 4,000,000 common stock options at a price equal to the fair market value of the common stock at the time of grant. Options are granted for new qualifying premiums submitted to the Company and for recruiting other agents. These options vest over a five-year term and expire in six years from the date of grant. The Plan will terminate upon the Company achieving $100 million in annual written premiums or upon termination by the board. At December 31, 2003, 3,944,400 options remain available for grant under this plan.

A total of 55,600 stock options were issued to third-party agents for service during 2001 at an exercise price of $0.20 of those 27,500 were cancelled in 2002. A total of 5,620 options were vested at December 31, 2003. There were no options exercised or cancelled during 2003.

The fair value of each option was estimated to be $0.40, and in accordance with Statement of Financial Accounting Standards No. 123, *Accounting for Stock-Based Compensation*, the Company recognized $1,124 in expense in 2003, and $2,224 in expense for the options granted during 2002.

13

CROP000333