# Crop USA Insurance Agency, Inc.

## Financial Statements
### Year Ended December 31, 2005 and 2004

**EXHIBIT J**

CROP001337

# Crop USA Insurance Agency, Inc.

## Contents

| | |
|---|---|
| **Management Report** | 3 |
| **Financial Statements:** | |
| Balance Sheet | 4 |
| Statement of Operations | 5 |
| Statement of Changes in Stockholders' Equity (Deficit) | 6 |
| Statement of Cash Flows | 7 |
| **Summary of Accounting Policies** | 8-9 |
| **Notes to Financial Statements** | 10-15 |

2

CROP001338

## Management's Report

To The Reader:

Management has compiled the accompanying balance sheet of Crop USA Insurance Agency, Inc. as of December 31, 2005 and 2004, and the related statements of operation; changes in stockholders' equity (deficit) and cash flows for the year then ended. The December 31, 2004 financials have been audited, and the December 31, 2005 figures will be audited in the near future. Copies of the 2004 audited statements will be made available upon request. These financial statements are the responsibility of the Company's management. Every effort was made to assure accurate representation of the financial results.

During the preparation of these statements, management used estimates. Although conservative in substance, these estimates allow management to report on an accrual basis the results of operations, assets and liabilities controlled by the Company. An explanation of some of the more significant estimates can be found in the notes to the financials as well as the summary of accounting policies.

Management believes these financial statements referred to above fairly present the financial position of Crop USA Insurance Agency, Inc. as of December 31, 2005 and 2004, and the results of its operations and its cash flows for the year then ended in conformity with accounting principles and industry practices found in the Crop Insurance industry.

February 24, 2006

3

# Crop USA Insurance Agency, Inc.
## Balance Sheet

| December 31, | | 2005 | | 2004 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash | $ | 91,202 | $ | 308,265 |
| Commissions receivable | | 707,586 | | 11,572 |
| Prepaid Expenses | | 20,663 | | 7,581 |
| Premium Receivable | | 105,652 | | — |
| Agent advances, net (Note 2) | | 591,863 | | 284,346 |
| Due from related company (Note 6) | | 52,171 | | 279,239 |
| Office Equipment (net of depreciation) | | 566,639 | | 669,437 |
| Mortgages, Net of Deposits (Note 3) | | 1,034,401 | | 2,000,000 |
| Deferred Income Taxes (net of reserve, Note 4) | | 457,000 | | |
| Total assets | $ | 3,627,177 | $ | 3,560,440 |
| | | | | |
| **Liabilities and Stockholders' Deficit** | | | | |
| **Liabilities:** | | | | |
| Bank note payable (Note 5) | $ | 750,000 | $ | 560,000 |
| Accounts payable and accrued expenses | | 322,219 | | 359,429 |
| Capital Lease Obligation (Note 7) | | 77,554 | | 49,209 |
| Commissions payable | | 109,587 | | 9,497 |
| Un-Earned Commission | | 684,514 | | |
| Due to Shareholder | | 336,823 | | |
| Due to related companies (Note 6) | | 62,413 | | — |
| | | | | |
| Total liabilities | | 2,343,110 | | 978,135 |
| | | | | |
| Commitments and Contingencies (Notes 1, 5, 6 and 8) | | — | | — |
| | | | | |
| **Stockholders' Deficit:** | | | | |
| Common stock $.01 par value, 20 million shares authorized, 7,394,300 shares issued and outstanding | | 95,423 | | 93,943 |
| Additional paid-in capital | | 3,500,391 | | 3,487,071 |
| Accumulated deficit | | (2,311,747) | | (998,709) |
| | | | | |
| Total stockholders' equity | | 1,284,067 | | 2,582,305 |
| | | | | |
| Total liabilities and stockholders' equity | $ | 3,627,177 | $ | 3,560,441 |

*See accompanying summary of accounting policies and notes to financial statements.*

4

CROP001340

# Crop USA Insurance Agency, Inc.

## Statement of Operations

| Year ended December 31, | | 2005 | | 2004 |
|---|---|---|---|---|
| **Revenue:** | | | | |
| Commissions & Allowances | $ | **622,391** | $ | 97,527 |
| Interest and Other Income | | **136,460** | | 5,812 |
| Total Revenue | $ | **758,851** | $ | 103,339 |
| **Expenses:** | | | | |
| General and administrative expense (Note 6) | $ | **2,220,48** | $ | 530,147 |
| Commission expense (Note 6) | | **230,252** | | 87,195 |
| Interest expense | | **78,229** | | 36,094 |
| Total expenses | $ | **2,528,889** | $ | 653,436 |
| Net loss before Income Taxes | | **$ (1,770,039)** | $ | (550,097) |
| Income Taxes | $ | **(457,000)** | | |
| Net loss | | **$ (1,313,039)** | $ | (550,097) |

*See accompanying summary of accounting policies and notes to financial statements.*

5

CROP001341

# Crop USA Insurance Agency, Inc.

## Statement of Changes in Stockholders' Equity (Deficit)

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Total Stockholders' Equity (Deficit) |
|---|---|---|---|---|---|
| | Shares | Amount | | | |
| **Balance,** January 1, 2004 | 7,394,300 | $ 73,943 | $ 18,228 | $ (448,611) | $ (356,440) |
| Sale of investment in AIA Services | — | — | 1,488,843 | — | 1,489,843 |
| Sale of Common Stock for Notes Receivable (Note 10) | 2,000,000 | 20,000 | 1,980,000 | — | 2,000,000 |
| Net loss | — | — | — | (550,097) | (550,097) |
| **Balance,** December 31, 2004 | 9,394,300 | $ 93,943 | $ 3,487,071 | $ (998,708) | $ 2,582,306 |
| Common stock issued for services (Note 8) | 148,000 | 1,480 | 13,320 | — | 14,800 |
| Net loss | — | — | — | (1,313,039) | (1,313,039) |
| **Balance,** December 31, 2005 | 9,542,300 | $ 95,423 | $ 3,500,391 | $ (2,311,747) | $ 1,284,067 |

*See accompanying summary of accounting policies and notes to financial statements.*

6

CROP001342

# Crop USA Insurance Agency, Inc.

## Statement of Cash Flows

**Increase (Decrease) in Cash**

| Year ended December 31, | 2005 | 2004 |
|---|---:|---:|
| **Cash Flows from Operating Activities:** | | |
| Net loss | $ (1,313,039) | $ (550,097) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and Amortization | 159,923 | 5,895 |
| Provisions for Doubtful Agent Advances | 40,000 | 49,000 |
| Agent Advances and Accounts Receivable | (413,515) | (58,733) |
| Commissions Receivable | (696,014) | 20,710 |
| Un-Earned Commissions | 684,513 | — |
| Prepaid Expenses | (13,081) | (7,581) |
| Commissions Payable | 100,090 | (31,269) |
| Accounts Payable and Accrued Expenses | 194,654 | 348,226 |
| Policy Issuance Fees Payable | 67,902 | — |
| Due (To) From Related Companies, Net | 207,156 | (364,288) |
| Due (To) From Related Parties, Net | 336,823 | — |
| Income Taxes | (457,000) | |
| **Net Cash used in Operating Activities** | (1,101,588) | (588,137) |
| **Cash Flows from Investing Activities:** | | |
| Purchase of office equipment | — | (616,000) |
| Mortgages | 965,599 | 1,511,000 |
| Line of Credit Payable | 190,000 | — |
| **Net Cash Provided by Investing Activities** | 1,155,599 | 895,000 |
| **Cash Flows from Financing Activities** | | |
| Payments on Capital Lease Obligation | (271,075) | (3,000) |
| **Net Cash (used in) provided by Financing Activities** | (271,075) | (3,000) |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | (217,064) | 303,863 |
| **Cash,** beginning of year | 308,265 | 4,402 |
| **Cash,** end of year | $ 91,202 | $ 308,265 |

*See accompanying summary of accounting policies and notes to financial statements.*

7

CROP001343

# Crop USA Insurance Agency, Inc.

## Summary of Accounting Policies

**Organization**

CropUSA Insurance Agency, Inc. (the Company) was incorporated in November 1999 under the laws of the State of Idaho. The Company is based in Lewiston, Idaho. The Company is related to AIA Services Corporation and its wholly-owned subsidiary, AIA Insurance, Inc., through common ownership of these entities.

The Company's principal business is marketing multiple-peril crop insurance to farmers, most of whom are members of agricultural associations that subscribe to Grower's National Cooperative Insurance Agency, Inc. (GNCIA). The policies are marketed and administered on behalf of an unrelated insurance company that operates under a Standard Reinsurance Agreement (SRA) with the Federal Crop Insurance Corporation (FCIC). The FCIC is a wholly-owned government corporation of the U.S. Department of Agriculture.

**Commission Income**

The Company earns commissions on policies that are sold to farmers. Commissions on policies insured by the FCIC are called Administrative and Operations Allowances (A & O) and are paid to the Company annually after the farmer reports his crop plantings. The Company recognizes A & O income ratably over the policy period. Upon a new policy transfer, twenty-five percent of the A & O Allowances is recognized as revenue or, if a renewal policy, twenty-five percent in the calendar quarter in which the policy is renewed; fifty percent of the A & O is recognized at the time the policy premium is reported to the RMA; and the balance is recognized at the end of the policy period.

Commissions are currently received from one insurance company. Any loss of the ability to market policies with this insurance company may negatively impact the Company's financial results until replacement insurers can be found.

**Commission Expense**

The Company pays a commission to its third party agents and to GNCIA for policies written to its policyholders. The amount of commissions paid to GNCIA is determined by a stated agreement between the Company and GNCIA's board of directors.

**Office Equipment**

Office equipment is carried at cost, less accumulated depreciation. Depreciation is computed principally by the straight-line method using lives of five years.

**Income Taxes**

The Company accounts for income taxes in accordance with the

8

CROP001344

# Crop USA Insurance Agency, Inc.

## Summary of Accounting Policies

provisions of Statement of Financial Accounting Standards No. 109, *Accounting for Income Taxes* ("SFAS No. 109"). Under the asset and liability method prescribed by SFAS No. 109, deferred income taxes are provided for temporary differences between the financial reporting and tax basis of assets and liabilities. Deferred taxes are measured using provisions of currently enacted tax laws. A valuation allowance against deferred tax assets is required if it is more likely then not that some or all of the deferred tax asset will not be realized. The Company has determined that a valuation allowance equal to the net deferred tax asset is appropriate at this time.

**Stock Options**

As allowed by Statement of Financial Accounting Standards No. 123, *Accounting for Stock-Based Compensation*, the Company has elected to retain the compensation measurement principles of Accounting Principles Board Opinion No. 25, *Accounting for Stock Issued to Employees* ("APB No. 25"), and its related interpretations, for stock options. Under APB No. 25, compensation cost is recognized at the measurement date of the amount, if any, that the estimated fair market price of the Company's common stock exceeds the option exercise price. The measurement date is the date at which both the number of options and the exercise price for each option are known.

**Management Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amount of revenues and expenses during the reporting period. Actual results could differ materially from those estimates.

CROP001345

| | | |
|---|---|---|
| 1. | **Liquidity and Financial Condition** | The Company's financial statements are presented on the going concern basis, which contemplates the realization of assets and the satisfaction of liabilities in the normal course of business. The Company has operated at a net loss since inception and has an accumulated deficit at December 31, 2005. Operating cash was funded in 2005, primarily from cash reserves, an increase in the Company's line of credit, and payments on mortgages held by the Company. In 2004, the Company entered into an agreement to sell 2,000,000 shares of common stock for two notes receivable of $1,000,000 each. These notes receivable are secured by second mortgages on commercial property and are due in monthly installments (See Note 10). |

CropUSA is seeking to stabilize previous negative financial results through its increased efforts in marketing crop insurance policies. CropUSA was appointed Managing General Agent (MGA) under Austin Mutual Insurance Company. With this appointment, CropUSA is authorized to issue policies directly with the FCIC under the SRA. The Company is also in the process of securing additional lines of credit to fund operations over the next year. The Company believes that revenues obtained as an MGA and use of existing and anticipated credit lines will be adequate to fund on-going operations, and to continue product development and marketing activities for a sufficient period to permit the Company to attain positive operation cash flow in the future.

Although the Company has finalized the 2005-2006 agreement to sell crop insurance under the FCIC, there can be no assurances given that the Company will be successful in the execution of its plans.

| | | |
|---|---|---|
| 2. | **Agent Advances** | As of December 31, 2005 and 2004, the Company has recorded receivables for $591,863 and $204,000, which represent the Company's estimate of the net realizable value of advances paid to agents. Future commissions earned by agents will be offset against these advances. |
| 3. | **Investment in AIA Services Corporation** | In August of 2004, the Company sold its investment in 205,000 shares of AIA Services Series C preferred stock for $1,511,000 to AIA Insurance, Inc. No gain was recognized from this transaction due to the commonality in ownership between these three entities. As a result, the sale was recognized as an adjustment to additional paid-in capital in the amount of $1,489,000. |
| 4 | **Deferred Income Taxes** | The Company's deferred tax assets principally relate to net operating loss carry forwards that are available, within statutory |

10

CROP001346

annual limits, to offset future taxable income, if any. These deferred tax assets, were $1,015,000 at December 31, 2005, and $337,000 at December 31, 2004. The reserve value allowances for financial reporting purposes were $507,500 and $337,000 as of December 31, 2005 and 2004 respectively. At December 31, 2005, the Company had net operating loss carry forwards of approximately $2,600,000 that expire in calendar year 2026.

| | | |
|---|---|---|
| 5. | **Bank Note Payable** | The Company executed an agreement with a financial institution that was modified in January 2005 to provide for a revolving line of credit. Maximum borrowings under the facility are limited to $750,000. All outstanding borrowings accrue interest at a fixed prime rate plus 1% (8.25% at December 31, 2005) and are personally guaranteed by certain stockholders of the Company. The Company is required to service all accrued interest monthly. As of February 26, 2006, the Company renegotiated the agreement and extended the maturity date to January 2007. The outstanding balance at December 31, 2005 is $750,000. |
| 6. | **Related Party Transactions** | On December 31, 2005 and 2004, CropUSA has a receivable of $52,000 and a payable of $295,000, respectively, which is the net of all related party transactions between AIA Insurance and CropUSA. This receivable at December 31, 2004, will be offset by future salaries and other expenses paid by AIA Insurance on behalf of CropUSA.<br><br>Total commissions payable to GNCIA as of December 31, 2005 and 2004, were $4,900 and ($4,600), respectively. |
| 7. | **Office Equipment** | In October 2004, the Company purchased specialized software that provided tracking activity related to crop insurance and reporting that activity to the FCIC. The specialized software and related hardware costs totaled $663,000. To finance a portion of the purchase, as well as other software and hardware purchases, the Company has outstanding capital lease obligations of $77,554. (See Note 8) |
| 8. | **Obligations Under Capital Leases:** | The Company leases computer equipment under capital leases. The lease payments and the present value of the net minimum lease payments due under capital lease obligations at December 31, 2004, are as follows: |

| *Year ending December 31,* | Amount |
|---|---|
| 2005 | $77,554 |
| 2006 | $32,139 |

11

CROP001347

2007                                              $0

**9.  Stock Options**

In June 2001, the Company adopted a 2001 Executive Owner Stock Incentive Plan. Stockholders who own at least five percent of the Company are entitled to receive stock options under this plan. This plan provides for the future grant of a total of 1,000,000 common stock options at a price equal to the fair market value of the common stock at the time of grant. These options vest over a five-year term and expire six years from the date of grant. The Plan terminated on August 15, 2004. No options were granted under this plan as of December 31, 2005.

In June 2001, the Company adopted a 2001 Employee Stock Option Plan. Current and prospective employees and directors are able to receive stock options under this plan. This plan provides for the future grant of a total of 1,000,000 common stock options at a price equal to the fair market value of the common stock at the time of grant. These options vest over a five-year term and expire in the six years from the date of grant. The Plan will terminate upon the sooner of either the Company achieving $100 million in annual written premiums or August 15, 2006. No options have been granted under this plan as of December 31, 2005.

In June 2001, the Company adopted a 2001 Agent Stock Incentive Plan. Current and prospective agents, regional managers, and other non-employee consultants are able to receive stock options under this plan. This plan provides for the future grant of a total of 4,000,000 common stock options at a price equal to the fair market value of the common stock at the time of grant. Options are granted for new qualifying premiums submitted to the Company and for recruiting other agents. These options vest over a five-year term and expire in six years from the date of grant. The Plan will terminate upon the Company achieving $100 million in annual written premiums or August 15, 2006.

A total of 55,600 stock options were issued to third-party agents for service during 2001 at an exercise price of $0.20. A total of 16,860 options were vested at December 31, 2005. There were no options exercised or cancelled during 2005. At December 31, 2005, 3,944,400 options remain available for grant under this plan. The fair value of each option was estimated to be $0.20, and in accordance with Statement of Financial Accounting Standards No. 123, *Accounting for Stock-Based Compensation*, the Company recognized $1,000 in for the options granted during 2002.

12

CROP001348

10. **Notes Receivable From Sale of Common Stock**

During 2004, the Company issued 2,000,000 shares of common stock to an unrelated third party investor. In exchange, the Company received two notes receivable of $1,000,000 each. Each of the notes receivable accrue interest at 6.0% and require monthly payments of $6,511, commencing on April 1, 2005. The notes are secured by second mortgages on certain commercial properties. The entire principal balance and accrued interest is due on December 1, 2006. As of December 31, 2004, the total amounts outstanding on the notes receivable is $2,000,000. During 2005, the Company received $1,000,000 towards the sale of the mortgages. The mortgages were purchased by certain shareholders on January 26, 2006 for a total consideration of $1,500,000 plus an option for $500,000 of stock to be issued to a shareholder of the Company.

11. **Common Stock and Options**

In 2005, the Company issued 148,000 of common stock to officers, directors, or shareholders for services to the Company. The Company recognized a $14,800 expense for these grants. In 2004, the Company issued stock options to the Company's President as part of his compensation package. No compensation expense was recognized at the time of grant.

13

CROP001349