# CropUSA INSURANCE AGENCY, INC.

**Financial Statements and
Independent Auditors' Report**

**December 31, 2006 and 2005**

**EXHIBIT K**

RJT - 068660

# CropUSA Insurance Agency, Inc.

## Contents

|  | Page |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 2-3 |
| FINANCIAL STATEMENTS: | |
| Balance sheets | 4 |
| Statements of operations | 5 |
| Statements of stockholders' equity (deficit) | 6 |
| Statements of cash flows | 7 |
| Notes to financial statements | 8-14 |

RJT - 068661



**LeMASTER & DANIELS PLLC**

ACCOUNTING

AND

CONSULTING

SERVICES

MEMBER OF

THE

McGLADREY

NETWORK

| SPOKANE | OTHELLO |
| BOISE | QUINCY |
| COLFAX | TRI-CITIES |
| GRANDVIEW | WALLA WALLA |
| MOSES LAKE | WENATCHEE |
| OMAK | YAKIMA |

## INDEPENDENT AUDITORS' REPORT

Board of Directors
CropUSA Insurance Agency, Inc.
Lewiston, Idaho

We have audited the accompanying balance sheets of CropUSA Insurance Agency, Inc., as of December 31, 2006 and 2005, and the related statements of operations, stockholders' equity (deficit), and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe our audits provide a reasonable basis for our opinion.

For financial statement purposes, the Company records deferred income tax assets that relate to the estimated future tax benefit from operating loss carryovers. At December 31, 2006 and 2005, respectively, the Company has recorded a tax valuation allowance attributable to a portion of the deferred income tax assets. However, in our opinion, a full valuation allowance for the deferred income tax assets should be recorded in order to conform with accounting principles generally accepted in the United States of America. If such additional valuation allowance on deferred income tax assets had been recorded, total assets would have been reduced and accumulated deficit would have been increased by $1,357,000 and $457,000 as of December 31, 2006 and 2005, respectively. Net loss would have been increased by $900,000 and $457,000, respectively, for the years then ended.

In our opinion, except for the effects of not recording a full valuation allowance for deferred income tax assets as discussed in the preceding paragraph, the financial statements referred to above present fairly, in all material respects, the financial position of CropUSA Insurance Agency, Inc., as of December 31, 2006 and 2005, and the results of its operations and its cash flows for the years then ended, in conformity with accounting principles generally accepted in the United States of America.

RJT - 068662

2

The accompanying financial statements have been prepared assuming that the Company will continue as a going concern. As discussed in note 2 to the financial statements, the Company has suffered recurring losses from operations and had a significant accumulated deficit at December 31, 2006. This raises substantial doubt about the Company's ability to continue as a going concern. Management's plans in regard to these matters are also described in note 2. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

Spokane, Washington
April 23, 2007

RJT - 068663

3

# CropUSA Insurance Agency, Inc.

## Balance Sheets

|  | December 31, | |
|  | 2006 | 2005 |
| --- | ---: | ---: |
| *Assets* | | |
| Cash | $ 184,805 | $ 67,277 |
| Certificate of deposit | 128,505 | - |
| Commissions receivable | 3,451,502 | 707,585 |
| Less unearned portion | (2,917,678) | (683,388) |
| Net | 533,824 | 24,197 |
| Premiums receivable | 188,018 | 105,652 |
| Underwriting receivable | 230,000 | - |
| Prepaid expenses | 834,266 | 20,663 |
| Agent advances, less allowances of $317,341 and $100,000, respectively | 557,382 | 580,864 |
| Related-party receivables, companies | 380,104 | 53,716 |
| Related-party receivables, stockholders | 86,424 | - |
| Office equipment, less accumulated depreciation of $329,001 and $165,902, respectively | 441,151 | 566,640 |
| Deferred tax asset | 1,357,000 | 457,000 |
| Intangible asset, less accumulated amortization of $8,000 | 225,000 | - |
| Stock subscriptions receivable | - | 2,054,586 |
| | $ 5,146,479 | $ 3,930,595 |

### Liabilities and Stockholders' Equity (Deficit)

| LIABILITIES: | | |
| --- | ---: | ---: |
| Note payable to financial institution | $ 4,713,296 | $ 750,000 |
| Accounts payable and accrued expenses | 217,493 | 328,848 |
| Advances from stockholders | - | 1,336,823 |
| Due to related companies | - | 57,565 |
| Commissions payable | 611,636 | 114,435 |
| Obligation payable to insurance company | 637,500 | - |
| Capital lease obligation | 40,030 | 77,554 |
| Total liabilities | 6,219,955 | 2,665,225 |

*COMMITMENTS AND CONTINGENCIES*

| STOCKHOLDERS' EQUITY (DEFICIT): | | |
| --- | ---: | ---: |
| Common stock – 20,000,000 shares, $0.01 par value, authorized; 10,638,969 and 9,542,300 shares, respectively, issued and outstanding | 106,390 | 95,423 |
| Additional paid-in capital | 3,138,995 | 3,500,391 |
| Accumulated deficit | (4,318,861) | (2,330,444) |
| Total stockholders' equity (deficit) | (1,073,476) | 1,265,370 |
| | $ 5,146,479 | $ 3,930,595 |

RJT - 068664

See accompanying notes to financial statements.

4

# CropUSA Insurance Agency, Inc.

## Statements of Operations

|  | Years Ended December 31, | |
|  | 2006 | 2005 |
|---|---|---|
| *REVENUES:* | | |
| Commissions and allowances | $ 2,469,328 | $ 644,512 |
| Interest and other income | 35,482 | 135,648 |
| | 2,504,810 | 780,160 |
| *EXPENSES:* | | |
| General and administrative expense | 4,251,474 | 2,262,616 |
| Commission expense | 888,175 | 228,587 |
| Interest expense | 253,578 | 77,692 |
| | 5,393,227 | 2,568,895 |
| *LOSS FROM OPERATIONS* | (2,888,417) | (1,788,735) |
| *FEDERAL INCOME TAX BENEFIT* | 900,000 | 457,000 |
| *NET LOSS* | $(1,988,417) | $(1,331,735) |

See accompanying notes to financial statements.

RJT - 068665

5

# CropUSA Insurance Agency, Inc.

## Statements of Stockholders' Equity (Deficit)

**Years Ended December 31, 2005 and 2006**

| | Common Stock | | Additional Paid-in | Accumulated | |
| --- | --- | --- | --- | --- | --- |
| | Shares | Amount | Capital | Deficit | Total |
| BALANCES, DECEMBER 31, 2004 | 9,394,300 | $ 93,943 | $ 3,487,071 | $ (998,709) | $ 2,582,305 |
| ADD (DEDUCT): | | | | | |
| Common stock issued for services | 148,000 | 1,480 | 13,320 | - | 14,800 |
| Net loss | - | - | - | (1,331,735) | (1,331,735) |
| BALANCES, DECEMBER 31, 2005 | 9,542,300 | 95,423 | 3,500,391 | (2,330,444) | 1,265,370 |
| ADD (DEDUCT): | | | | | |
| Common stock issued for services | 56,669 | 567 | 5,100 | - | 5,667 |
| Common stock issued for guarantees | 1,040,000 | 10,400 | 93,600 | - | 104,000 |
| Reduction in stock subscription receivable | - | - | (460,096) | - | (460,096) |
| Net loss | - | - | - | (1,988,417) | (1,988,417) |
| BALANCES, DECEMBER 31, 2006 | 10,638,969 | $ 106,390 | $ 3,138,995 | $(4,318,861) | $(1,073,476) |

See accompanying notes to financial statements.

6

RJT 0068666

## Statements of Cash Flows

| | Years Ended December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| **Supplemental Disclosure of Cash Flows Information:** | | |
| Cash paid during the year for: Interest | $ 251,591 | $ 79,241 |
| **Noncash Investing and Financing Activities:** | | |
| Equipment acquired through leases | $ 7,480 | $ 45,085 |
| Common stock issued for debt guarantees | $ 104,000 | $ - |
| Common stock issued for services | $ 5,667 | $ 14,800 |
| Reduction of stock subscriptions receivable against related-party payables | $ 1,100,000 | $ - |
| Obligation payable incurred contract termination | $ 637,500 | $ - |

RJT - 068667

7

# CropUSA Insurance Agency, Inc.

## Notes to Financial Statements

### NOTE 1 — ORGANIZATION:

CropUSA Insurance Agency, Inc. (the Company) was incorporated in November 1999 under the laws of the state of Idaho. The Company is based in Lewiston, Idaho. The Company is related with AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc. (AIA) through the common ownership of these entities.

The Company's principal business is marketing multiple-peril crop insurance to farmers, many of whom are members of agricultural associations that subscribe to the Grower's National Cooperative Insurance Agency, Inc. (GNCIA). The policies are marketed and administered on behalf of an unrelated insurance company that operates under the Standard Reinsurance Agreement (SRA) with the Federal Crop Insurance Corporation (FCIC). The FCIC is a wholly owned government corporation of the U.S. Department of Agriculture.

### NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES:

*Commission income* – The Company earns commissions on policies that are sold to farmers. Commissions on policies insured by the FCIC are called "Administrative and Operations Allowances" (A&O) and are paid to the Company annually after the farmer reports crop plantings. Commission income, including A&O, is recognized ratably over the policy period.

Commissions are currently received from one insurance company. Any loss of the ability to market policies with this insurance company may negatively impact the Company's financial results until replacement insurers can be found.

Commissions receivable are carried at the original contract price. Management determines the uncollectibility of accounts by regularly evaluating individual customer receivables and considering a customer's financial condition, credit history, and current economic conditions. Management's evaluation resulted in no allowance for doubtful accounts at the balance-sheet dates.

*Commission expense* – The Company pays a commission to its third-party agents and to GNCIA for policies written to its policyholders. The amount of commissions paid to GNCIA is determined by stated agreement between the Company and GNCIA's Board of Directors.

*Office equipment* – Office equipment, including computer software and related equipment, is stated at cost less accumulated depreciation. Depreciation is computed principally by the straight-line method using estimated useful lives of three to five years.

*Income taxes* – The Company accounts for income taxes in accordance with the provisions of Statement of Financial Accounting Standards (SFAS) No. 109, *Accounting for Income Taxes*. Under the asset and liability method prescribed by SFAS No. 109, deferred income taxes are provided for temporary differences between the financial reporting and tax bases of assets and liabilities. Such differences primarily relate to accumulated depreciation of office equipment and the allowance for uncollectible agent advances. In addition, deferred tax assets are reported for the estimated future tax benefit of net operating loss carryforwards. Deferred taxes are measured using provisions of currently enacted tax laws. A valuation allowance against deferred tax assets is required if it is more likely than not that some or all of the deferred tax assets will not be realized.

*Reclassification* – Certain amounts in the accompanying 2005 financial statements have been reclassified to conform with the 2006 presentation with no effect on previously reported net income.

RJT - 068668

8

# CropUSA Insurance Agency, Inc.

## Notes to Financial Statements

### NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued):

*Stock-based compensation* – As allowed by SFAS No. 123, *Accounting for Stock-Based Compensation,* the Company has elected to retain the compensation measurement principles of Accounting Principles Board (APB) No. 25, *Accounting for Stock Issued to Employees,* and its related interpretations, for stock options issued through December 31, 2005. Under APB No. 25, compensation cost is recognized at the measurement date of the amount, if any, that the estimated fair market price of the Company's common stock exceeds the option exercise price. The measurement date is the date at which both the number of options and the exercise price for each option are known. Accordingly, no stock-based employee compensation cost has been recognized for pre-2006 grants, as all options granted under those plans had an exercise price that did not exceed the market value of the underlying common stock on the date of grant. For option grants beginning in 2006, the Company accounts for the fair value of the grants in accordance with SFAS No. 123. Transactions involving the issuance of the Company's stock in exchange for services or other consideration are based on the fair value of the consideration received or the fair value of the common stock issued, whichever is more reliably measurable.

*Estimates* – The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amount of revenues and expenses during the reporting period. Actual results could differ from those estimates.

*Intangibles* – The cost of intangible assets, including renewed commissions on insurance policies written and agency agreements, are amortized on a straight-line basis over an estimated useful life of five years.

*Cash concentrations* – The Company maintains accounts with various financial institutions with funds insured by the Federal Deposit Insurance Corporation (FDIC) up to $100,000. The Company's accounts at these institutions may exceed the FDIC insured limits at times. The Company has not experienced any losses in such accounts.

*Liquidity and financial condition* – The Company's financial statements are presented on the going concern basis, which contemplates the realization of assets and the satisfaction of liabilities in the normal course of business. The Company has operated at a net loss since inception and had an accumulated deficit at December 31, 2006. Operating cash was funded in 2006, primarily from cash reserves, an increase in the Company's line of credit and collection of monies from stock subscriptions. The Company is seeking to stabilize previous negative financial results through its increased efforts in marketing crop insurance policies. From December 2004 to July 1, 2006, the Company was appointed Managing General Agent (MGA) under Austin Mutual Insurance Company (Austin). With this appointment, the Company is authorized to issue policies, process premiums and adjudicate claims directly with the FCIC under the SRA. For crop year 2007, effective July 1, 2007, the Company entered into a similar arrangement with Clearwater Insurance Company. Under the terms of the new arrangement and SRA, approved June 28, 2006, the net commission and profit sharing fees increase substantially as compared to the previous agreement with Austin. Management believes that revenues obtained as an MGA and use of existing credit lines will be adequate to fund on-going operations, and to continue product development and marketing activities for a sufficient period to permit the Company to attain positive operating cash flows in the future.

Although the Company has finalized the 2006/2007 agreement to sell crop insurance under the FCIC, there can be no assurances given that the Company will be successful in the execution of its plans.

RJT - 068669

9

# CropUSA Insurance Agency, Inc.

## Notes to Financial Statements

### NOTE 3 — AGENT ADVANCES:

As of December 31, 2006 and 2005, the Company had recorded a net receivable of $557,382 and $580,864, respectively, which represents the Company's estimate of the net realizable value of advances paid to agents. Future commissions earned by agents will be offset against these advances.

### NOTE 4 — DEFERRED INCOME TAXES:

The Company's deferred tax assets principally relate to net operating loss carryforwards that are available, within statutory annual limits, to offset future taxable income, if any. These deferred tax assets were partially reserved by management's estimate of a valuation allowance for financial reporting purposes. At December 31, 2006 and 2005, the Company had tax-basis net operating loss carryforwards of approximately $5,400,000 and $2,700,000, respectively, which expire in calendar years 2021 through 2027.

Following is a summary of the Company's net deferred tax assets at the balance-sheet dates:

|  | December 31, | |
|---|---|---|
|  | 2006 | 2005 |
| Deferred tax assets | $ 1,963,000 | $ 1,034,000 |
| Deferred tax asset valuation allowance | (548,000) | (548,000) |
| Deferred tax liabilities | (58,000) | (29,000) |
| Net deferred tax assets | $ 1,357,000 | $ 457,000 |

The income tax benefits for each year differed from the amounts determined using the current federal statutory rates primarily because of the effects of state income taxes and the change in the deferred tax asset valuation allowance and differences in tax rate estimates. The allowance increased by $175,000 in 2005; none in 2006.

### NOTE 5 — NOTES PAYABLE TO FINANCIAL INSTITUTIONS:

The Company executed an agreement with a financial institution in October 2006 to provide for a revolving line of credit. Maximum borrowings under the facility are limited to $15,000,000. However, the borrowing base cannot exceed 80% of the aggregate A&O subsidy payments recognized by the Company within twelve months by the FCIC plus 65% of the aggregate amount of A&O subsidy payments recognized by the Company as owing to it on a date which is more than 12 but not more then 18 months of such date by the FCIC less the aggregate A&O subsidy payments attributable to any Crop Insurance policyholder that represents more than 5% of the total A&O Subsidy Payment. All outstanding borrowings accrue interest at 15% per annum, are personally guaranteed by a stockholder of the Company as well as a related company, and are collateralized by A&O subsidy payments. The Company must pay a minimum of $50,000 in monthly interest payments. The agreement matures on October 27, 2009, and can be extended automatically for one additional year given either the Company and or the lending institution does not submit their desire to opt out before the lapse of the current maturity period. The outstanding balance at December 31, 2006, was $4,713,296.

RJT - 068670

# CropUSA Insurance Agency, Inc.

## Notes to Financial Statements

### NOTE 5 — NOTES PAYABLE TO FINANCIAL INSTITUTIONS (continued):

As a part of the agreement the Company must maintain a lockbox at a designated bank. Commission payments as well as farmers' premium payments (if used in the borrowing base) are deposited directly into the designated lockbox and these amounts are used to pay down outstanding amounts on the line of credit.

The agreement requires the Company to comply with certain financial covenants and other terms. The Company was not in compliance with the maximum net loss covenant of the loan agreement at December 31, 2006. The lender subsequently executed an addendum to the agreement which eliminated the noncompliance at that date, but which requires the Company to meet specified net income amounts through 2009.

For 2005 the Company executed an agreement with a financial institution to provide for a revolving line of credit. Maximum borrowings under the facility are limited to $750,000. All outstanding borrowings accrue interest at the prime rate plus 1%, are personally guaranteed by certain stockholders of the Company, and are collateralized by receivables and equipment. Interest is required to be paid monthly. The outstanding balance at December 31, 2005, was $750,000.

### NOTE 6 — RELATED-PARTY TRANSACTIONS:

At December 31, 2006 and 2005, the Company had a receivable of $380,104 and $53,716, respectively, which represented the net of all related-party transaction balances between AIA and the Company. This receivable at December 31, 2006 and 2005, will be offset by future salaries and other expenses paid by AIA on behalf of the Company. AIA also provides office space and certain human resource and computer processing services to the Company under an administrative agreement that expires in 2008. Total expenses under this agreement were $455,649 in 2006 and $79,750 in 2005.

During 2005, Pacific Empire Radio Company (PERC), a related party through common ownership, loaned $50,000 to the Company. PERC also paid $7,565, one month's wages, for an employee who transferred employment from PERC to the Company in December 2005. The total amount payable to PERC was $-0- and $57,565 as of December 31, 2006 and 2005, respectively.

Effective November 1, 2006, the Company purchased for $240,000 certain tangible and intangible assets from Sound Insurance Agency, which is owned by PERC and its affiliate, Pacific Empire Holding Corporation. The assets purchased consisted primarily of agency agreements and renewed commissions on insurance policies written through Sound Insurance Agency.

Certain significant stockholders, including the Company's chairman, provided advances totaling $1,336,823 to the Company during 2005. All such advances are unsecured, due on demand, and noninterest-bearing. As discussed in note 9, these stockholders offset a total of $1,100,000 of such notes against the Company's stock subscription receivable.

At December 31, 2006, the Company had receivables totaling $86,424 which represent amounts advanced to two stockholders of the organization. All such advances are unsecured, due on demand, and noninterest-bearing.

RJT - 068671

# CropUSA Insurance Agency, Inc.

## Notes to Financial Statements

### NOTE 7 — LEASES:

The Company leases computer equipment under capital leases. The total cost and related accumulated depreciation of the leased computer equipment was $124,044 and $79,302, respectively, as of December 31, 2006. The lease payments and the present value of the net minimum lease payments due under capital lease obligations at December 31, 2006, are as follows:

| Years Ending December 31, | Amount |
|---|---|
| 2007 | $ 34,929 |
| 2008 | 6,125 |
| 2009 | 1,044 |
| Total minimum lease payments | 42,098 |
| Less amount representing interest | 2,068 |
| Present value of net minimum lease payments | $ 40,030 |

The Company leases office space under various operating lease agreements. Minimum lease payments required under operating leases that have initial or remaining noncancelable lease terms in excess of one year as of December 31, 2006, are as follows:

| Years Ending December 31, | Amount |
|---|---|
| 2007 | $ 68,320 |
| 2008 | 64,311 |
| | $132,631 |

Total lease expense was $123,854 and $68,290 for 2006 and 2005, respectively.

### NOTE 8 — STOCK-BASED COMPENSATION:

In June 2002, the Company adopted a 2002 Executive Owner Stock Incentive Plan (the Plan). Stockholders who own at least 5% of the Company are entitled to receive stock options under this Plan. This Plan provides for the future grant of a total of 1,000,000 common stock options at a price equal to the fair market value of the common stock at the time of grant. These options vest over a 5-year term and expire 6 years from the date of grant. The Plan was terminated August 15, 2006. No options have been granted under this plan as of December 31, 2006.

RJT - 068672

# CropUSA Insurance Agency, Inc.

## Notes to Financial Statements

### NOTE 8 — STOCK-BASED COMPENSATION (continued):

In August 2002, the Company adopted a 2002 Agents' Stock Incentive Plan. Current and prospective agents, regional managers, and other nonemployee consultants are able to receive stock options under this plan. This plan provides for the future grant of a total of 4,000,000 common stock options at a price equal to the fair market value of the common stock at the time of grant. Options are granted for new qualifying premiums submitted to the Company and for recruiting other agents. These options vest over a 5-year term and expire in 6 years from the date of grant. The plan was terminated in 2006. A total of 46,841 and 57,100 stock options were issued to third-party agents and a regional manager for services during 2006 and 2003, respectively, at an exercise price of $1.00 and $0.20, respectively. There were no options exercised during 2006 and 2005.

During 2006, the Company granted a stockholder a stock option to purchase 666,667 common shares at a purchase price of $0.75 per share. The option was fully vested upon issuance and expires in June 2007. The option has not been exercised.

Effective in 2004, the Company granted an officer a stock option to purchase 400,000 common shares at a purchase price of $1 per share. The option was fully vested upon issuance and expires in 6 years from the date of issuance, or earlier should the officer's employment terminate. The option has not been exercised.

The fair value of each grant during 2006 was estimated at the grant date using the Black-Scholes option-pricing model with the following weighted-average assumptions for grants: dividend rate of 0%; price volatility of 28%, average risk-free interest rate of 4.5%, and expected option life of 0.5 to 5 years. As permitted under SFAS No. 123 for nonpublic entities, the Company has elected to use the calculated value method to account for the options it issued in 2006. A nonpublic entity that is unable to estimate the expected volatility of the price of its underlying share may measure awards based on a "calculated value," which substitutes the volatility of an appropriate index for the volatility of the entity's own share price. The estimated fair value of stock options issued during 2006 was $-0-.

A summary of the status of the option plans at December 31, 2006, and changes during the year is as follows:

|  | Shares | Weighted-Average Exercise Price |
|---|---|---|
| Outstanding at beginning of year | 455,600 | $0.90 |
| Granted | 713,508 | 0.77 |
| Exercised | - | - |
| Forfeited | (39,000) | 0.20 |
| Outstanding at end of year | 1,130,108 | $0.84 |
| Exercisable at end of year | 1,076,627 | $0.84 |
| Weighted-average fair value per option of options granted during 2006 | $  - | |

RJT - 068673

13

# CropUSA Insurance Agency, Inc.

## Notes to Financial Statements

### NOTE 8 — STOCK-BASED COMPENSATION (continued):

In 2006 and 2005, the Company issued 1,096,669 and 148,000 common shares, respectively, to officers, directors, and stockholders for various services to the Company. The shares were valued at $0.10 per share for both 2006 and 2005, based on management's estimated fair value of the shares, resulting in compensation cost of $109,667 and $14,800 recognized during 2006 and 2005, respectively, for these grants.

### NOTE 9 — NOTES RECEIVABLE FROM SALE OF COMMON STOCK:

During 2004, the Company issued 2,000,000 shares of common stock to an unrelated third-party investor. In exchange, the Company received two notes receivable of $1,000,000 each. Each of the notes receivable accrue interest at 6% and require monthly payments of $6,511, commencing on April 1, 2005. The notes are secured by second mortgages on certain commercial properties. The entire principal balance and accrued interest was then due on December 1, 2006. As of December 31, 2006, and 2005, the total amounts outstanding on the notes receivable, including accrued interest, were $-0- and $2,054,586, respectively.

Effective January 20, 2006, the Company and three principal stockholders entered into an agreement to assume the subscription receivable and related collateral at a discounted price of $1,600,000, resulting in a reduction of additional paid-in capacity of $460,096 at that date. The transaction was funded through offsetting of certain notes payable to the stockholders and cash payments.

### NOTE 10 — NOTES RECEIVABLE INSURANCE AGREEMENT TERMINATION:

As discussed in note 2, in 2006 the Company entered into an agreement with Clearwater Insurance Company to become its new underwriter for its crop insurance business. Effective June 26, 2006, the Company terminated its agreement with Austin as its insurance underwriter. The termination agreement states that the Company must pay Austin a total of $750,000 within the next three years. Terms require a payment of $100,000 on or before April 30, 2006, $400,000 on or before April 30, 2007, and a final payment of $250,000 payable on or before April 30, 2008.

To provide for the remaining balances owed to Austin, the Company recorded an accrued liability for the full $400,000 owed in April 2007 and an amount representing the present value of the final $250,000 payment due in 2008. This resulted in a total accrual at December 31, 2006, of $637,500.

RJT - 068674