# CROPUSA INSURANCE AGENCY, INC

## Financial Statements

December 31, 2009,

December 31, 2008 .

December 31, 2007

**<u>EXHIBIT L</u>**

RJT - 068675

2/18/2010

# CROPUSA INSURANCE AGENCY, INC

## Contents

|  | Page |
|---|---|
| FINANCIAL STATEMENTS: |  |
| Balance sheets | 2 |
| Statements of income | 3 |
| Statements of stockholders' equity (deficit) | 4 |
| Statements of cash flows | 5 |
| Notes to financial statements | 6-11 |

RJT - 068676

## CROPUSA INSURANCE AGENCY, INC

### Balance Sheets

| | December 31, | | |
|---|---|---|---|
| | 2009 | 2008 | 2007 |
| **Assets** | | | |
| Cash and cash equivalents | $ 225,430 | $ 269,086 | $ 441,943 |
| Commission receivable | 835,719 | 7,554 | 516,381 |
| Accounts receivable | - | 200,000 | 1,569,158 |
| Prepaid expenses | 42,212 | 12,677 | 753,382 |
| Agent advances, less allowances of $0, $33,000 and $298,103 | 327,443 | 135,521 | 507,627 |
| Due from related companies, less allowances of $500,000, $500,000 and $0 | 1,221,673 | 1,089,406 | 1,242,268 |
| Due from related parties | 13,500 | 76,191 | |
| Subscription receivable | 100,000 | 100,000 | |
| Office equipment, net of accumulated depreciation | 56,771 | 72,405 | 331,085 |
| Investment in Sound Insurance | 81,000 | 129,000 | 177,000 |
| | $ 2,903,748 | $ 2,091,840 | $ 5,538,844 |
| **Liabilities and Stockholders' Equity (Deficit)** | | | |
| *LIABILITIES:* | | | |
| Line of credit payable | $ 833,900 | $ - | $ 8,326,993 |
| Accounts payable and accrued expenses | 174,392 | 182,876 | 536,832 |
| Commissions payable | 64,006 | - | 2,307,135 |
| Due to related parties | 70,000 | - | 287,139 |
| Obligation payable to insurance company | | | 250,000 |
| Long term lease payable | 7,049 | 12,751 | 19,661 |
| Total liabilities | 1,149,347 | 195,627 | 11,727,760 |
| *STOCKHOLDERS' EQUITY (DEFICIT):* | | | |
| Common stock - 20,000,000 shares, $0.01 par value, authorized; 11,772,869, 10,938,969 and 10,638,969 shares issued and outstanding | $ 117,729 | $ 109,390 | $ 106,390 |
| Additional paid in capital | 3,360,995 | 3,360,995 | 3,138,995 |
| Retained earnings | (1,724,322) | (1,574,172) | $ (9,434,301) |
| Total stockholder's equity (deficit) | 1,754,402 | 1,896,213 | (6,188,916) |
| | $ 2,903,748 | $ 2,091,840 | $ 5,538,844 |

See accompanying notes to financial statements.

2

RJT - 068677



### CropUSA Insurance

### Statements of Operations

|  | The Year Ended December 31, | |
|  | 2009 | 2008 |
| --- | --- | --- |
| **Revenues** | | |
| Commissions | $ 814,371 | $ 7,504,221 |
| Overhead commission | -- | 989,490 |
| Hall commission | -- | 1,289,676 |
| Profit commission | -- | (4,909) |
| Other Commissions | 181,263 | 195,709 |
| Administrative Fees | 228,630 | 322,402 |
| Investment Income | 2,803 | 10,400,892 |
| Total revenues | $ 1,227,067 | $ 20,697,481 |
| **Expenses** | | |
| Sales | $ 228,702 | $ 7,206,471 |
| Loss adjustment expense | -- | 671,695 |
| Association/GNCIA | -- | 59,526 |
| Information technology | -- | 226,435 |
| Processing | -- | 448,881 |
| Administration and general | 543,277 | 2,228,366 |
| Bad debt expense | | 500,000 |
| Interest, depreciation & amortization | 119,668 | 1,495,906 |
| Total expenses | $ 891,647 | $ 12,837,280 |
| Net gain (loss) | 335,420 | 7,860,201 |

RJT - 068678

# CROPUSA INSURANCE AGENCY, INC

## Statements of Income

|  | | Years Ended December 31, | | | | |
|---|---|---|---|---|---|---|
|  | | 2009 | | 2008 | | 2007 |
| REVENUES: | | | | | | |
| Commissions | $ | 814,371 | $ | 7,504,221 | $ | 6,189,974 |
| Overhead commission | | - | | 989,490 | | 649,439 |
| Hail commission | | - | | 1,289,676 | | 536,270 |
| Profit commission | | - | | (4,909) | | 359,843 |
| Other Commissions | | 181,263 | | 195,709 | | 125,518 |
| Administrative Fees | | 228,630 | | 322,402 | | - |
| Investment Income | | 2,803 | | 10,400,892 | | 80,517 |
| Total revenues | $ | 1,227,067 | $ | 20,697,481 | $ | 7,941,561 |
| | | | | | | |
| EXPENSES: | | | | | | |
| Sales | $ | 228,702 | $ | 7,206,471 | $ | 5,993,865 |
| Loss adjustment expense | | - | | 671,765 | | 619,798 |
| Association/GNCIA | | - | | 59,526 | | 734,146 |
| Information technology | | 99,158 | | 226,435 | | 514,288 |
| Processing | | - | | 448,881 | | 469,271 |
| Administration and general | | 929,689 | | 2,228,366 | | 1,658,379 |
| Bad debt expense | | | | 500,000 | | 69,028 |
| Interest, depreciation & amortization | | 119,668 | | 1,495,906 | | 1,641,226 |
| Total expenses | $ | 1,377,217 | $ | 12,837,350 | $ | 11,700,001 |
| | | | | | | |
| NET INCOME (LOSS) | $ | (150,150) | $ | 7,860,129 | $ | (3,758,440) |

RJT - 068679

# CROPUSA INSURANCE AGENCY, INC

**Statements of Stockholders' Equity (Deficit)**          Years Ended December 31, 2009, 2008, and 2007

| | Common Stock | | Additional Paid-In Capital | Accumulated Deficit | Total |
|---|---|---|---|---|---|
| | Shares | Amount | | | |
| Balance, December 31, 2006 | 10,638,969 | $ 106,390 | $ 3,138,995 | $ (5,675,861) | $ (2,430,476) |
| Shares Issued | - | - | - | - | - |
| Net loss | - | - | - | (3,758,440) | (3,758,440) |
| Balance, December 31, 2007 | 10,638,969 | $ 106,390 | $ 3,138,995 | $ (9,434,301) | $ (6,188,916) |
| Shares Issued | 300,000 | 3,000 | 222,000 | - | 225,000 |
| Net gain (loss) | - | - | - | 7,860,129 | 7,860,129 |
| Balance, December 31, 2008 | 10,938,969 | $ 109,390 | $ 3,360,996 | $ (1,574,173) | $ 1,896,213 |
| Shares Issued | 833,900 | 8,339 | | - | 8,339 |
| Net gain (loss) | - | - | - | (150,150) | (150,150) |
| Balance, December 31, 2009 | 11,772,869 | $ 117,729 | $ 3,360,997 | $ (1,724,322) | $ 1,754,401 |

See accompanying notes to financial statements.

4

RJT - 068680

# CROPUSA INSURANCE AGENCY, INC

## Statements of Cash Flows

| | Years Ended December 31, | | |
| --- | --- | --- | --- |
| | 2009 | 2008 | 2007 |
| **Increase (Decrease) in Cash** | | | |
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | | |
| Net income (loss) | $ (150,150) | $ 7,860,129 | $(3,758,440) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: | | | |
| Depreciation and amortization | 63,633 | 152,435 | 225,527 |
| Changes in assets and liabilities: | | | |
| Accounts receivable and agent advances | 8,078 | 1,733,710 | (137,001) |
| Commissions receivable | (828,165) | 516,381 | 17,443 |
| Prepaid expenses | (29,535) | 740,705 | 80,884 |
| Premium payable | - | (119,719) | (964,384) |
| Commissions payable | 64,006 | (2,307,135) | 1,695,499 |
| Accounts payable and accrued expenses | (8,484) | (234,236) | 319,339 |
| Due from related companies | (132,267) | 285,952 | (862,164) |
| Due to related parties | 132,691 | (596,420) | 373,563 |
| Net cash provided by (used in) operating activities | (880,193) | 8,031,802 | (3,009,734) |
| | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | |
| Issuance of Stock | 8,339 | 225,000 | - |
| Certificate of deposit | - | 133,488 | (4,983) |
| Purchase of office equipment/software | - | 154,245 | (67,461) |
| Net cash provided by investing activities | 8,339 | 512,733 | (72,444) |
| | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | | |
| Line of credit payable | 833,900 | (8,326,993) | 3,613,697 |
| Note payable to Austin Mutual | - | (250,000) | (387,500) |
| Payment on capital lease obligation | (5,702) | (6,910) | (20,369) |
| Net cash provided by financing activities | 8,339 | 512,733 | (72,444) |
| | | | |
| NET INCREASE IN CASH AND CASH EQUIVALENTS | (863,515) | 9,057,268 | (3,154,622) |
| CASH AND CASH EQUIVALENTS, BEGINNING OF YEAR | 269,086 | 308,455 | 184,805 |
| CASH AND CASH EQUIVALENTS, END OF YEAR | $ (594,429) | $ 9,365,722 | $(2,969,817) |

See accompanying notes to financial statements.

5

RJT - 068681

# CropUSA Insurance Agency, Inc.

## Notes to Financial Statements

### NOTE 1 - ORGANIZATION:

CropUSA Insurance Agency, Inc. (the Company) was incorporated in November 1999 under the laws of the state of Idaho. The company is based in Lewiston, Idaho.

The Company's principal business is marketing multiple-peril crop insurance (MPCI) to farmers, many of whom are members of agricultural associations that subscribe to the Growers National Cooperative Insurance Agency, Inc. (GNCIA). The policies are marketed and administered on behalf of an unrelated insurance company that operates under the Standard Reinsurance Agreement (SRA) with the Federal Crop Insurance Corporation (FCIC). The FCIC is a wholly-owned government corporation of the U.S. Department of Agriculture.

In October 2008, the Company entered into and independent crop insurance agency agreement with Hudson Insurance Group. The agreement calls for the Company to act as Hudson's independent agent in order to market and supervise the conduct of writing crop insurance through its subagents and agencies, beginning with the 2009 crop year. The contract remains in effect, unless the Company or Hudson terminate the agreement upon 5 days prior written notice to the other.

In September 2009, the Company entered into a general agency crop insurance agreement with ADM Crop Risk Services, Inc. The agreement calls for the Company to act as ADM's General Agent in order to market and supervise the conduct of writing crop insurance through its subagents and agencies, effective for the 2010 crop year. The agreement will continue through June 30, 2010, and shall automatically renew for an additional one-year term and each year thereafter, unless terminated.

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

*Commission income* - The Company earns commissions on policies that are sold to farmers. Commissions on policies insured by the FCIC are called "Administrative and Operations Allowanced" (A&O) and are paid to the Company annually after the farmer reports crop plantings. Commission income, including A&O, is recognized ratably over the policy period.

Commissions are currently received from two insurance companies. Any loss of the ability to market policies with these insurance companies may negatively impact the Company's financial results until replacement insurers can be found.

Commissions receivable are carried at the original contract price. Management determines the uncollectibility of accounts by regularly evaluating individual customer receivables and considering a customer's financial condition, credit history, and current economic conditions. Management's evaluation resulted in no allowance for doubtful accounts at the balance-sheet dates.

*Commission expense* - The Company pays a commission to its third party agents for policies written to its policyholders. The amount of commissions paid to third party agents is determined by stated agreement between the Company and those agents.

*Office equipment* - Office equipment, including computer software and related equipment, is stated at cost less accumulated depreciation. Depreciation is computed principally by the straight-line method estimated useful lives of three to five years.

6

RJT - 068682

# CropUSA Insurance Agency, Inc.

## Notes to Financial Statements

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued):

*Income taxes* - The Company accounts for income taxes in accordance with the provisions of Statement of Financial Accounting Standards (SFAS) No. 109, *Accounting for Income Taxes.* Under the asset and liability method prescribed by SFAS No. 109, deferred income taxes are provided for temporary differences between the financial reporting and tax bases of assets and liabilities. Such differences primarily related to accumulated depreciation of office equipment and the allowance for uncollectible agent advances. In addition, deferred tax assets are reported for the estimated future tax benefit of net operating loss carry forwards. Deferred taxes are measured using provisions of currently enacted tax laws. A valuation allowance against deferred tax assets is required if it is more likely than not that some or all of the deferred tax assets will not be realized.

*Reclassification* - Certain amounts in the accompanying 2008 and 2007 financial statements have been reclassified to conform with the 2009 presentation with no effect on previously reported net loss.

*Stock-based compensation* - As allowed by SFAS No. 123, *Accounting for Stock-Based Compensation,* the Company has elected to retain the compensation measurement principles of Accounting Principles Board (APB) No. 25, *Accounting for Stock Issued to Employees,* and its related interpretations, for stock options issued through December 31, 2005. Under APB No. 25, compensation cost is recognized at the measurement date of the amount, if any, that the estimated fair market price of the Company's common stock exceeds the option exercise price. The measurement date is the date at which both the number of options and the exercise price for each option are known.

Accordingly, no stock-based employee compensation cost has been recognized for pre-2006 grants, as all options granted under those plans had an exercise price that did not exceed the market value of the underlying common stock on the date of grant. For option grants beginning in 2006, the Company accounts for the fair value of the grants in accordance with SFAS No. 123. Transactions involving the issuance of the Company's stock in exchange for services or other considerations are based on the fair market value of the consideration received or the fair value of the common stock issued, whichever is more reliably measurable.

*Estimates* - The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amount of assets in liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amount of revenues and expenses during the reporting period. Actual results could differ from those estimates.

*Intangibles* - The cost of intangible assets, including commissions on renewed insurance policies written and agency agreements, are amortized on a straight-line basis over an estimated useful life of five years.

*Cash concentrations* - The Company maintains accounts with various financial institutions with funds insured by the Federal Deposit Insurance Corporation (FDIC). The Company's accounts at these institutions may exceed the FDIC insured limits at times. The Company has not experienced any losses in such accounts.

7

RJT - 068683

# CropUSA Insurance Agency, Inc.

## Notes to Financial Statements

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued):

*Recent accounting pronouncements* - In July 2006, Financial Accounting Standard Board (FASB) issued Interpretation No. 48, *Accounting for Uncertainty in Income Taxes* (FIN 48). FIN 48 clarifies the accounting for uncertainty in income taxes recognized in an enterprise's financial statements in accordance with FASB No. 109, Accounting for Income Taxes. FIN 48 prescribes a recognition threshold and measurement attribute for the financial statement recognition and measurement of a tax position taken or expected to be taken in a tax return. FIN 48 also provides guidance on derecognition of tax benefits, classification on the balance sheet, interest and penalties, accounting in interim periods, disclosure, and transition.

In December 2008, FASB provided for a deferral of the effective date of FIN 48 for certain nonpublic enterprises to annual financial statements for fiscal years beginning after December 15, 2008. The Company has elected this deferral and accordingly will be required to adopt FIN in its 2009 annual financial statements. Prior to adoption of FIN 48, the Company will continue to evaluate its uncertain tax positions and related income tax contingencies under SFAS No. 5, *Accounting for Contingencies.* SFAS No. 5 requires the Company to accrue for losses it believes are probably and can be reasonable estimated. Management has not yet determined if the adoption of FIN 48 will have a material effect on the Company's financial statements.

Effective January 1, 2008, the Company adopted the provisions of FASB No. 157, *Fair Value Measurements,* related to its financial assets and liabilities and non financial assets and liabilities measured at fair value on a recurring basis. In February 2008, FASB issued Staff Position No. 157-2, which deferred the effective date for certain portions of FASB No. 157 related to nonrecurring measurements of nonfinancial assets and liabilities. The Company will be required to adopt provisions of FASB No. 157 in 2010. The adoption of the provisions of FASB No. 157 that became effective on January 1, 2008, did not have a material impact on the Company's financial statements.

### NOTE 3 - AGENT ADVANCES:

As of December 31, 2009, 2008 and 2007, the Company had recorded a net receivable of $327,443, $135,521 and $507,627, respectively, which represents the Company's estimate of the net realizable value of advances paid to agents. Future commissions earned by agents will be offset against these advances.

### NOTE 4 - DEFERRED INCOME TAXES:

The Company's deferred tax assets principally relate to net operating loss carryforwards that are available, within statutory annual limits, to offset future taxable income, if any. These deferred tax assets were fully reserved by management's estimate of a valuation allowance for financial reporting purposes. At December 31, 2008 and 2007, the Company had tax-basis net operating loss carryforwards of approximately $750,000 and $9,180,000, respectively, which expire in calendar years 2021 through 2028.

8

RJT - 068684

## CropUSA Insurance Agency, Inc.

### Notes to Financial Statements

*NOTE 4 - DEFERRED INCOME TAXES (continued):*

Following is a summary of the Company's net deferred tax assets at the balance sheet dates:

|  | December 31, | |
|---|---|---|
|  | 2008 | 2007 |
| Deferred tax assets | $ 470,000 | $ 3,507,000 |
| Deferred tax asset valuation allowance | (470,000) | (3,430,000) |
| Deferred tax liabilities | - | (77,000) |
| Net deferred tax assets | $ - | $ - |

The income tax benefits for each year differed from the amounts determined using the current federal statutory rates primarily because of the effects of state income taxes and the change in the deferred tax asset valuation allowance and differences in tax rate estimates. The allowance decreased by $2,960,000 and $1,470,000 in 2008 and 2007, respectively.

### NOTE 5 - NOTES PAYABLE TO FINANCIAL INSTITUTIONS:

On July 23, 2009, the Company established a line of credit with Zions First National Bank. Maximum borrowing under the agreement is limited to $2,000,000 and contains certain financial covenants and is collateralized by Company assets. The outstanding balance as of December 31, 2008 was $833,900, respectively.

*NOTE 6 - RELATED-PARTY TRANSACTIONS:*

At December 31, 2009, 2008 and 2007, the Company had a receivable of $1,221,673, $956,316 and $1,146,644, respectively, which represented the net of all related-party transaction balances between AIA Services Corporation (AIA and the Company, net of allowance of $500,000, $500,000 and $-0-, respectively. In September 2007 a note agreement was signed between AIA and the Company. As of December 31, 2008, a new signed note between the Company and AIA was executed in the amount of $831,792. The loan bears interest at 6% per annum and is due December 31, 2010. It is secured by a promissory note between the Universal Life Insurance Company and AIA as well as a deed of trust in real estate of instrument number 580883 in Nez Perce County. In December 2009, the Company subordinated this agreement to Syringa Bank. AIA and the Company share office space, certain human resource and computer processing services administrative agreement that expired in 2008. The agreement had been extended for a period of one year. Total expenses under this agreement were $207,679 in 2009, $163,369 in 2008 and $211,907 in 2007.

Effective November 1, 2006, the Company purchased for $240,000 certain tangilbe and intangible assets from Sound Insurance Agency, which is owned by Pacific Empire Radio Corporation (PERC) and its affiliate, Pacific Empire Holding Corporation. The assets purchased consisted primarily of agency agreements and renewed commissions on insurance policies written through Sound Insurance Agency.

At December 31, 2009, 2008 and 2007, the Company had receivables totaling $113,500, $176,191 and $-0-, respectively, which represents amounts advanced to two stockholders of the Company. All such advances are unsecured, due on demand and noninterest bearing.

9

RJT - 068685

## CropUSA Insurance Agency, Inc.

### Notes to Financial Statements

*NOTE 6 - RELATED-PARTY TRANSACTIONS (continued):*

At December 31, 2008, the Company had receivables from a related organization (PERC) totaling $133,090. The receivable was secured through a note agreement between the Company and PERC. The note accrues interest at 16% per annum and is due December 31, 2009. The note is secured by assets of the Company.

*NOTE 7 - LEASES:*

The Company leases computer equipment under capital leases. The total cost and related accumulated depreciation of the leased computer equipment was $19,388 and $7,967, respectively, as of December 31, 2009. The lease payments and the present value of the net minimum lease payment due under capital lease obligations at December 31, 2009, are as follows:

| Years Ending December 31, | Amount |
|---|---|
| 2010 | $ 5,595 |
| 2011 | 671 |
| Total minimum lease payments | 6,266 |
| Less amount representing interest | 386 |
| Present value of net minimum lease payments | 5,880 |

The Company leases office space under various operating lease agreements. Minimum lease payments required under operating leases that have initial or remaining noncancelable lease terms in excess of one year as of December 31, 2009, are $37,224. Total lease expense was $64,824, $146,543 and $98,982 for 2009, 2008 and 2007, respectively.

*NOTE 8 - NOTES PAYABLE INSURANCE AGREEMENT TERMINATION:*

In 2006 the Company entered into an agreement with Clearwater Insurance Company to become its new underwriter for its crop insurance business. Effective June 26, 2006, the Company terminated its agreement with Austin Mutual as its insurance underwriter. The termination agreement states that the Company must pay Austin a total of $750,000 within the next three years. Terms required three annual payments beginning in 2006 with the final payment of $250,000 payable on or before April 30, 2008.

*NOTE 9 - LITIGATION:*

The Company has been named as a co-defendant in a breach of contract complaint. The plaintiff contends, among other things, that a related company has not met its contractual obligation to guarantee the debts of the parent company and is seeking substantial damages from the defendants. The plaintiff's claim against the Company is based on theories of alter ego and piercing the corporate veil premised on certain facts of the sharing of employees and certain expense and asset sharing between the companies and because of significant common shareholding of the companies. See note 11 regarding summary judgment granted to the defendant subject to appeal filed.

As of June 17, 2009, a summary judgment was granted in the District Court of the Second Judicial District of the State of Idaho, in and for the county of Nez Perce related to a breach of contract complaint described in note 8. The motion granted that the original agreement between the defendant and the plaintiff was illegal and unenforceable. The judgment nullifies any further obligations to the plaintiff in the original agreement. The plaintiff is currently appealing the judgment.

10

RJT - 068686

# CropUSA Insurance Agency, Inc.

## Notes to Financial Statements

### NOTE 10 - EMPLOYEE BENEFIT PLAN:

The Company maintains a profit-sharing retirement plan with an Internal Revenue Service Code Section 401(k) feature covering substantially all employees who have completed three months of service. Employee elective deferral contributions are fully vested immediately and Company contributions are fully vested after seven years of participation. The Company made contributions to the plan of $18,975, $66,700, and $61,449 in 2009, 2008 and 2007, respectively.

### NOTE 11 - BUSINESS UNIT SALE:

Effective August 29, 2008, the Company completed a sale of its MPCI and associated lines of business including related assets and assumption of liabilities as described in the purchase and sale agreement. Also included in the sale were any unpaid, outstanding future commission and/or potential profit-sharing payments due from the buyer to the seller. Included in the sale are agreements for the use of CropUSA personnel to handle administrative functions as well as a consulting role for the president of seller on behalf of the buyer through November 30, 2008. The agreement also provides for a noncompete agreement for the seller through the 2009 MPCI crop year.

Following is a summary of the sale transaction:

| | | |
|---|---|---:|
| Assets sold: | | |
| Cash | $ | 100 |
| Agent advances, commissions and premiums receivable | | 2,185,300 |
| Property, plant, and equipment, net accumulated depreciation | | 179,800 |
| Prepaid expenses | | 490,800 |
| | | 2,856,000 |
| Lease liabilities assumed: | | |
| Accrued liabilities | $ 1,127,800 | |
| Commissions payable | 3,867,800 | |
| Line of credit | 5,938,300 | |
| Lease liability | 4,000 | |
| | | 10,937,900 |
| | | 2,324,100 |
| Receivable from buyer | | |
| Gain on sale | | $ 10,406,000 |

11

RJT - 068687