FILED

2008 JUN 2 PM 4 33

PATTY O. WEEKS
CLERK OF THE DIST. COURT

DEPUTY

MICHAEL S. BISSELL, ISB No. 5762
CAMPBELL, BISSELL & KIRBY PLLC
7 South Howard Street, Suite 416
Spokane, WA  99201
Tel: (509) 455-7100
Fax: (509) 455-7111

Attorneys for Plaintiff Donna J. Taylor

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF NEZ PERCE

| | |
|---|---|
| DONNA J. TAYLOR;<br><br>               Plaintiff,<br><br>    v.<br><br>R. JOHN TAYLOR;<br><br>               Defendant. | Case No.: CV08-01150<br><br>**COMPLAINT**<br><br>**Category: A.1.**<br>**Fee: $88.00** |

Donna Taylor, by and through her attorneys of record, CAMPBELL, BISSELL &
KIRBY, PLLC, alleges as follows:

## I. PARTIES

1.    Plaintiff Donna J. Taylor is a resident of Clarkston, Washington.

2.    Defendant R. John Taylor is a resident of Lewiston, Nez Perce County,
Idaho.

## II. JURISDICTION AND VENUE

3.    Defendant resides in Nez Perce County and damages exceed $10,000.

Jurisdiction and venue are, therefore, appropriate in Nez Perce County District Court.

COMPLAINT - 1

ORIGINAL

EXHIBIT M

## III. FACTS/CAUSES OF ACTION

3.     Plaintiff Donna J. Taylor is the sole owner of all outstanding Preferred A Shares in AIA Services Corporation.   Under the Articles of Incorporation of AIA Services Corporation, Plaintiff Donna Taylor's Preferred A Shares has priority of payment over all other shares in AIA Services Corporation, including priority over any distributions to commons shares owned by the Defendant R. John Taylor.

4.     From 2004 through the present time, Defendant R. John Taylor was the Chairman of the Board of Directors of AIA Services Corporation and its subsidiary AIA Insurance, Inc.  From 2004 through the present time, Defendant R. John Taylor was the Chief Executive Officer and/or President of AIA Services Corporation and its subsidiary AIA Insurance, Inc.

5.     From 2004 through the present time, Defendant R. John Taylor owed fiduciary duties to the Plaintiff Donna J. Taylor.  From 2004 through the present time, Defendant R. John Taylor was also an attorney and a director of a publicly traded company, Avista Corporation, and had sophisticated knowledge of the legal obligations associated with his fiduciary duties owed to shareholders, including Plaintiff Donna Taylor.

6.     Under the terms of the Series A Preferred Shareholder Agreement dated July 1, 1996 (which was executed by Defendant R. John Taylor on behalf of AIA Services Corporation), AIA Services Corporation was required to complete its payment obligations to Plaintiff Donna J. Taylor prior to 2005, but AIA Services Corporation failed to do so.

COMPLAINT - 2

7.     In 2004, AIA Services Corporation was in default of its obligations to Plaintiff Donna Taylor and was required to pay her over $700,000. In 2004, Defendant R. John Taylor represented to Plaintiff Donna Taylor that AIA Services Corporation did not have the funds to pay her when if fact AIA Services Corporation, through its wholly owned subsidiary AIA Insurance, Inc., had the funds to pay Plaintiff Donna J. Taylor in full as required.

8.     In 2004, instead of paying the Plaintiff Donna J. Taylor as required, Defendant R. John Taylor unlawfully and/or fraudulently transferred $1,510,693 from AIA Insurance, Inc. to Crop USA Insurance Agency, Inc., a corporation in which the Defendant R. John Taylor owned approximately 40% of the outstanding common shares and neither AIA Services Corporation nor AIA Insurance, Inc. held any ownership interest.

9.     From 2004 through the present time, Defendant R. John Taylor paid himself excessive compensation of hundreds of thousands of dollars when AIA Services Corporation had not complied with its obligations to Plaintiff Donna Taylor. From 2004 through the present time, Defendant R. John Taylor sold crop insurance by funding and/or operating Crop USA Insurance Agency, Inc. in violation of the corporate opportunity doctrine, when Defendant R. John Taylor represented to Plaintiff Donna Taylor that Crop USA Insurance Agency, Inc. was being developed by AIA Services Corporation and/or AIA Insurance, Inc. Defendant R. John Taylor also inappropriately provided Crop USA Insurance Agency, Inc. with AIA Insurance, Inc.'s labor, expenses, office space and trade secrets.

COMPLAINT - 3

10. At the time of the unlawful transfer of $1,510,693 to Crop USA Insurance Agency, Inc. and the other acts of Defendant R. John Taylor as described herein, AIA Services Corporation owed over $700,000 to Plaintiff Donna J. Taylor, which such amount was due and should have been paid in full. Plaintiff Donna J. Taylor had a right to rely on Defendant R. John Taylor's representations and relied on the same. Defendant R. John Taylor's acts, including, without limitation, those acts described above, constitute fraud and breaches of his fiduciary duties owed to Plaintiff Donna J. Taylor.

11. As a result of the acts of Defendant R. John Taylor, including, without limitation, those acts described in the above paragraphs, Plaintiff Donna J. Taylor has been damaged and is entitled to judgment against Defendant R. John Taylor in the amount of $421,623.58.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Donna J. Taylor prays for the following relief:

1. For a judgment against Defendant R. John Taylor, individually, in the amount of $421,623.58, the exact amount to be proven at trial or on summary judgment, plus an award of pre-judgment and post-judgment interest.

2. For an award of Plaintiff Donna J. Taylor's attorneys fees and costs incurred in this action pursuant to Idaho Law, including, I.C. § 12-120 and/or I.C. § 12-121.

DATED this 2 day of June, 2008.

CAMPBELL, BISSELL & KIRBY PLLC

By: _____

Michael S. Bissell
Attorneys for Plaintiff Donna J. Taylor

COMPLAINT - 4