**AIA Services**

**AIA Services Corporation**
One Lewis Clark Plaza
PO Box 538
Lewiston, Idaho  83501-0538
(208) 799-9000   FAX (208) 746-8159

March 16, 2007

Dear Shareholders of AIA Services Corporation.

As President and Chairman of AIA Services Corporation, I am calling a special meeting of the shareholders.  I ask you for your support in defending the Company, its wholly-owned subsidiary, AIA Insurance, Inc., its directors and shareholders from a lawsuit that has been filed by the former majority shareholder, Reed J. Taylor.

The former majority shareholder has filed suit in the 2nd District Court of Idaho against the Company, AIA Insurance, Inc., directors, JoLee Duclos, Bryan Freeman, and me. The former majority shareholder alleges that the company is in default of its obligations to him, that the directors have thwarted his efforts to allow him to legally take control of AIA Insurance, Inc., and for other acts that have allegedly diminished the assets of AIA Insurance to his detriment.

The Company and other defendants deny the accusations and have pledged to vigorously defend the Company and themselves against the allegations.  The Company intends to file counterclaims against the plaintiff for damages for his continuous and nefarious interference with the operations of the Company, inappropriate and damaging actions with regard to the Company's agency force, and for slander against the business to the public and the associations which we represent.

This special meeting has been called to authorize payment of attorneys' fees for the current Board of Directors, John Taylor, JoLee Duclos and Bryan Freeman.   Since the former majority shareholder has sued all the current directors, we are asking for shareholder authorization to expend corporate funds to defend against the action.

Idaho Code 30-1-853 provides that a corporation may advance funds to pay the reasonable expenses incurred by a director who is a party to a proceeding because he/she is a director.  Usually this authority to advance funds for defending against lawsuits is granted by the disinterested directors of the Board of Directors.  In this case, the entire Board is named in the suit.  Therefore, through this vote of the shareholders, we ask for your support of the resolution.

If you would like a copy of the complaint filed in this matter, please contact me at 208.799.9000.  Thank you very much.

Sincerely,

R. John Taylor

RJT 0000801

**EXHIBIT Q**

TFBB008355