AIA SERVICES CORPORATION
SPECIAL MEETING OF SHAREHOLDERS

March 28, 2007

A special meeting of the shareholders of AIA Services Corpora-
tion was held in Lewiston, Idaho, pursuant to notice, on March
28, 2007. John Taylor called the meeting to order at 9:00 a.m.

Roll call was taken and R. John Taylor was present in person.
Shareholders present by proxy were:  Corrine M. Beck, Michael W.
Cashman, Michael W. Cashman Sr. IRA, Michael W. Cashman Jr.,
Chris W. Ferwalt, Carlton Kent Gray, Raymond R. Heilman, Raymond
R. Heilman Profit Share, Bobette N. Ruddell, Bruce Sweeney,
Alton D. Woodworth, and Kay Hanchett.   Also present was
Corporate Secretary, JoLee Duclos.

**Proxies returned by common stock shareholders authorized the
corporation to pay attorney's fees pursuant to Idaho Code
Section 30-1-853(3)(b) for R. John Taylor, JoLee K. Duclos, and
Bryan Freeman by the following vote:**

**For:      436,986 shares**
**Against:  -0- shares**
**Abstain:  788 shares**

R. John Taylor also abstained from voting his 1,034,834.5
shares.

There being no further business, the meeting was adjourned at
9:10 a.m.

_____

JoLee K. Duclos, Secretary

Board of Directors Minutes        1

**EXHIBIT R**



AIAPROD00171853