**KIM J. TROUT, ISB #2468**
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID  83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
service@trout-law.com

Attorneys for Defendant AIA Services Corporation & AIA Insurance, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE L. MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.;<br><br>Plaintiff,<br><br>vs.<br><br>CONNIE TAYLOR HENDERSON, an individual; JOLEE K. DUCLOS, an individual; HAWLEY TROXELL ENNIS & HAWLEY, LLP, an Idaho limited liability partnership; GARY D. BABBITT, an individual; D. JOHN ASHBY, an individual; RICHARD A. RILEY, an individual; MICHAEL W. CASHMAN SR., an individual; JAMES BECK, an individual; R. JOHN TAYLOR, an individual; CROP USA INSURANCE AGENCY, INC., an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; AIA INSURANCE, INC., an Idaho corporation; CROP USA INSURANCE SERVICES, LLC, an Idaho limited liability company; and GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 1:10-CV-404-DCN-CWD<br><br>**TROUT & JONES, PLLC'S APPLICATION FOR PAYMENT OF FEES AND COSTS** |

COMES NOW, Trout & Jones, PLLC and hereby requests the Court enter an order and disburse the sum of $79,530.65 to Trout Law, PLLC for the payment of outstanding fees incurred in representing AIA Services Corporation and AIA Insurance, Inc.

## ARGUMENT

Trout & Jones, PLLC (formerly Trout Law, PLLC) was retained on behalf of AIA Insurance, Inc. And AIA Services Corporation (the "AIA Entities"). On December 22, 2021, Trout Law, PLLC ("Trout Law") entered its appearance on behalf of the AIA Parties (Dkt 1184). Trout Law made its appearance on the basis that, and pursuant to Plaintiff's request, the Court entered a Notice of Intent (Dkt 1180) wherein the Court advised the AIA Parties that "[o]n September 12, 2019, when the last set of attorneys withdrew from representing the AIA Entities, this Court ordered that [the AIA Entities] needed to appoint another attorney." The Court further advised the AIA Entities of its intent to "enter default against them… if they do not appoint an attorney and make an appearance within twenty-one days of this Notice." *Id.* at p. 2. This followed the demand by Miesen, through its counsel of record, that the AIA Entities had to secure counsel.

Following the Notice of Intent, Trout Law was retained and has participated in this case on behalf of the AIA Entities. Mr. Miesen has previously acknowledged that the settlement proceeds are an asset of the AIA Entities. In this matter, John Taylor has individually paid over $30,000 in fees and costs to Trout Law, PLLC for its representation of the AIA Entities. However, Trout Law, PLLC has an outstanding balance, on this matter, of $79,530.65, which is for time entries that date as far back as May 2022. Rather than withdrawing as counsel, the undersigned has chosen to stay engaged representing the AIA Entities by asserting Miesen's claims, especially as against the AIA Entities, are derivative in nature. (Dkt. 1209). The Court has made that finding (Dkt. 1301) and entered subsequent a subsequent judgment.

**Trout & Jones, PLLC's Application for Payment of Fees and Costs | Page 2**

As advised in Dkt. 1209, the AIA Entities stated they would be "filing a Motion for Attorney's Fes which motion is assumed to be one to be decided at a time to be determined by the Court." Here, it is unreasonable to ask Trout & Jones, PLLC to continue its representation of the AIA Entities, including responding to Miesen's myriad of filings such as the Motion for Writ of Mandamus and pending appeal, without further compensation. These bills were incurred after May 2022 and directly correspond to responding to Miesen's filings and/or the Court's subsequent request for additional briefing.

Following the Court's entry of Dkt. 1301 and subsequent judgment(s), the AIA Entities jointly filed a memorandum of fees and costs (Dkt. 1314). The AIA Entities <u>are not</u> asking the Court to rule on those pending motions, however as the Plaintiff has alleged and is aware of, the settlement proceeds which the Court is retaining is the primary asset of the AIA Entities. The AIA Entities are unable to pay their attorney for work which was necessitate by the Plaintiff, and therefore it is appropriate for the Court to order payment to Trout & Jones, PLLC for work performed in this matter and which has been unpaid since 2022.

The Court has ordered, pursuant to FRCP 67, settlement funds from the Hawley Troxell Enniss & Hawley settlement to be deposited into an interest-bearing account. This settlement was approved by the Court and was directed to be deposited into the Court's registry (Dkt. 1235). The Settlement Agreement (Dkt. 1208-1) explicitly states that the "Settlement Payment, which is for the benefit of the AIA Entities". Pursuant to FRCP 67(b), the AIA Entities are requesting the Court order payment to Trout & Jones, PLLC for its representation of the AIA Entities.

## **CONCLUSION**

Trout & Jones, PLLC requests the Court order the Clerk of the Court to issue a check to Trout & Jones, PLLC in the amount of $79,530.65 for the outstanding invoices incurred to date.

DATED January 14, 2026.

TROUT & JONES, PLLC

_/s/ Kim J. Trout_
Kim J. Trout
Attorney for Defendants AIA Services
Corporation and AIA Insurance, Inc.