**KIM J. TROUT, ISB #2468**
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
Telephone (208) 577-5755
Facsimile (208) 577-5756
service@trout-law.com

Attorneys for Defendant AIA Services Corporation & AIA Insurance, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE L. MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.;<br><br>            Plaintiff,<br><br>vs.<br><br>CONNIE TAYLOR HENDERSON, an individual; JOLEE K. DUCLOS, an individual; HAWLEY TROXELL ENNIS & HAWLEY, LLP, an Idaho limited liability partnership; GARY D. BABBITT, an individual; D. JOHN ASHBY, an individual; RICHARD A. RILEY, an individual; MICHAEL W. CASHMAN SR., an individual; JAMES BECK, an individual; R. JOHN TAYLOR, an individual; CROP USA INSURANCE AGENCY, INC., an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; AIA INSURANCE, INC., an Idaho corporation; CROP USA INSURANCE SERVICES, LLC, an Idaho limited liability company; and GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 1:10-CV-404-DCN-CWD<br><br>**DECLARATION OF KIM J. TROUT IN SUPPORT OF TROUT & JONES, PLLC'S APPLICATION FOR PAYMENT OF FEES AND COSTS** |

I, Kim J. Trout, declare:

1. I am counsel for Defendants Defendant AIA Services Corporation & AIA Insurance, Inc. and have personal knowledge of the statements made herein.

2. Trout & Jones, PLLC (formerly Trout Law, PLLC) was retained on behalf of AIA Insurance, Inc. And AIA Services Corporation (the "AIA Entities").

3. On December 22, 2021, Trout Law, PLLC ("Trout Law") entered its appearance on behalf of the AIA Parties (Dkt 1184). Trout Law made its appearance due to the Notice of Intent (Dkt 1180) wherein the Court advised the AIA Parties that "[o]n September 12, 2019, when the last set of attorneys withdrew from representing the AIA Entities, this Court ordered that [the AIA Entities] needed to appoint another attorney." This followed the demand by Miesen, through its counsel of record, that the AIA Entities had to secure counsel.

4. Following the Notice of Intent, Trout Law was retained and has participated in this case on behalf of the AIA Entities. Mr. Miesen has previously acknowledged that the settlement proceeds are an asset of the AIA Entities.

5. John Taylor has personally paid over $30,000 in fees to Trout Law, PLLC for its representation of the AIA Entities. However, Trout Law, PLLC has an outstanding balance of $79,530.65, which include time entries back as far as May 2022.

6. It is unreasonable to ask Trout & Jones, PLLC to continue to represent the AIA Entities, without further compensation. The work directly corresponds to responding to Miesen's filings and/or the Court's subsequent request for additional briefing.

7. Attached hereto as Exhibit 1 is a true and correct copy of the Statement of Account from my firms' accounting department showing the invoices and the payments received.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF IDAHO THAT THE FOREGOING IS TRUE AND CORRECT.

DATED January 14, 2026.

                    TROUT & JONES, PLLC

                    /s/ *Kim J. Trout*
                    Kim J. Trout
                    Attorney for Defendants AIA Services
                    Corporation and AIA Insurance, Inc.

EXHIBIT 1

# EXHIBIT 1

**Trout & Jones, PLLC**

3778 Plantation River Dr., Ste. 101
Boise, ID 83703
Phone: (208) 577-5755
Fax: (208) 577-5756
www.trout-law.com

# Statement of Account

Mr. John Taylor

01/13/2026

### 278-00001: CROPUSA

Billing Method: Hourly
Responsible Attorney: Kim Trout

| Date | Activity | Due Date | Invoice Amount | Payments | Balance |
|---|---|---|---|---|---|
| | Opening Balance | | | | $0.00 |
| 03/10/2021 | Invoice #1393 | 04/09/2021 | $472.00 | | $472.00 |
| 06/16/2021 | Invoice #1429 | 07/16/2021 | $14,964.00 | | $15,436.00 |
| 07/12/2021 | Invoice #1445 | 08/11/2021 | $11,119.50 | | $26,555.50 |
| 07/12/2021 | Credits applied to invoice #1393 | | | $472.00 | $26,083.50 |
| 07/12/2021 | Credits applied to invoice #1429 | | | $14,964.00 | $11,119.50 |
| 07/12/2021 | Credits applied to invoice #1445 | | | $36.00 | $11,083.50 |
| 08/24/2021 | Payment on invoice #1445 | | | $5,119.50 | $5,964.00 |
| 10/25/2021 | Invoice #1584 | 11/25/2021 | $27,898.00 | | $33,862.00 |
| 04/14/2022 | Payment on invoice #1445 | | | $5,964.00 | $27,898.00 |
| 04/14/2022 | Credits applied to invoice #1584 | | | $5,000.00 | $22,898.00 |
| 06/14/2022 | Payment on invoice #1584 | | | $4,036.00 | $18,862.00 |

**Balance Due:** $18,862.00

**Overdue Balance:** $18,862.00

### 278-00002: AIA-Meisen

Billing Method: Hourly
Responsible Attorney: Kim Trout

| Date | Activity | Due Date | Invoice Amount | Payments | Balance |
|---|---|---|---|---|---|
| | Opening Balance | | | | $0.00 |
| 05/17/2022 | Invoice #1552 | 06/16/2022 | $16,285.00 | | $16,285.00 |
| 05/23/2022 | Invoice #1554 | 06/22/2022 | $2,762.50 | | $19,047.50 |

| Date | Description | Due Date | Amount | Payment | Balance |
|---|---|---|---:|---:|---:|
| 06/24/2022 | Credits applied to invoice #1552 | | | $16,285.00 | $2,762.50 |
| 06/24/2022 | Credits applied to invoice #1554 | | | $2,762.50 | $0.00 |
| 08/17/2022 | Invoice #1605 | 09/16/2022 | $4,042.50 | | $4,042.50 |
| 08/25/2022 | Payment on invoice #1605 | | | $4,042.50 | $0.00 |
| 10/13/2022 | Invoice #1610 | 11/12/2022 | $27,870.50 | | $27,870.50 |
| 10/14/2022 | Invoice #1635 | 11/13/2022 | $7,810.00 | | $35,680.50 |
| 12/13/2022 | Credit card payment on invoice #1610 | | | $10,000.00 | $25,680.50 |
| 02/08/2023 | Invoice #1686 | 03/10/2023 | $3,308.50 | | $28,989.00 |
| 06/29/2023 | Invoice #1766 | 07/29/2023 | $1,750.00 | | $30,739.00 |
| 09/07/2023 | Invoice #1814 | 10/07/2023 | $840.00 | | $31,579.00 |
| 10/05/2023 | Payment on invoice #1814 | | | $840.00 | $30,739.00 |
| 01/24/2024 | Invoice #1894 | 02/23/2024 | $4,095.00 | | $34,834.00 |
| 02/24/2024 | Interest charge on invoice #1894 | 03/25/2024 | $60.58 | | $34,894.58 |
| 03/25/2024 | Interest charge on invoice #1894 | 04/24/2024 | $60.58 | | $34,955.16 |
| 04/10/2024 | Invoice #1987 | 05/10/2024 | $6,055.00 | | $41,010.16 |
| 04/24/2024 | Interest charge on invoice #1894 | 05/24/2024 | $60.58 | | $41,070.74 |
| 05/11/2024 | Interest charge on invoice #1987 | 06/10/2024 | $89.58 | | $41,160.32 |
| 05/24/2024 | Interest charge on invoice #1894 | 06/23/2024 | $60.58 | | $41,220.90 |
| 06/10/2024 | Interest charge on invoice #1987 | 07/10/2024 | $89.58 | | $41,310.48 |
| 06/23/2024 | Interest charge on invoice #1894 | 07/23/2024 | $60.58 | | $41,371.06 |
| 07/10/2024 | Interest charge on invoice #1987 | 08/09/2024 | $89.58 | | $41,460.64 |
| 07/23/2024 | Interest charge on invoice #1894 | 08/22/2024 | $60.58 | | $41,521.22 |
| 08/09/2024 | Interest charge on invoice #1987 | 09/08/2024 | $89.58 | | $41,610.80 |
| 08/22/2024 | Interest charge on invoice #1894 | 09/21/2024 | $60.58 | | $41,671.38 |
| 09/08/2024 | Interest charge on invoice #1987 | 10/08/2024 | $89.58 | | $41,760.96 |
| 09/21/2024 | Interest charge on invoice #1894 | 10/21/2024 | $60.58 | | $41,821.54 |
| 10/08/2024 | Interest charge on invoice #1987 | 11/07/2024 | $89.58 | | $41,911.12 |
| 10/21/2024 | Interest charge on invoice #1894 | 11/20/2024 | $60.58 | | $41,971.70 |
| 11/07/2024 | Interest charge on invoice #1987 | 12/07/2024 | $89.58 | | $42,061.28 |
| 11/20/2024 | Interest charge on invoice #1894 | 12/20/2024 | $60.58 | | $42,121.86 |
| 11/27/2024 | Invoice #2404 | 12/27/2024 | $110.00 | | $42,231.86 |
| 12/07/2024 | Interest charge on invoice #1987 | 01/06/2025 | $89.58 | | $42,321.44 |
| 12/20/2024 | Interest charge on invoice #1894 | 01/19/2025 | $60.58 | | $42,382.02 |

| Date | Description | Due Date | Amount | Balance |
|---|---|---|---|---|
| 12/28/2024 | Interest charge on invoice #2404 | 01/27/2025 | $1.63 | $42,383.65 |
| 01/06/2025 | Interest charge on invoice #1987 | 02/05/2025 | $89.58 | $42,473.23 |
| 01/19/2025 | Interest charge on invoice #1894 | 02/18/2025 | $60.58 | $42,533.81 |
| 01/27/2025 | Interest charge on invoice #2404 | 02/26/2025 | $1.63 | $42,535.44 |
| 02/05/2025 | Interest charge on invoice #1987 | 03/07/2025 | $89.58 | $42,625.02 |
| 02/17/2025 | Invoice #2638 | 03/19/2025 | $1,687.50 | $44,312.52 |
| 02/18/2025 | Interest charge on invoice #1894 | 03/20/2025 | $60.58 | $44,373.10 |
| 02/26/2025 | Interest charge on invoice #2404 | 03/28/2025 | $1.63 | $44,374.73 |
| 03/07/2025 | Interest charge on invoice #1987 | 04/06/2025 | $89.58 | $44,464.31 |
| 03/20/2025 | Interest charge on invoice #1894 | 04/19/2025 | $60.58 | $44,524.89 |
| 03/20/2025 | Interest charge on invoice #2638 | 04/19/2025 | $24.97 | $44,549.86 |
| 03/28/2025 | Interest charge on invoice #2404 | 04/27/2025 | $1.63 | $44,551.49 |
| 04/06/2025 | Interest charge on invoice #1987 | 05/06/2025 | $89.58 | $44,641.07 |
| 04/19/2025 | Interest charge on invoice #1894 | 05/19/2025 | $60.58 | $44,701.65 |
| 04/19/2025 | Interest charge on invoice #2638 | 05/19/2025 | $24.97 | $44,726.62 |
| 04/25/2025 | Invoice #2900 | 05/25/2025 | $1,480.00 | $46,206.62 |
| 04/27/2025 | Interest charge on invoice #2404 | 05/27/2025 | $1.63 | $46,208.25 |
| 05/06/2025 | Interest charge on invoice #1987 | 06/05/2025 | $89.58 | $46,297.83 |
| 05/19/2025 | Interest charge on invoice #1894 | 06/18/2025 | $60.58 | $46,358.41 |
| 05/19/2025 | Interest charge on invoice #2638 | 06/18/2025 | $24.97 | $46,383.38 |
| 05/26/2025 | Interest charge on invoice #2900 | 06/25/2025 | $21.90 | $46,405.28 |
| 05/27/2025 | Interest charge on invoice #2404 | 06/26/2025 | $1.63 | $46,406.91 |
| 06/05/2025 | Interest charge on invoice #1987 | 07/05/2025 | $89.58 | $46,496.49 |
| 06/18/2025 | Interest charge on invoice #1894 | 07/18/2025 | $60.58 | $46,557.07 |
| 06/18/2025 | Interest charge on invoice #2638 | 07/18/2025 | $24.97 | $46,582.04 |
| 06/19/2025 | Invoice #3057 | 07/19/2025 | $405.00 | $46,987.04 |
| 06/25/2025 | Interest charge on invoice #2900 | 07/25/2025 | $21.90 | $47,008.94 |
| 06/26/2025 | Interest charge on invoice #2404 | 07/26/2025 | $1.63 | $47,010.57 |
| 07/05/2025 | Interest charge on invoice #1987 | 08/04/2025 | $89.58 | $47,100.15 |
| 07/18/2025 | Interest charge on invoice #1894 | 08/17/2025 | $60.58 | $47,160.73 |
| 07/18/2025 | Interest charge on invoice #2638 | 08/17/2025 | $24.97 | $47,185.70 |
| 07/20/2025 | Interest charge on invoice #3057 | 08/19/2025 | $5.99 | $47,191.69 |
| 07/25/2025 | Invoice #3201 | 08/24/2025 | $14,588.50 | $61,780.19 |

| | | | | |
|---|---|---|---|---|
| 07/25/2025 | Interest charge on invoice #2900 | 08/24/2025 | $21.90 | $61,802.09 |
| 07/26/2025 | Interest charge on invoice #2404 | 08/25/2025 | $1.63 | $61,803.72 |
| 08/04/2025 | Interest charge on invoice #1987 | 09/03/2025 | $89.58 | $61,893.30 |
| 08/17/2025 | Interest charge on invoice #1894 | 09/16/2025 | $60.58 | $61,953.88 |
| 08/17/2025 | Interest charge on invoice #2638 | 09/16/2025 | $24.97 | $61,978.85 |
| 08/19/2025 | Interest charge on invoice #3057 | 09/18/2025 | $5.99 | $61,984.84 |
| 08/24/2025 | Interest charge on invoice #2900 | 09/23/2025 | $21.90 | $62,006.74 |
| 08/25/2025 | Interest charge on invoice #2404 | 09/24/2025 | $1.63 | $62,008.37 |
| 08/25/2025 | Interest charge on invoice #3201 | 09/24/2025 | $215.83 | $62,224.20 |
| 09/03/2025 | Interest charge on invoice #1987 | 10/03/2025 | $89.58 | $62,313.78 |
| 09/12/2025 | Invoice #3449 | 10/12/2025 | $4,635.00 | $66,948.78 |
| 09/16/2025 | Interest charge on invoice #1894 | 10/16/2025 | $60.58 | $67,009.36 |
| 09/16/2025 | Interest charge on invoice #2638 | 10/16/2025 | $24.97 | $67,034.33 |
| 09/18/2025 | Interest charge on invoice #3057 | 10/18/2025 | $5.99 | $67,040.32 |
| 09/23/2025 | Interest charge on invoice #2900 | 10/23/2025 | $21.90 | $67,062.22 |
| 09/24/2025 | Interest charge on invoice #2404 | 10/24/2025 | $1.63 | $67,063.85 |
| 09/24/2025 | Interest charge on invoice #3201 | 10/24/2025 | $215.83 | $67,279.68 |
| 10/03/2025 | Interest charge on invoice #1987 | 11/02/2025 | $89.58 | $67,369.26 |
| 10/08/2025 | Invoice #3602 | 11/07/2025 | $8,015.00 | $75,384.26 |
| 10/13/2025 | Interest charge on invoice #3449 | 11/12/2025 | $68.57 | $75,452.83 |
| 10/16/2025 | Interest charge on invoice #1894 | 11/15/2025 | $60.58 | $75,513.41 |
| 10/16/2025 | Interest charge on invoice #2638 | 11/15/2025 | $24.97 | $75,538.38 |
| 10/18/2025 | Interest charge on invoice #3057 | 11/17/2025 | $5.99 | $75,544.37 |
| 10/23/2025 | Interest charge on invoice #2900 | 11/22/2025 | $21.90 | $75,566.27 |
| 10/24/2025 | Interest charge on invoice #2404 | 11/23/2025 | $1.63 | $75,567.90 |
| 10/24/2025 | Interest charge on invoice #3201 | 11/23/2025 | $215.83 | $75,783.73 |
| 11/02/2025 | Interest charge on invoice #1987 | 12/02/2025 | $89.58 | $75,873.31 |
| 11/08/2025 | Interest charge on invoice #3602 | 12/08/2025 | $118.58 | $75,991.89 |
| 11/11/2025 | Invoice #3790 | 12/11/2025 | $1,575.00 | $77,566.89 |
| 11/12/2025 | Interest charge on invoice #3449 | 12/12/2025 | $68.57 | $77,635.46 |
| 11/15/2025 | Interest charge on invoice #1894 | 12/15/2025 | $60.58 | $77,696.04 |
| 11/15/2025 | Interest charge on invoice #2638 | 12/15/2025 | $24.97 | $77,721.01 |
| 11/17/2025 | Interest charge on invoice #3057 | 12/17/2025 | $5.99 | $77,727.00 |

| | | | | |
|---|---|---|---|---|
| 11/22/2025 | Interest charge on invoice #2900 | 12/22/2025 | $21.90 | $77,748.90 |
| 11/23/2025 | Interest charge on invoice #2404 | 12/23/2025 | $1.63 | $77,750.53 |
| 11/23/2025 | Interest charge on invoice #3201 | 12/23/2025 | $215.83 | $77,966.36 |
| 12/02/2025 | Interest charge on invoice #1987 | 01/01/2026 | $89.58 | $78,055.94 |
| 12/08/2025 | Interest charge on invoice #3602 | 01/07/2026 | $118.58 | $78,174.52 |
| 12/11/2025 | Invoice #3945 | 01/10/2026 | $225.00 | $78,399.52 |
| 12/12/2025 | Interest charge on invoice #3449 | 01/11/2026 | $68.57 | $78,468.09 |
| 12/12/2025 | Interest charge on invoice #3790 | 01/11/2026 | $23.30 | $78,491.39 |
| 12/15/2025 | Interest charge on invoice #1894 | 01/14/2026 | $60.58 | $78,551.97 |
| 12/15/2025 | Interest charge on invoice #2638 | 01/14/2026 | $24.97 | $78,576.94 |
| 12/17/2025 | Interest charge on invoice #3057 | 01/16/2026 | $5.99 | $78,582.93 |
| 12/22/2025 | Interest charge on invoice #2900 | 01/21/2026 | $21.90 | $78,604.83 |
| 12/23/2025 | Interest charge on invoice #2404 | 01/22/2026 | $1.63 | $78,606.46 |
| 12/23/2025 | Interest charge on invoice #3201 | 01/22/2026 | $215.83 | $78,822.29 |
| 01/01/2026 | Interest charge on invoice #1987 | 01/31/2026 | $89.58 | $78,911.87 |
| 01/05/2026 | Invoice #4086 | 02/04/2026 | $405.00 | $79,316.87 |
| 01/07/2026 | Interest charge on invoice #3602 | 02/06/2026 | $118.58 | $79,435.45 |
| 01/11/2026 | Interest charge on invoice #3449 | 02/10/2026 | $68.57 | $79,504.02 |
| 01/11/2026 | Interest charge on invoice #3790 | 02/10/2026 | $23.30 | $79,527.32 |
| 01/11/2026 | Interest charge on invoice #3945 | 02/10/2026 | $3.33 | $79,530.65 |

**Balance Due:** **$79,530.65**

**Overdue Balance:** **$78,491.39**

Please make all amounts payable to: Trout & Jones, PLLC