**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

DALE L. MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.,

Plaintiff,

vs.

HAWLEY TROXELL ENNIS & HAWLEY LLP, an Idaho limited liability partnership; GARY D. BABBITT, an individual; D. JOHN ASHBY, an individual; RICHARD A. RILEY, an individual; AIA SERVICES CORPORATION, an Idaho corporation; AIA INSURANCE, INC., an Idaho corporation; and CROP USA INSURANCE SERVICES, LLC, an Idaho limited liability company,

Defendants,

and

CROP USA INSURANCE AGENCY, INC., an Idaho corporation; CONNIE TAYLOR HENDERSON, an individual; JOLEE K. DUCLOS, an individual; R. JOHN TAYLOR, an individual; MICHAWL ASHMAN SR., an individual; JAMES BECK, an individual,

Case No. 1:10-cv-00404

**CRUMB & MUNDING, P.S.'S RESPONSE TO ECF NO. 1343**

Defendants/Third-Party Plaintiffs,

vs.

REED TAYLOR, an individual,

Third-Party Defendant,

and

GEMCAP LENDING I, LLC, a Delaware limited liability company,

Defendant/Third-Party Plaintiff,

vs.

QUARLES & BRADY, LLP, a Wisconsin limited legal partnership; and CRUMB & MUNDING, P.S., a Washington professional service corporation,

Third-Party Defendants.

**COMES NOW,** Crumb & Munding P.S. ("C&M") by and through its counsel of record and hereby responds to the Court's Order (ECF No. 1342) as follows:

The Court wrote: "*The Court previously held Crumb and Munding's Motion for Fees would be resolved at the conclusion of the case. See Dkt. 420. Crumb and Munding sought fees from GemCap. Given GemCap's bankruptcy, the Court requests an update from Crumb and Munding as to whether they are still pursuing an award.*" *Id. at pg. 3.*

It is C&M's understanding that the Chapter 7 bankruptcy remains pending and therefore the automatic stay imposed under Section 362 of the bankruptcy code prevents C&M from proceeding with a motion for attorneys fees. Moreover, due to the passage of time, any award of attorneys fees against GemCap is likely meaningless and non-recoverable. C&M may, however, elect to pursue an award of fees against counsel for GemCap, which C&M understands is not an issue before this Court.

DATED THIS 13th day of October, 2026.

EVANS, CRAVEN & LACKIE, P.S.
By s/ Markus W. Louvier

James B. King, *Pro Hac Vice*
Markus W. Louvier, ISB 8990
Attorneys for Third Party Defendant Crumb & Munding, P.S.
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
jking@ecl-law.com
mlouvier@ecl-law.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Roderick C. Bond: rod@roderickbond.com
Attorney for Plaintiff

James D. LaRue jdl@elamburke.com
Jeffrey A. Thomson jat@elamburke.com
Loren C. Ipsen lci@elamburke.com
Jaclyn T. Gans jtg@elamburke.com
Attorneys for Defendants, *Hawley Troxell Ennis & Hawley, LLP, Gary D. Babbitt, D. John Ashby and Richard A. Riley*

Martin J. Martelle attorney@martellelaw.com
Vanessa Ann Mooney vanessa@martellelaw.com
Shawnee S. Perdue sperdue@perdue.lawyer
Attorneys for *Michael W. Cashman, R. John Taylor, James Beck, Connie Taylor Henderson , JoLee Duclos, Crop USA Insurance Services, LLC, Crop USA Insurance, Inc.*

Alyson A. Foster aaf@aswblaw.com
Todd H. Stitt tstitt@mrllp.com
Benjamin Schwartzmann bas@aswblaw.com
Peter Steinman psteinman@mrllp.com
Attorneys for *Intervenor GemCap Lending I, LLC*

James W. Grow
growlawoffice@gmail.com
Attorneys for *ALA Services Corporation and AIA Insurance, Inc.*

Fanxi Wang fwang@bidmarella.com
Jack S. Gjording jgjording@gfidaholaw.com
Mark T. Drooks mdrooks@bridmarella.com
Stephen Lee Adams sadams@gfidaholaw.com
Attorneys for Third Party Defendant *Quarles & Brady LLP*

Michael S. Bissell mbissell@campbell-bissell.com
Tyler S. Waite twaite@campbell-bissell.com
Attorneys for Third Party Defendant *Reed J. Taylor*

October 13, 2026.

**EVANS, CRAVEN & LACKIE, P.S.**

By ______s/ Markus W. Louvier__________
MARKUS W. LOUVIER, #8990
Attorneys for Third Party Defendant Crumb & Munding, P.S.
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
mlouvier@ecl-law.com