UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DALE L. MIESEN,

Plaintiff - Appellant,

v.

R. JOHN TAYLOR; et al.,

Defendants - Appellees.

No. 25-3552

D.C. No.
1:10-cv-00404-DCN

District of Idaho,
Boise

MANDATE

DALE L. MIESEN,

Plaintiff - Appellant,

v.

R. JOHN TAYLOR; et al.,

Defendants - Appellees,

v.

REED J. TAYLOR,

Third-pty-defendant - Appellee.

No. 25-3800

D.C. No.
1:10-cv-00404-DCN

District of Idaho,
Boise

The judgment of this Court, entered August 31, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT